## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-0789 (PLF) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants District of Columbia, Brenda D. Walker, and Mindy Good, by and through undersigned counsel move to enlarge their time for answering or otherwise responding to the Complaint until July 14, 2006. Currently, the District of Columbia's answer or other response is due on May 25, 2006 with Ms. Walker's and Ms. Good's due on May 30, 2006. Plaintiff Shirley Tabb makes several allegations relating to the termination of her employment with the District of Columbia Child and Family Services Agency. The additional time is necessary to complete the District's investigation into the matters alleged and to prepare a thorough response. A memorandum of points and authorities in support and a proposed Order granting it accompany this motion.

Pursuant to LCvR 7.1(m), counsel for Defendant sought consent to the relief requested herein from Plaintiff's counsel. Plaintiff consented to the relief requested herein.

Dated: May 23, 2006                    Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163

_____
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-0789 (PLF) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants District of Columbia, Brenda Walker, and Mindy Good respectfully request that the Court establish July 14, 2006, as the date for their answer or other response to the Complaint. This Complaint arises from Plaintiff Shirley Tabb's employment at the District of Columbia Children and Family Youth Administration ("CFSA"). Tabb served as a Public Information Specialist for CFSA. Her direct supervisor was Ms. Good and Ms. Walker, at the time, was Director of CFSA. Tabb has now filed a lawsuit relating to the termination of her employment with CFSA. In support of the requested enlargement, Defendants state:

1.  The Complaint in this matter was filed on April 28, 2006. It purports to state claims under 42 U.S.C. § 1983, the District of Columbia Whistleblower Protection Act, and the federal and District Family and Medical Leave Acts. Reserving all arguments concerning the sufficiency and/or the fact of service, it appears that the District of Columbia was served on or about May 5, 2006. Defendant Walker appears to have been served on or about Sunday, May 7,

3

2006.  Defendant Good appears to have been served on or about May 9, 2006.  The answer or other response is due May 25, 2006 for the District and May 30, 3006 for Ms. Walker and Ms. Good.

2. The Complaint raises numerous factual and legal issues, all of which need to be investigated before an answer or other response can be complete.  For example, the Complaint raises issues concerning Tabb's marginal work performance and her actions in potentially disclosing the identities of CFSA clients.  The most significant legal issue relates to the pending Supreme Court matter, <u>Garcetti v. Ceballos</u> (argued Oct. 12, 2005; Mar. 21, 2006), a case presenting issues relating to how the First Amendment applies to public employees.  Although it is impossible to be certain, it is likely that the Supreme Court's opinion in this matter will be issued before the end of the current term.  If the opinion is issued, it will affect Defendants' analysis of, and approach to, this case.

3. The requested enlargement will not delay the case as the case is at a very early stage. As shown by Plaintiff's consent to the enlargement, she will not be prejudiced.  In the circumstances, Defendants respectfully suggest that they have met the standard established in Fed. R. Civ. P. 6(b)(1).

4. Defendants sought and obtained the consent of Plaintiff to the relief requested herein.

Defendant therefore respectfully requests that the Court enlarge Defendants' time for answering or otherwise responding to the Complaint.

Dated: May 23, 2006                    Respectfully submitted,

                                                               ROBERT J. SPAGNOLETTI
                                                               Attorney General for the District of Columbia

                                                               GEORGE C. VALENTINE
                                                               Deputy Attorney General
                                                               Civil Litigation Division


                                                               _____
                                                               KIMBERLY MATTHEWS JOHNSON
                                                               Chief, General Litigation I
                                                               D.C. Bar No. 435163



                                                               _____
                                                               WENDEL V. HALL
                                                               Assistant Attorney General
                                                               D.C. Bar No. 439344
                                                               Suite 6S012
                                                               441 4th Street, N.W.
                                                               Washington, D.C. 20001
                                                               (202) 724-6608
                                                               (202) 727-0431 (fax)
                                                               E-mail: wendel.hall@dc.gov

5

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-0789 (PLF) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Having considered Defendants' Consent Motion For Enlargement Of Time To Answer Or Otherwise Respond to the Complaint, the memorandum of points and authorities in support, Plaintiff's consent, and the entire record herein, it is, this ____ day of ____, 2006:

ORDERED:   that Defendants' Consent Motion For Enlargement Of Time To Answer Or Otherwise Respond to the Complaint shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED:   that Defendant shall answer or otherwise respond to the Complaint on or before July 14, 2006.

_____
Paul L. Friedman
United States District Judge

6

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001


Richard Condit, Esq.
Public Employees For Environmental Responsibility
2000 P Street, NW
Suite 240
Washington, DC 20036