UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-0789 (PLF) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR A ONE-WEEK ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants District of Columbia, Brenda D. Walker, and Mindy Good, by and through undersigned counsel move to enlarge their time for answering or otherwise responding to the Complaint until July 14, 2006. Currently, Defendants' answer or other response is due on July 14, 2006. For the past month, Defendant's counsel and CFSA have invested a substantial amount of effort in investigating Plaintiff Shirley Tabb's various allegations, including, but not limited to, witness interviews, client interviews, and review of the documents related to Tabb's performance deficiencies.

As a result of this investigation and the Supreme Court's decision in Garcetti v. Ceballos, 126 S. Ct. 1951 (2006), Defendants intend to file an appropriate motion in response to the Complaint. In all likelihood, this motion will either dispose of the entire case or narrow its scope significantly. The individual defendants will be asserting that they are qualifiedly immune under Harlow v. Fitzgerald, 457 U.S. 800 (1982), an issue that must be resolved before any discovery

is permitted. <u>Crawford-El v. Britton</u>, 523 U.S. 574, 598 (1998) ("[I]f the defendant does plead the immunity defense, the district court should resolve that threshold question before permitting discovery.")

When Defendants requested the initial enlargement, the amount of time requested was based on an assessment of time needed to investigate and to prepare a motion or an answer. However, counsel was diverted by an extremely tight pretrial schedule imposed in a document intensive discrimination case pending in the District of Columbia Superior Court, a case in which there had been no substantive events for almost a year. The additional time is necessary to complete the District's preparation of a quality and professional response that will move this matter toward resolution. A memorandum of points and authorities in support and a proposed Order granting it accompany this motion.

Pursuant to LCvR 7.1(m), counsel for Defendant sought consent to the relief requested herein from Plaintiff's counsel. Plaintiff did not return a voice mail message seeking consent before the filing of the motion.

Dated: July 14, 2006                              Respectfully submitted,

                                                  ROBERT J. SPAGNOLETTI
                                                  Attorney General for the District of Columbia

                                                  GEORGE C. VALENTINE
                                                  Deputy Attorney General
                                                  Civil Litigation Division


                                                  /s/ Kimberly Johnson
                                                  KIMBERLY MATTHEWS JOHNSON
                                                  Chief, General Litigation I
                                                  D.C. Bar No. 435163

2

/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C.  20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-0789 (PLF) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO ENLARGE DATE FOR AN ANSWER OR OTHER RESPONSE BY ONE-WEEK

Defendants District of Columbia, Brenda Walker, and Mindy Good respectfully request that the Court establish July 21, 2006 as the date for their answer or other response to the Complaint. This Complaint arises from Plaintiff Shirley Tabb's employment at the District of Columbia Children and Family Youth Administration ("CFSA"). Tabb served as a Public Information Specialist for CFSA. Her direct supervisor was Ms. Good and Ms. Walker, at the time, was Director of CFSA. Tabb has now filed a lawsuit relating to the termination of her employment with CFSA. In support of the requested enlargement, Defendants state:

The Complaint in this matter was filed on April 28, 2006. It purports to state claims under 42 U.S.C. § 1983, the District of Columbia Whistleblower Protection Act, and the federal and District Family and Medical Leave Acts. Reserving all arguments concerning the sufficiency and/or the fact of service, it appears that the District of Columbia was served on or

about May 5, 2006. Defendant Walker appears to have been served on or about Sunday, May 7, 2006. Defendant Good appears to have been served on or about May 9, 2006. The answer or other response was due May 25, 2006 for the District and May 30, 3006 for Ms. Walker and Ms. Good. The Court extended the time for an answer or other response until July 14, 2006. This request was based on a good-faith plan for the investigation of the Complaint and preparation of a response.

Defendants diligently followed the plan. Several witnesses have been interviewed. Relevant documents have been reviewed. Legal research and analysis of the various claims was conducted. The investigation revealed that Tabb's claims are without merit and that the individual Defendants have a compelling argument for dismissal under the doctrine of qualified immunity and for other reasons. However, due to the unexpected imposition of a tight pretrial scheduling order in a document intensive discrimination case in the District of Columbia Superior Court, it has not been possible to complete the response by the deadline. Defendants' counsel respectfully submits that the requested enlargement of one-week should be sufficient to complete the remaining work.

The requested enlargement will promote the "just, speedy, and inexpensive" resolution of this action. Fed. R. Civ. P. 1. Most importantly, it will permit the individual Defendants to present their qualified immunity defense in a motion at the outset of the case as contemplated by the Supreme Court. Crawford-El v. Britton, 523 U.S. 574, 598 (1998) ("[I]f the defendant does plead the immunity defense, the district court should resolve that threshold question before permitting discovery.") It will also permit the District to describe comprehensively in a motion the fatal legal defects of the remainder of the Complaint. Thus, the additional week may significantly narrow or eliminate this matter altogether.

Defendants therefore respectfully submit that they have met the "cause shown" standard of Fed. R. Civ. P. 6(b)(1) and request that the enlargement be granted.

Dated: July 14, 2006          Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Kimberly Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHIRLEY TABB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-0789 (PLF) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, <u>et al.</u>, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Having considered Defendants' Motion For Enlargement Of Time To Answer Or Otherwise Respond to the Complaint, the memorandum of points and authorities in support, Plaintiff's consent, and the entire record herein, it is, this ____ day of ____, 2006:

ORDERED: that Defendants' Motion For Enlargement Of Time To Answer Or Otherwise Respond to the Complaint shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED: that Defendant shall answer or otherwise respond to the Complaint on or before July 21, 2006.

_____
Paul L. Friedman
United States District Judge

4

5

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001


Richard Condit, Esq.
Public Employees For Environmental Responsibility
2000 P Street, NW
Suite 240
Washington, DC 20036

5