GOVERNMENT OF THE DISTRICT OF COLUMBIA
Child and Family Services Agency





# Memorandum

**Date:** February 10, 2005
**To:** Derek Stewart, Shirley Tabb
**From:** Mindy Good
**Subject:** **Assignments and Deadlines**

At our staff meetings, we have discussed the increasing workload and the need for you to research, plan, and implement both individual communication projects and campaigns. The attached document lists current projects, assignments, and deadlines. Some are individual items or events; some are communication campaigns.

On your assignments, you are responsible for:

- Providing sound communication counsel and timely, quality products to clients.
- Taking initiative and responsibility to plan project/campaign steps, prepare and implement plans, and gain necessary approvals at each step.
- Involving me in planning meetings with clients and ensuring I have at least one day to review/approve drafts and final products before you submit them to clients.
- Solving issues/problems that arise and scheduling time with me to obtain guidance whenever you need it.
- Keeping projects/campaigns moving and meeting deadlines.
- Using good judgment, managing your time effectively, and producing quality work that meets communication objectives.
- Providing progress updates at weekly OPI staff meetings.

Please see me if you have questions.


ATTACHMENT

## OPI Current Projects: 2/10/05

| Project | Assignment | Steps/Deadlines |
|---|---|---|
| **Program Ops** | | |
| Crisis Intervention Model | Derek | • Apprise Sarah of need to find about $1,000 in funding: 2/11<br>• Work with C&P to get bid: 2/11<br>• Provide info to Sarah to enter into PASS: 2/15<br>• Manage vendor production<br>• Get model hung in large conference room |
| Plan for recruitment video premiere | Shirley | • Coordinate planning meeting with M. McFadden, F. James, R. Atwal, M. Good: 2/23<br>• Develop communication plan and submit to Mindy for approval: 2/25<br>• Implement plan (promote/coordinate event) |
| FP newsletter | Derek | |
| FP recruitment materials | Mindy | |
| TPR/Permanency proj./Best Practices | Mindy | |
| **OCP** | | |
| FTM Parent brochure | Derek | • Desktop publish, to Mindy for approval: 2/10<br>• To N. Wright-Gurdon for approval: 2/15<br>• Develop printing specs, submit to C&P<br>• Apprise N. Wright-Gurdon of bid and entering info in PASS<br>• Manage vendor production |
| FTM Coordinators/Facilitators | Shirley | • Follow up with N. Wright-Gurdon to get feedback/approval: 2/21<br>• Develop printing specs, submit to C&P<br>• Apprise N. Wright-Gurdon of bid and entering info into PASS<br>• Manage vendor production |
| QSR promotion | Mindy | |
| Child Fatality Review Report | Mindy | |
| **IS** | | |
| FACES.NET | Shirley | • Develop three-phase communication plan (laptops distribution, training, FACES.NET live); to Mindy for approval: 2/11<br>• Develop spec. ed. CR: 2/11<br>• Schedule meeting and present communication plan to IS clients: 2/21 |
| GroupWise to Outlook | Derek | • Schedule planning meeting with IS clients: 2/21<br>• Develop communication plan, to Mindy for approval: 2/23<br>• Schedule meeting and present communication plan to IS clients: 2/28 |
| **HR** | | |
| Criminal background checks | Mindy | |
| Alcohol/drug abuse testing | Mindy | |
| **OPPPS** | | |
| Regular policy info in CR | Shirley | Regular, ongoing |
| Needs Assess. Work Group | Mindy | |

| Project | Assignment | Steps/Deadlines |
|---|---|---|
| **OGC** | | |
| Regular spot in CR | Shirley | See Terri Thompson-Mallett and get with person she has assigned to this project |
| **OVS** | | |
| Project College-Bound letter | Derek | • Meet with profiled foster teen, get photo, quote, and signed release: 2/15<br>• Clean up draft letter, submit to Mindy: 2/16<br>• Submit to OVS client for approval: 2/17 |
| **Director** | | |
| Plain Language initiative | Mindy | |
| Performance testimony | Mindy | |
| Annual Report | Mindy | |
| FBR | Mindy | |
| Customer Service initiative | Shirley | Regular, ongoing |
| **OPI Business** | | |
| Communication policy | Shirley | Highlight in CR: 2/16 |
| FOIAs | Mindy | |
| 211 Answers Please website | Derek | Contact OCTO person in charge, find out what we need to do: 2/16 |
| Intranet promotion | Derek | • Catalog intranet content: 2/11<br>• Develop printed guide to Intranet, to Mindy for approval: 2/21<br>• Distribute guide to all staff: 2/23 |
| Printing needs | Derek | • Inventory quantity of basic pubs: 2/9 <u>LATE</u><br>• Project OPI printing needs for remainder of FY05: 2/11<br>• Meet with Mindy re: whole-year printing specs: 2/16 |
| CR | Shirley | • See monthly pub. schedule for distribution dates<br>• To Mindy for review on Tuesday preceding distribution date |
| New worker training | Shirley | As scheduled by Training Services |