**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Child and Family Services Agency**





| | Delivered by hand |

# Memorandum

| | |
|---|---|
| **Date:** | March 2, 2005 |
| **To:** | Shirley Tabb |
| **From:** | Mindy Good |
| **Subject:** | Notification of Unacceptable Performance and Corrective Action Plan |

Over the past two years, CFSA's Office of Public Information (OPI) has moved from being misunderstood in terms of role and function within the agency and underused to being in demand to provide expert communication services to the Director and a wide variety of agency programs and functions. OPI has engineered this turnaround by consistently providing sound communications advice, on-time delivery of quality materials, and professional support to customers that clearly helped them achieve their project objectives and desired results.

We have discussed this success in both OPI staff meetings and at Executive Staff meetings several times since last fall. We have also talked about how CFSA's dynamic nature and success in getting managers to value communication support have dovetailed to vastly increase OPI's workload. Beginning late last summer, I repeatedly stated at OPI staff meetings that our workload was rapidly approaching a level beyond the capabilities of one person. All OPI public relations specialists would need to step up to meet the requirement in their job descriptions to manage internal communication campaigns. This would involve seeking guidance and approvals from me as needed while taking initiative and largely assuming independent responsibility for client interaction and on-time development of quality materials.

## Assignment of FACES.net Internal Information Campaign

On February 7, 2005, I asked you to accompany me to a meeting with Information Systems about their upcoming launch of FACES.net. This was a second meeting with the objective of gathering background information. The first meeting took place February 1, 2005, at 9:30 a.m. I attended alone. You had called in sick that day. During the first meeting, IS thought they were ready for communication support until the discussion revealed that they had not yet made several decisions that would provide a foundation for developing communications objectives and messages. The purpose of this second meeting, then, was to gather the full range of necessary background information. Your attendance at this meeting meant that I involved you during the first or research stage of the project.

During the meeting, IS answered numerous questions I had posed at the previous meeting. They walked through the overall process they envisioned for a three-phase implementation of FACES.net (laptop distribution, training, and the web-based system going live) and provided details about the rapidly approach first phase of laptop distribution. They stated that they were

scheduled to present at the Program Operations all-staff meeting on February 24. As a result, the group agreed that a special announcement edition of *CFSA Reporter* would go out before the regular *CR* edition due Feb. 16, and Frequently-Asked Questions would go out to all staff around February 22. We discussed the strategy of providing these materials in advance of February 24, so the IS presentation at the all-staff meeting could be a recap and discussion rather than a first announcement. We also agreed that OPI would develop the *CR* announcement and edit and desktop publish FAQs that IS would draft. You took extensive notes during this discussion, asked a question or two, and added a few comments.

Following notification of management's desire to transfer you to CFSA Human Resources, your initial acceptance of that transfer, and your subsequent refusal of that transfer, your status with OPI became confused and uncertain for a time. However, by February 7, my understanding was that your refusal to transfer to HR had been accepted, and you would remain in your current position in OPI. Therefore, on the walk back to 400 Sixth Street from L'Enfant following the meeting with IS on February 7, I said, "Since you'll be staying in OPI, I might as well assign you this work." You replied in the affirmative.

## What Should Have Happened
The table below applies the four standard phases of communication project management, which we have routinely discussed and used within OPI over the past two years, to the requirement for a FACES.net internal information campaign. As of February 7, 2005, you had sufficient information to prepare, gain approval of, and distribute an estimated 11 pages of material within nine business days over two weeks. Only six pages involved creating original material since IS would provide a three- to five-page draft of the FAQs.

| Communication Project Phase | Action Steps | Target Deadlines |
|---|---|---|
| 1. RESEARCH | • Meet with IS client to gather information<br>• Follow-up telephone/e-mail contact for clarification as needed | 2/7/05 |
| 2. PLAN | • Use standard OPI format (attached) to develop 1-3 page communication plans for all three phases of FACES.net launch, with solid detail about upcoming first phase (laptop distribution)<br>• Gain PIO approval of plan(s)<br>• Meet with client, present and discuss communication plan(s) | 2/8/05<br><br><br>2/9/05<br>NTL<br>2/28/05 |
| 3. IMPLEMENT | • Write and desktop publish 2-3 special announcement edition of *CFSA Reporter*<br>• Gain PIO approval of special **CR**, allowing at least one full business day for review<br>• Gain IS client approval of special *CR*<br>• All-staff distribution of special *CR*<br>• Edit/desktop publish draft FAQs<br>• Gain PIO approval of FAQs<br>• Gain IS approval of FAQs<br>• All-staff distribution of FAQs | 2/9/05<br>2/10/05<br>2/11/05<br>2/11-14/05<br>2/14-16/05<br>2/17/05<br>2/18/05<br>2/22/05 |
| 4. EVALUATE | Attend all-staff meeting, gain information from audience questions/feedback | 2/24/05 |
| Follow-up | Discuss with IS client further communication support they need to implement laptop distribution | 2/25/05 |

## What Actually Happened
**Feb. 8-11, 2005:** You called in sick.

**Feb. 9, 2005:** In the evening, I wrote and sent via e-mail from home a memorandum to you and Derek Stewart stating short-term expectations and assignments (attached).

