**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Child and Family Services Agency**





August 5, 2005

Ms. Shirley Tabb
200 K Street, N.W., #618
Washington, D.C. 20001

**REFERENCE: Advance Written Notice of Proposed Official Reprimand**

Dear Ms. Tabb:

This is 15-day advance written notice of a proposal to issue an Official Reprimand for your position of public relations specialist in the Child and Family Services Agency Office of Public Information (CFSA OPI). I am proposing this action in accord with D.C. Code §1-616.51 (2001 ed.) and Article 7 of the Master Agreement among AFSCME, District Council 20; AFL-CIO Local 2401; and the District of Columbia Government. The proposed action is based on the charge of unsatisfactory performance.

On July 1, 2005, you and I met with Tori Russell of the Quality Improvement Administration (QIA) to discuss her need for communication support around the upcoming Quality Service Review. As a result of that meeting, I assigned you to develop a communication plan, update an existing all-staff memorandum and QSR fact sheet, and get in touch with two supervisors to answer questions about their experiences with the past QSR. I quickly e-mailed you questions I had e-mailed to the two supervisors twice. I neglected to e-mail you the existing memorandum and fact sheet but did so promptly when you reminded me on or about July 7. On July 8, Tori requested a progress update from you, and you promised you would have draft materials to her on Monday, July 11. When Tori did not receive any draft materials from you on July 11, she updated the memorandum and fact sheet herself and asked me to review them on July 12. You have not yet prepared a communication plan for this project, which should have been the first step, and failed to meet our client's deadline for revised materials. Planning this campaign with and implementing it for QIA continues to be assigned to you. With time moving on, QIA now has additional communication requirements around the upcoming QSRs. You have not communicated to me when and how you plan to fulfill this assignment.

On or about June 22, 2005, I asked you to gather materials to respond to a Freedom of Information Act (FOIA) request for background information CFSA used to prepare five specific policies from Mary Brunson of the Children's Law Center. This assignment, which is now extremely overdue, is still on your plate with no communication about when and how you plan to complete it.

On July 13, you called in to say you would return to the office July 18 with no reason given for your absence. On July 13, you were scheduled to give the OPI presentation at Employee Orientation from 9:45 to 10 a.m. This is one of your standard assignments. However, you did not make arrangements for anyone to cover for you during your absence and did not mention when you called in that OPI needed to make alternative arrangements to cover this presentation.

On August 2 at 1:58 p.m., I received from via e-mail a draft of the *CFSA Reporter* newsletter due to be distributed the next day. I have requested repeatedly that you send me the draft of the newsletter by close

of business on the Monday preceding publication so that I have 24 hours to edit and you have time to clean up details based on my editorial comments. On August 3, I returned the draft to you with track changes and editorial issues you needed to address. For example, a photograph on the front page showed six people but listed in the caption names for only five. You e-mailed Derek Stewart and me asking that one of us distribute the newsletter. However, you have not addressed the editorial comments I forwarded to you. As a result, the newsletter did not go out this week.

As of this writing, you have not provided communication support to QIA around the upcoming QSR, collected information to fulfill the FOIA request from the Children's Law Center, or met this week's deadline for *CFSA Reporter*. You also have not completed the assignment to revise OCP's fact sheet about the FTM facilitators and coordinators. You have not communicated to me any plans for catching up on these assignments or any barriers you may have to carrying a proportionate share of the OPI workload. As we have discussed a several occasions, including at your recent performance review, OPI's workload is continuing to grow, and each team member must undertake and complete an equitable share of assignments on time and at a professional level of quality. Although you have verbally stated your intent to do that, your recent performance has not lived up to that claim.

You have the right to representation from the union, an attorney, or another representative. You have the right to review any material upon which this proposed action is based and to prepare a written response to the notice, including affidavits and other documentation, within 10 days of receipt of this notice. Your response, if you prepare one, may raise every defense, fact, or supporting matter in extenuation, exculpation, or mitigation of which you have knowledge, or reasonably should have knowledge, or which is relevant to reasons in support of the proposed action, specification(s), or proposed penalty.

Any response you prepare should be presented to Heather Stowe, deciding official, who will review this written notice and your response and issue a notice of final decision. Dr. Stowe is located at 400 Sixth Street, SW., Washington, D.C. 20024 and may be reached at 202-727-7822.

You may review the material upon which the proposed action is based in CFSA Human Resources, 955 L'Enfant Plaza, Suite 5200, Washington, D.C. 20024. To arrange to review the material, contact Michelle Lewis, Human Resources Generalist, Employee/Labor Relations, 202-724-7385.

You will remain in active duty status during this period of advance notice.

Sincerely,

Mindy L. Good
Public Information Officer

Cc:     Michelle Lewis, CFSA Human Resources
        Heather Stowe, CFSA