

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Child and Family Services Agency



IN REPLY REFER TO:

08/22/05

Shirley Tabb
Public Affairs Specialist
200 K Street, N.W., #216
Washington, DC 20001

RE: **Notice of Final Decision: Proposed Official Reprimand**

Dear Ms. Tabb:

This is the notice of final decision regarding the proposal to issue an Official Reprimand to you. This action is based on a charge of unacceptable performance. The charge was set forth in the written notice of March 02, 2005, which advised you of your right to union representation, the right to review any material upon which the proposed action was based and to respond in writing within ten (10) days of receipt of the written notice.

After a review of the written documentation regarding your performance and/or discussions with your supervisor, it is my decision that all of the reasons put forth in the proposal are sufficient to support the reprimand. Specifically, that you did not complete the tasks assigned to you regarding the Quality Service Review project; that you failed to gather the requested information for the FOIA request as instructed; that you neglected to inform your supervisor that coverage would be necessary for the regular presentation to new workers; and finally that you have failed to adhere to the timeframes required by your supervisor for review of the CFSA Reporter. Therefore the proposed actions shall be sustained, effective August 22, 2005

Sincerely,

Heather D. Stowe, Ph.D., MA, MSW
Deciding Official