# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Child and Family Services Agency




IN REPLY REFER TO:

August 18, 2005

To: Shirley Tabb

From: Mindy Good

SUBJECT:   Admonition

---

In accordance with § 1602 of the District Personnel Manual (DPM), this constitutes an admonition advising you about specific deficiencies regarding your conduct as a public affairs specialist in the Child and Family Services Agency Office of Public Information and to warn you that future violations will result in corrective or adverse action.

On August 15, you conveyed to Susan Newman, senior advisor, Religious Affairs, Executive Office of the Mayor that (1) CFSA has children sleeping in our building for lack of foster home resources, (2) that you want the opportunity to do something about it, and (3) that you have recommended to the Director emergency placement of children at the Holiday Inn. In so doing, you:

- Carried agency business outside your chain of command without approval.
- Created an impression of official knowledge when in fact details of issues, strategies, activities, and progress in CFSA's Child Placement Administration and Foster and Adoptive Parent Recruitment Units are outside your purview as a public affairs specialist.
- Used the District Government-owned e-mail system to promote your personal interests and qualifications.

This is the second time this year that you have displayed this conduct. In March 2005, you used the CFSA e-mail system to approach the Public Information Officer at the D.C. Department of Human Services about "developing a campaign to increase awareness around child abuse and neglect, reviving the Back to Sleep Campaign and other projects . . ." In that instance, you did not initiate an advance discussion or obtain approval to contact DHS with what they perceived as an official CFSA gesture toward partnership. When questioned about this activity, you said in an e-mail to Director Walker: "This was not intended to be an OPI project"—although you used on-duty time and government

equipment to pursue the activity. Also without advance discussion or permission, you announced during an Executive Staff meeting your intent to work with CFSA Procurement & Contracts on an internal communication campaign.

On August 16, during a meeting at CFSA Human Resources, we discussed your current assignments as a public affairs specialist in the CFSA OPI and the need for greatly improved productivity and quality. This morning, at my request, you gave me information pertaining to the Children's Law Center Freedom of Information Act request. I now reiterate that you **must** devote your time and attention to the next priorities among your assignments:

1. Develop and execute a QSR communication plan and internal information campaign which I assigned to you July 1.
2. Complete the FTM facilitators/coordinators fact sheet, which you started months ago.
3. Prepare the *CFSA Reporter* due to me August 29, bearing in mind that your goal is to do so with little need for editing on my part.
4. Customer service.

You should not be seeking new projects at this time but rather completing OPI assignments already on your plate, some of which are well behind schedule.

If you wish to clarify, expand upon, or take exception to any of the statements contained in this admonition, you may respond in writing within two (2) workdays of receipt. Any written response received during that time will be filed with this admonition for as long as it is retained by the agency or for up to three (3) years, during which time the admonition and written response, if there is one, may be considered in determining a penalty for any proposed corrective or adverse action.

## ACKNOWLEDGEMENT OF RECEIPT

_____    _____
Signature of Employee                                                              Date

_____    8/18/05
Signature of Witness *(If the employee fails to acknowledge receipt)*    Date