GOVERNMENT OF THE DISTRICT OF COLUMBIA
Child and Family Services Agency





IN REPLY REFER TO:
Ronnie E. Charles, SPHR, IPMA-CP
202-442-6012

November 3, 2005

Shirley Tabb
200 K Street N.W.
#618
Washington D.C. 20001

RE: **Notice of Final Decision Summary Removal**

Dear Ms. Tabb:

This is the notice of final decision regarding the summary removal action effective October 3, 2005. The written notice of October 3, 2005 advised you of your right to review any material upon which the proposed action was based, to respond in writing within 6 days of receipt of the notice, to be represented by an attorney or other representative, and to an administrative review by a hearing officer. You acknowledged receipt of the written notice on October 6, 2005 and requested a hearing. You did not appear for your scheduled hearing of October 27, 2005.

The report and recommendations of the hearing officer were considered in this final decision. As stated in the October 3, 2005 letter of your **violation of supervisory instructions, blatant disregard for agency procedures and confidentiality laws, disruptive behavior and misuse of Family Medical Leave, threatens the integrity of government operations has been sustained.** Therefore the proposed action shall be upheld.

You are hereby advised of your right to appeal this final decision to the Office of Employee Appeals (OEA) within 30 days of the effective date of your removal. The OEA is located at 717 14th Street, NW, Third Floor, Washington, D.C. 20005. Enclosed are an OEA appeal form and a copy of the OEA regulations.

For additional information on filing an appeal, you may contact the OEA at (202) 727-0004.

Sincerely,

Ronnie Charles, SPHR, IPMA-CP
Deputy Director for Administration

Cc: Uma Ahluwalia
    File

400 6th Street, SW
Washington, DC 20024
www.CFSA.DC.Gov