**Feb. 14, 2005:** I provided a leave slip and asked you to complete it for your four days of sick leave the previous week.

**On or about Feb. 15, 2005:** You informed me you had not received the memorandum I sent via e-mail and had only just found a hardcopy portion of it in the printer. I supplied you with a hardcopy of the covering memorandum and subsequently re-sent the original e-mail dated February 9 to you. At this point, the FACES.net communication plan was behind schedule, and you had missed the deadline for the special edition of *CR*.

**Feb. 15-22, 2005:** I requested a completed leave slip for your sick time the previous week. You stated that you had use-or-lose vacation you had not known about, possibly due to Gloria Yates changing jobs near the close of 2004, and would like to call your four days of absence "a wash." I objected. You replied something about knowing "people are trying to get rid of me," and left my office. Later, we met to discuss the FACES.net communication plan. I provided extensive oral and some written comments to allow you to revise and improve the plan (copy attached).

Early on in this period, IS provided a draft of their FAQs, which I forwarded to you via e-mail.

As a prerequisite to taking two days of in-town vacation (Feb. 17-18) and the holiday (Feb. 21), I worked three hours at home on the evening of February 16 preparing and forwarding to Brenda an outline for her upcoming performance testimony.

You provided a draft of an all-staff flyer (as a fallback since you missed the deadline for the special edition of *CR*) and unedited version of the IS draft of the FAQs. I responded by asking what the four steps are in any communication project, and you correctly replied: Research, Plan, Implement, Evaluate. I then said the research had been the February 7 meeting with IS. Now you were handing me implementation without a plan. I said I could not determine whether your draft document met objectives and covered key messages or not since those elements should have been established first, but we did not have a completed plan. I further said that you needed to edit and desktop publish the raw draft of the FAQs to prepare that document for my approval. By February 22, all key deadlines for this project had been missed.

On the afternoon of February 22, Brenda asked me to draft a portion of her upcoming performance testimony and stated I could work at home the next day since this would speed the process. In addition, I had District Council questions to answer (with a deadline of noon Feb. 23) based on documentation I had been collecting from various people over the past several days. This is a pertinent example of how OPI's workload has grown beyond the capabilities of any single individual. During this period, OPI had significant overlapping priorities and deadlines for both support to the Director and an internal communication campaign (FACES.NET). I left the office that day expecting to receive from you via e-mail a revised communication plan and drafts of the FACES.net flyer and FAQs to work on that evening at home and return to you via e-mail in hopes of all-staff distribution on February 23—far too late but still in advance of the Program Operations all-staff meeting on February 24.

**Feb. 23, 2005:** I worked at home from 8:45 a.m. to 3:30 p.m. to complete testimony questions. This included having several telephone conferences with people at the office to clarify data. I informed Yolanda McPhail-McKinley that I would miss her noon deadline but would get responses to her later that afternoon—and did so.

During this time, I received a telephone call from you asking about the FACES.net flyer and FAQs. I said I had not received any drafts from you. Although you have sent documents to my home e-mail address many times, you determined that you had used a wrong e-mail address and re-sent the documents to me at 10:47 a.m. (copy attached).

Having completed the testimony questions and still having a portion of Brenda's testimony to draft, I turned to your draft flyer and FAQs at 3:30 p.m. I then spent five hours:
- Attempting to organize the flyer around some clear key messages despite having no plan that spelled out objectives and messages.
- Editing FAQs to enhance plain language and add one obvious question: What is FACES.net? Also reorganizing questions/answers into a logical flow, which was the most time-consuming task.
- Cleaning up and enhancing desktop publishing, which was the second most time-consuming task.

I completed these tasks at 8:30 p.m. and e-mailed the completed documents to you at 8:51 p.m. (copy attached). I started working on Brenda's testimony at 9 p.m., completing the portion assigned to me around 12:30 a.m.

**Feb. 24, 2005:** I received an e-mail from you (attached) chiding me for failing to meet Information Systems' requirement to have materials to pass out at the all-staff meeting that morning. You stated you had told the IS client that she would have final materials early on the afternoon of Feb. 23. You continued with statements that amounted to making me responsible for letting both you and the IS client down.

**Feb. 25, 2005:** You called in sick. Meanwhile, you sent an e-mail (attached) to Sharmaine Allen at IS at 8:50 a.m. telling her to call you if she had any needs despite your being out sick. Later that morning, Harold Beebout stopped me in the hall at 400 Sixth Street and politely but directly expressed that OPI had failed to meet their needs and expectations for support of the FACES.net launch the previous day. When I opened Sharmaine Allen's reply to your e-mail, I responded with the apology they certainly deserved from OPI (attached).

**Feb. 26, 2005:** You sent an e-mail to Sharmaine Allen and me at 6:11 p.m. (attached) stating that two weeks were insufficient for you to complete the project. You claimed that you worked until 3 a.m. on February 23, and you once again alleged that my slowness in reviewing the documents on February 23 was the reason IS did not receive good customer service. In fact, as of February 23, you had missed all deadlines associated with the project.

**Mar. 1, 2005:** Derek Stewart appeared for OPI's routine weekly staff meeting (Tuesdays, 1:30 p.m.) and informed me that you asked him to report you had a "personal emergency" that had kept you from completing the draft of the *CFSA Reporter* due to me for review at 8:15 a.m. that morning. You did not attend the staff meeting. You e-mailed the draft of *CFSA Reporter* to me at 2:53 p.m. (covering e-mail attached).

Unacceptable Performance
Although I sent the attached memorandum dated February 10 to you for receipt at work on that day, you claim you did not receive it. However, you did have it on or about February 15. This memorandum documents in writing your assignment to the FACES.net campaign, which I gave you verbally on February 7. This memorandum also lists seven responsibilities on all assignments. Since receiving this memorandum, you have failed to meet all seven responsibilities. They include:

- **Providing sound communication counsel and timely, quality products to clients.** You missed every deadline associated with this project. Subsequently telling the IS client that you would deliver final materials early on the afternoon of February 23, thereby making me responsible at the eleventh hour despite my schedule, was negligent.

- **Taking initiative and responsibility to plan project/campaign steps, prepare and implement plans, and gain necessary approvals at each step.** From the outset, you did not apply the communication project steps OPI has discussed and used for two years. You did not develop a communication plan before launching into implementation. As of this date, we still have no approved communication plan for the FACES.net campaign. In short, you did not take initiative for this assignment, and you have not expressed any responsibility to the client or me for failing to deliver.

- **Involving me in planning meetings with clients and ensuring I have at least one day to review/approve drafts and final products before you submit them to clients.** By the time you prepared these documents, time constraints made them both the draft and the final product. I had far less than one day to review/approve them. It is even more serious that you left no time for client review.

- **Solving issues/problems that arise and scheduling time with me to obtain guidance whenever you need it.** Being absent for four days immediately following assignment of a significant project with feasible but somewhat tight deadlines constitutes an issue. You never discussed with me the impact of losing four days on the project nor did you make any attempt to catch up. If you are currently suffering from health issues that undermine your ability to carry a full workload, I am unaware of them.

- **Keeping projects/campaigns moving and meeting deadlines.** To the contrary, you allowed this assignment to stagnate and did not meet any deadlines, including the client's launch date. During this time, you had only one other assignment with a regular workload: preparing *CFSA Reporter* every two weeks. Initial support of FACES.net involved writing or editing and desktop publishing only about 11 pages of material during nine business days over two weeks. After losing four of those days to illness, you made no attempt to catch up over the remaining five business or eight total days.

- **Using good judgment, managing your time effectively, and producing quality work that meets communication objectives.** Poor judgment included failing to pay attention to specific expectations contained in the memorandum of February 10, to plan, to meet deadlines, and to accept responsibility for those errors. You made no effort to use time productively to plan or implement the campaign, including catching up from a four-day absence. You failed to produce six pages of acceptable original material on time over a two-week period. Your handling of this assignment did not meet the client's communication objectives.

- **Providing progress updates at weekly OPI staff meetings.** Although you were in the office and know the bi-weekly publication schedule for *CFSA Reporter* several months in advance, you failed to attend OPI's weekly staff meeting March 1. I have no information about your progress on any of your current assignments. I was also

unable to assign a new, emergent project to you because you were several hours behind schedule in completing *CFSA Reporter.*

## Corrective Action Plan

Since demand for OPI services is unlikely to decrease, you must grow with your job to maintain your value to CFSA. The agency cannot achieve its strategic goals when employees fail to perform. As of your reading of this memorandum, you need to demonstrate a dramatic change in both your performance and attitude, including:

- Taking initiative for assignments.
- Completing assignments on time and at an acceptable level of quality.
- Functioning as part of a team.
- Following instructions.
- Providing timely, quality support to OPI customers.
- Being accountable for your actions.

In addition:

- You are solely responsible for planning to use, not lose, your large accumulation of leave time. Accumulated leave time appears on your paycheck stub every other week. You are responsible for requesting time off for healthful and necessary R&R far enough in advance to minimize impact on workloads and deadlines—and gaining approval of your request by submitting a leave slip for my signature in advance. I have stated repeatedly that, barring an emergency, my rule of thumb is: one day's notice for one day off, five days' notice for five days off, two weeks' notice for two weeks off, etc.

- If you have another instance of absence due to illness of three sequential days or more, provide me with a doctor's note immediately upon your return work. In every case of absence unscheduled in advance, provide a leave slip to me for approval immediately upon your return to work.

- The professional approach to reporting failure to meet deadlines and/or valid reasons for skipping meetings is to communicate directly to me—and in person whenever possible. Do not ask others to carry these messages for you. Take personal responsibility.

The corrective action plan on the following page lists the minimal steps you must take to improve your performance. It includes a firm deadline for each step. Please see me in person if you have questions about this plan.

| | Action Step | Deadline |
|---|---|---|
| 1 | Meet expectations in memorandum of Feb. 10 on all subsequent activities connected with FACES.net. | Mar. 2-Dec. 31, 2005 |
| 2 | Provide PIO with leave slips charging sick time for Feb. 8 through 11 and Feb. 25. | Mar. 2, 2005 |
| 3 | Visit and mend fences with the IS client by taking responsibility for not meeting their deadlines. Find out what communication assistance they now need to complete Phase 1 of FACES.net (laptop distribution). | Mar. 3, 2005 |
| 4 | Reschedule the meeting with F/A Parent Recruitment, which was cancelled on Feb. 25 due to your absence. | Mar.3, 2005 |
| 5 | Complete communication plan for Phase 1 of FACES.net, including support IS needs now. Draft communication plans for Phases 2 and 3. Forward to PIO for approval. | Mar. 4, 2005 |
| 6 | Take initiative and responsibility for meeting both client and PIO expectations in managing the internal premiere of the foster/adoptive parent recruitment video. | Initial meeting through event |
| 7 | Schedule a one-hour face-to-face meeting with PIO to report progress on current assignments. Provide a detailed written schedule of how you plan to manage your time through March 2005 to complete current assignments on time. Clearly demonstrate abilities to apply standard steps in the communication process and to establish interim deadlines, including adequate review time by both the PIO and client (when applicable). | Mar. 4, 2005 |
| 8 | Provide documentation of the personal emergency that prevented on-time delivery of the draft *CFSA Reporter* due at 8:15 a.m. Mar. 1. | Mar. 4, 2005 |

ATTACHMENTS

Feb. 25. Mar. 1
Mar. 7 - 14

 **OPI**

# Communication Project Plan



**Date:** ~~February 21, 2005~~

**Project manager:** Shirley L. Tabb

**Project title:** CFSA Laptop Computer Deployment

---

**Audience:**

Primary: ~~CFSA Employees~~ *Case-carrying social workers*

Secondary: ~~All other employees~~ *less Prog* *I&I and Program Ops supervisors, prog. mgrs., admin.*

Tertiary: *All other employees*

---

**Objectives:**

*nounce three phases of FACES .NET*
*Tell why CFSA is making this change.*
*Explain this deployment as a*
*Frame this change as a benefit of F-book*
*Congressional funding &*
*base-on-line*

- Determine and publicize launch & deployment dates
- *Promote* ~~Explain~~ key features and benefits, *with emphasis on what's in it for social workers*
- Address *ing* inherent questions and concerns
  - *Reduce resistance to change by*
- ~~Prepare staff for next steps in plan~~
- ~~Put staff at ease about necessary change~~
- Explain how employees were selected for project

---

**Key messages:**

- Laptops are for official agency use only;
- Children and families will benefit from the up grade;
- Employees are liable for laptops and equipment;
- Laptops and equipment belong to CFSA and must be returned or paid for when employees leave;
- Laptops are valuable resource made possible by $1million Federal appropriation;

---

**Strategies/ tactics:**

Post FAQs on the Intranet
Promote FAQs in CFSA Reporter;

|  | Present plans to employees at Program Meetings; Supervisor Meetings; as well as Senior staff meetings;<br>Provide weekly e-mail reminders and updates;<br>Distribute promotional materials to promote excitement & increase awareness;<br>Post flyers and posters in all CFSA and contract agency locations;<br>Schedule weekly telephone time between CIS and OPI to seamless flow of communication unless face to face meeting is necessary;<br>Publish plan details and dates in special edition of CR; |
|---|---|
| **Estimated direct costs:** | Except for promotional items (if purchased), there should be no cost for the communication plan. We are able to produce posters and flyers In-house; |
| **Evaluation:** | Customer service survey to laptop recipients for their feedback and critique of communication process; |

**mindylgood8@comcast.net**

| | |
|---|---|
| **From:** | "Shirley Tabb" <stabb@cfsa-dc.org> |
| **To:** | <mindylgood8@comcast.net> |
| **Sent:** | Wednesday, February 23, 2005 10:47 AM |
| **Attach:** | ATT00012.eml |
| **Subject:** | Fwd: CIS FAQs and All Staff |

See attached. I sent it to mlg2 earlier this morning.

Shirley L. Tabb
Public Information Specialist
Office of Public Information
"The Voice of CFSA"
202-442-6014
stabb@cfsa-dc.org



# Three-Phase Launch of FACES.Net Begins With Laptop Deployment.

## About 200 laptop computers will soon replace some desktop models as CFSA prepares to modernize FACES!
Training and laptop deployment begins March 7, 2005.

### Who gets laptop computers and why?
Case carrying social workers and their supervisors, program managers, and administrators in Adoptions, In Home & Reunification I and II, and Intake & Investigations are priority areas for the laptop deployment because these workers spend more than 50% of their time in the field and will have greater flexibility and mobility with data entry. Everyone will also have plenty of time to get used to the valuable agency resources before FACES.Net debuts live in December 2005. Prioritization was determined by Program Operations.



### Where did the money come from?
CFSA utilized $1 million of a one-time $3 million Federal appropriation received in FY'04 to modernize FACES technology beginning with the purchase of over 200 laptops to increase productivity and allow case carrying social workers more time in the field with families where they will be able to update and document case plan activity while in clients' homes and waiting for court hearings.

CFSA will also be able to track children and case progress, claim federal provider payments and evaluate performance goals with the new technology. Additionally, private case providers will find their jobs easier and can enter valuable location data on youth in their care.

### How were the make and model of the laptops determined and by whom?
CISA conducted three employee focus groups in April 2004 to get social worker feedback on prospective laptops including use and type preferred. Two laptops were tested and 86% of participants surveyed preferred the Dell model purchased.

### What are the steps toward the launch of FACES.Net?

FACES modernization will be managed **in three progressive phases** that include:

- Three case carrying social workers from each priority program area were selected to participate in **pilot testing** that began February 16 and ends February 23.These workers tested the laptops and are ready to begin working with their laptops.

- The **deployment** of about 200 laptop computers with a retail value of over $2,200 each is the second phase. Case carrying social workers will begin receiving their laptops and peripherals in small groups of 8-10 people from each of the priority areas each week beginning March 7 following a 1-hour mandatory training session to demonstrate the proper use of the docking station that will secure the laptop to the desk. All training is scheduled at 400 Sixth Street in Conference Room 5133 and continues through April until all laptops have been deployed.

## mindylgood8@comcast.net

| | |
|---|---|
| From: | <mindylgood8@comcast.net> |
| To: | "Shirley Tabb" <STABB@cfsa-dc.org> |
| Cc: | "Mindy Good" <Mgood@cfsa-dc.org> |
| Sent: | Wednesday, February 23, 2005 8:51 PM |
| Attach: | FACES.net flyer.doc; FACES.net FAQ.doc |
| Subject: | FACES.net |

See attached. What happened to revisions to the communication plan? Once again, you started implementing without completing the plan.



# Three-Phase Launch of FACES.Net Begins With Laptop Deployment.

## Modernization of FACES technology replaces some desktop PCs with portable models! Pilot testing ended February 23.

1. **Who's getting new laptops computers and how were they selected?**
   Case carrying social workers in Adoptions, In Home & Reunification I and II, and Intake & Investigations who spend more than 50% of their time in the field were selected to exchange their desktop computers for laptops by Program Operations. The switch prepares CFSA and case carrying social workers from these priority areas for FACES.Net and will improve efficiency and documentation of casework activity.

2. **What happens to my desktop PC?**
   FACES staff will remove your desktop PCs one-week following the installation of the laptop. The additional time is to allow you time to transfer your files from the desktop computer to your U-drive for easy access to your files using your laptop.



3. **Can I access FACES from home with my laptop?** You may only access FACES from work as with your desktop PC initially, however you will be able to use the laptop at home or in the field to work on Word and other related software documents.

   FACES will become accessible from anywhere there is Internet service when FACES.Net debuts live in December 2005. The time period between laptop deployment and the launch is designed to allow social workers to become familiar and comfortable with the laptops.

4. **What if I change cubicles?**
   No one can change cubicles without supervisory and management approval and computer equipment must not be moved without the approval and assistance from the FACES Helpdesk.

5. **Can I install my personal Internet Service Provider (ISP) on my laptop?**
   You may not install the ISP at this time, but call the Helpdesk, 202-727-3009, for a technician to install it for you. A ticket must be created to make an appointment with the technician to complete the software installation.

6. **Can my children use my laptop?**
   The laptops are agency policy and must be used by designated District of Columbia employees solely for employment purposes. You are responsible for the laptop and its peripherals while in your care.



7. **Can I keep my mouse when I get my laptop?**

Absolutely! Some of you may have initial challenges adapting to the touch pad of the laptop and have the option of an external mouse.

7. **Why does the policy state that I am responsible for damages replacement if the laptop is lost or stolen?** CFSA has invested almost $1 million to purchase this valuable agency resource from a one-time federal appropriation in FY'04 and there are no funds to replace the laptops that retailed for $2,200 each. The agency owns the laptops and expects to take care of them as if the property belonged to a good friend.



or

over you

8. **If I don't like using the laptop, may I turn it in and get my desktop PC back?** You may get another PC, but it may not be the same one you had because it may have been re-deployed somewhere else in the agency.

9. **Who should I contact if I experience problems or if the laptop is stolen?** Call the FACES Helpdesk, (202) 727-3009, for technical assistance. If the laptop is stolen outside the agency, report the theft to Metropolitan Police (MPD). The employee who signed for the laptop must submit a copy of the police's incident report to Risk Management along with an Unusual Incident Report.

10. **Should I take my laptop home every day?** You have the option of taking the laptop home daily or properly securing it in the docking station whenever you are away from the agency.

11. **If I have an old version of Microsoft Office, will my documents automatically convert to the newer version?** Yes, Office 2003 will automatically upgrade your documents with slight variations in the layout.

12. **Why can't I have a laptop and keep my desktop PC?** The agency does not have the funds to provide workers with both and you must select one or the other.

14. **If I don't get a laptop now, can I get one when FACES is accessible in December?** We do not anticipate purchasing any additional laptops.

15. **How many laptops are distributed?** About 200 laptops will be deployed in March and April 2005.

16. **When will the agency purchase more laptops for the social workers that did not receive them this time?** It is not known if the agency will have additional funding to procure additional laptops.

17. **If I lose or damage the laptop, am I responsible for paying for it?** You are responsible for repair or replacement costs if the loss or damage is proven to be the result of your negligence.

18. **How often should I bring my laptop to the agency and connect to the network for the latest FACES and virus updates?**

Laptops should be brought to the agency daily and docked to get the latest updates until FACES.Net launches. Then laptops only need to be brought in twice weekly for updates.

19. **What peripherals will I receive with the laptop computer?**
A mouse, laptop carrying case, laptop key, and laptop user guide will accompany your laptop materials to ensure a smooth transition from your desktop to the laptop.

20. **When will I receive my laptop computer?**
The technical team at CISA will begin deployment to authorized social workers the second week in March and continue through April 2005. Everyone will receive a training schedule and installation date.

21. **How will I secure the laptop at work?**
You are responsible for properly securing your laptop by properly placing it in the docking station. You will attend a 1-hour mandatory training session the week prior to receiving the laptop to ensure proper security measures are taken at all times.

22. **What happens if I change positions within CFSA?**
You are required to return the laptop to CISA and a new computer or laptop will be assigned based on your job functions.

23. **If I forget and leave my laptop home, where can I access FACES within the agency?**
The FACES computer lab is available to staff on Fridays from 8:15 a.m. – 4:45 p.m. Please call the Helpdesk, (202) 727-3009, to check availability and sign up.

24. **Am I able to dock into another worker's docking station?**
No. Each worker has a key to his/her assigned docking station and this may prohibit others from utilizing locked docking stations. It is also advisable to always dock your laptop in your own office because each laptop is linked to where you sit for trouble shooting purposes.

25. **Am I responsible for theft or damage if I leave the laptop in an agency car?**
Yes, if the theft or damage is the result of your negligence, you are responsible. Laptops should not be left in cars because they are sensitive to humidity and excessive heat. Thieves also look for expensive items left in cars to steal them.



- **Training** for FACES.Net is scheduled in September when all employees will be trained to take advantage of FACES.Net.

- **FACES.Net** debuts live in December and workers can access FACES from any where there is Internet access.

## What if there are additional questions?

An extensive list of Frequently Asked Questions will be available on the CFSA Intranet immediately at www.cfsa.in.dc.gov to guide you through various scenarios regarding your laptop and your responsibilities while it is in your care.



# FACES.net

## Overview

CFSA Information Systems is moving our FACES automated case management system from old-fashioned servers to a modern Internet base. That's the only technical information you'll find in this overview, which explains what this change will mean for CFSA.

**CFSA will move to FACES.net in phases beginning March 7.**
Information Systems will manage FACES modernization **in three progressive phases**.

- <u>Phase 1</u>: **Distribution of about 200 laptop computers** with a retail value of over $2,200 each. Case-carrying social workers will begin receiving their laptops and peripherals in groups of 8-10 each week beginning March 7. Prerequisite is a mandatory one-hour training session to learn proper care of the laptop. All training is scheduled at 400 Sixth Street in Conference Room 5133 and continues through April until all laptops have been deployed.

- <u>Phase 2</u>: **Training** to use FACES.net begins in September.

- <u>Phase 3</u>: FACES.net **goes live** in December.

**FACES.net is portable.**
The main advantage of FACES.net is that, with a laptop computer, social workers can access it anywhere. No more being tied to a desk in the office! Catch up on paperwork at home, update case notes during client visits, and use waiting time at court productively.

**Case-carrying social workers get laptops.**
Case-carrying social workers, supervisors, program managers, and administrators in Adoptions, In Home & Reunification, and Intake & Investigations are priority targets for the laptops because they spend more than half their time in the field. Program Operations is determining exact priorities.

**Social worker input guided laptop purchase.**
Information Systems conducted three employee focus groups last April to get social worker input. IS then had some social workers test two different laptops. Eighty-six percent of the testers preferred the Dell model, which IS subsequently purchased.



**Congress is our benefactor.**
CFSA is using a one-time $3 million FY04 Congressional appropriation to modernize FACES technology, beginning with the $1 million purchase of over 200 laptops.

## Watch for regular updates.
From now through December, IS will provide regular news and updates about our progress toward FACES.net. Stay tuned! ■




# FACES.net



## Frequently-Asked Questions

## Q What is FACES.net?

**A** Basically, Internet access to CFSA's automated case management system. Modernizing FACES technology will allow employees on the go to access FACES outside the office. This should improve efficiency in documenting case activity.

## Q Who's getting new laptops computers?

**A** Program Operations selected case-carrying social workers in Adoptions, In Home & Reunification, and Intake & Investigations who spend more than half their time in the field to exchange their desktop computers for laptops. This switch, which is Phase 1 of FACES.net, will prepare case-carrying social workers for FACES.net.

## Q How many laptops will IS distribute?

**A** About 200 in March and April 2005

## Q When will CFSA purchase laptops for social workers who don't get them now?

**A** CFSA purchased these laptops with a one-time Congressional appropriation in FY04. We will not be purchasing more laptops unless additional funding becomes available.

## Q If I get a laptop, will I still have my desktop PC?

**A** No. FACES staff will remove your desktop PC one week after you get the laptop. During that week, you'll transfer your files from the desktop to the laptop computer.



## Q Why can't I have a laptop and keep my desktop PC?

**A** Computers are expensive, valuable agency equipment. CFSA does not have funds to provide individuals with both a PC and a laptop. Case-carrying social workers designed to get a laptop must either take it **or** keep the PC.

**Q** If I don't accept a laptop now, can I get one when FACES.net is launched in December?

**A** Maybe, maybe not. It will depend on whether IS has any laptops left over after the initial distribution. We don't anticipate purchasing any additional laptops, so your best bet is to take the laptop now.

**Q** What will my responsibilities be concerning the laptop?

**A** CFSA has invested almost $1 million of a one-time Congressional appropriation to purchase this valuable agency equipment. We do not have funds to replace the laptops, which retail for over $2,200 each. CFSA owns the laptops and expects you to take care of them as if they belonged to a good friend. If you damage or lose the laptop due to negligence, you'll be responsible for repair or replacement costs. This includes theft of a laptop you've left in an agency or personal car, locked or not. Cars are bad place to leave a laptop because heat and humidity can damage it, and the risk of theft is high.

**Q** How will I secure the laptop at work?

**A** You'll have a secure laptop docking station on your desk and a key to it. You'll secure the laptop in the docking station whenever you bring it into the office. You'll attend a mandatory one-hour training session the week before getting the laptop to learn this and other procedures for using the laptop properly.

**Q** What if I change cubicles?

**A** No one can change cubicles without supervisory and management approval. What's more, you cannot move computer equipment without the approval and assistance of the FACES Helpdesk. Be sure to complete appropriate paperwork if and when you move. That will trigger the computer support you need from FACES to move.

**Q** Can I access FACES from home with the laptop?

**A** Until December, you will need to be in the office to access FACES. However, you can use the laptop at home or in the field to access Word and other agency software programs. Then, when FACES.net goes live in December, you will be able to access FACES from anywhere that has Internet service. Between this spring and December, plan to become familiar and comfortable with the laptop.

**Q** Can I still use a mouse with the laptop?



**A** Absolutely! If you find adapting to the built-in touch pad on the laptop too challenging, you have the option of using a plug-in mouse.

**Q** Do any "extras" come with the laptop computer?

**A** Yes--a mouse, laptop carrying case, laptop key, and laptop user guide.

**Q** If I have an old version of Microsoft Office on the PC, will my documents automatically convert to the newer version on the laptop?

**A** Yes. Microsoft Office 2003 will automatically upgrade your documents with slight variations in the layout.

**Q** Should I take the laptop home every evening?

**A** You have the option of taking the laptop home daily or leaving it secured in the docking station on your desk.



**Q** How can I be sure to get FACES and virus updates on the laptop?

**A** Until we launch FACES.net in December, bring the laptop to the agency daily and dock it to get the latest updates. After we launch FACES.net, you'll need to dock it for updates just twice a week.

**Q** If I forget to bring the laptop to work, how will I access FACES?

**A** You can use the FACES computer lab on Fridays from 8:15 a.m. to 4:45 p.m. Call the Helpdesk, (202) 727-3009, to check availability and sign up.

**Q** Why can't I just dock into someone else's docking station?

**A** Because each social worker will have a key to his/her assigned docking station only. What's more, IS will link the laptop assigned to you to where you sit for troubleshooting purposes. That will make it not a good idea to use someone else's docking station.

**Q** If I don't like the laptop, can I turn it in and get my PC back?

**A** You can turn in the laptop and resume using a PC, but it may not be the same one you had before. When IS replaces desktop PCs with laptops, they'll distribute the PCs elsewhere in the agency.

**Q** Can I install my personal Internet Service Provider (ISP) on the agency laptop?

**A** Do not do this yourself. Call the Helpdesk, 202-727-3009, for a technician to install it for you. IS must create a ticket and set up an appointment for a technician to complete the software installation.

**Q** Can my children use my laptop?

**A** Sorry, no. The laptops are CFSA property that the agency issues to designated District employees for work purposes only.

**Q** What if I change positions within CFSA or leave CFSA?

**A** Return the laptop to CFSA Information Systems. If you're changing positions within CFSA, IS will assign a PC or laptop to you, based on what your new position requires.

**Q** What should I do if the laptop gives me problems or is stolen?

**A** Call the FACES Helpdesk, (202) 727-3009, for technical assistance. If the laptop is stolen outside CFSA, report the theft to the Metropolitan Police (MPD). Then submit a copy of the police incident report and an Unusual Incident Report to CFSA Risk Management.

**Q** So when will I get a laptop computer?

**A** The IS technical team will begin distribution to authorized social workers March 7 and continue through April 2005. Watch for a training schedule and specific installation date. ■

**mindylgood8@comcast.net**

| | |
|---|---|
| **From:** | "Shirley Tabb" <STABB@cfsa-dc.org> |
| **Cc:** | <mindylgood8@comcast.net>; <mlg02@comcast.net> |
| **Sent:** | Thursday, February 24, 2005 2:09 PM |
| **Subject:** | Re: FACES.net |

Thank you for sending the edits. They look wonderful. As for the plan, it was my understanding that I needed to get these documents to Sharmaine in hopes of sending a messaget to All Staff before the meeting this morning. She also wanted to distribute the FAQs this morning at the meeting - which she was unable to do because I had nothing to send her. I had told her that I expected to have the edits early yesterday afternoon for her to send out and take with her to the meeting. We spoke last night at 6:00 when it was obvious that we would not be able to do that. I am confused about what time we had to address the plan as it related to these deliverables???

Sharmaine just called your office to see what was holding us up and I told her that I had the edits and was just about to send them to her. Some of the graphics floated and had to be adjusted. I am sending them to her now.

Shirley L. Tabb
Public Information Specialist
Office of Public Information
"The Voice of CFSA"
202-442-6014
stabb@cfsa-dc.org

**From:**      Mindy Good
**To:**        Sharmaine Allen
**Date:**      2/25/05 12:36PM
**Subject:**   Re: CIS Deliverables

You are being extremely kind in that in this instance, OPI provided you with substandard service. Your deadline was not met, and you deserve better service than that. I've made some minor changes on the attached documents, especially in terms of spacing which always shifts when I send documents from home to the office. Otherwise, I think these are ready to go. I've seen the e-mails about you getting together with Shirley to talk about next steps. I will do all I can to ensure you receive timely service in the future.

>>> Sharmaine Allen 02/25/05 11:43 AM >>>
Shirley:

Thank you for going this extra mile in creatively compiling these documents for this stage of the FACES.NET Communication Plan! We appreciate your team's hard work and the dedication to getting the job done. Attached you will find the 2 documents you sent with a couple of edits. We plan to send this out by early afternoon. Please review it and let me know if you have any thoughts on it. Again our hats of to Mindy, and yourself for supporting us as in this endeavor.

Sharmaine

Sincerely,
Sharmaine Allen
User Support Supervisor
Child & Family Services Agency/Child Information System Agency
202.727.3057 (voice)
202.724-5389 (fax)
sallen@cfsa-dc.org

>>> Shirley Tabb 02/25/05 8:50 AM >>>
Good morning Sharmaine,

I sent your flyer and faqs to you yesterday and hope they met or exceeded your expectations.  As I indicated earlier, I am having some health issues and will be out today, but you can still reach me. I check my email and voicemail regularly whether in or out of the office and you are welcome to call me at home (202) 289-1923. Feel free to call me with any concerns or to discuss a good time to discuss the rest of your communication plan.

Shirley L. Tabb
Public Information Specialist
Office of Public Information
"The Voice of CFSA"
202-442-6014
stabb@cfsa-dc.org

CC:          Anthea Seymour;  Brady Birdsong;  Harold Beabout;  Shirley Tabb;  Wilson Ndeh

**From:** Shirley Tabb
**To:** Mindy Good; Sharmaine Allen
**Date:** 2/26/05 6:11PM
**Subject:** Re: CIS Deliverables

Dear FACES Team:

I concur with Mindy's expectations for excellent customer service. However, in this case, I understand that the FACES.Net launch has been in the making for several months (as early as April '04) and OPI has been involved at least 2 months before the assignment was delegated to me. Sadly to say, the day I attended your meeting approximately 2 weeks ago was the first time I was apprized of OPI's involvement. This is a magnificent, though huge project and requires a lot of planning. I wish the work had been delegated to me much sooner.

In spite of having developed your documents in their entirety, including editing and re-formatting each of the 25 FAQs, nothing could be released without a second round of editing from Mindy.

My aim to provide good customer service is why I worked on your deliverables until 3:00 a.m. last Tuesday into the early hours of Wednesday, in hopes that they would be returned in time to get them out before the All Staff meeting. Instead, I received them back at 8:30 the following evening and sent them to Sharmaine as soon as I received them the next morning.

Under these circumstances, I have made the FACES.Net launch a personal priority, although unrecoverable time has obviously been loss.

I am also in my 3rd year as the Director's appointed customer service business partner and represent the agency in the mayor's customer service initiative for District Government agencies and fully understand the importance of delivering superior customer service.

If you need to reach me, please do not hesitate to contact me and if you are wondering about my commitment and history of providing excellent customer service to other internal clients like you, I would love to give you the names of a few people who have been quite satisfied when the playing field has been level.

I am looking forward to a continued and productive partnership, as we endeavor to take an agency I have grown to love, to a new level in the age of technology!


Shirley L. Tabb
Public Information Specialist
Office of Public Information
"The Voice of CFSA"
202-442-6014
stabb@cfsa-dc.org


CC:         Anthea Seymour; Brady Birdsong; Harold Beabout; Wilson Ndeh

**From:**     Shirley Tabb
**To:**        Mindy Good
**Date:**     3/1/05 2:53PM
**Subject:**  CR 55

Attached. Kirra Jackson from OGC is out sick and unable to meet about their information this time.


Derek, you can get a first hand glance at this draft for your Intranet promos. Then when the edited draft is ready, all you will have to do is cut and paste :-)

Shirley L. Tabb
Public Information Specialist
Office of Public Information
"The Voice of CFSA"
202-442-6014
stabb@cfsa-dc.org


**CC:**        Derek Stewart;  Shirley (CFSA) Tabb