UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-00789 (PLF) |
| | ) |
| DISTRICT OF COLUMBIA, et. al., | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF BARBARA BAILEY

I, Barbara Bailey, declare under the penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. My name is Barbara Bailey. I have served as Employee and Labor Relations Manager for the District of Columbia Government for over Twenty years.

2. In accordance with the Department of Personnel Regulations, Chapter 16, Part 1 a summary removal under the DPM does not sever the employment relationship between the affected employee and the government until final agency action is taken. The effect of the summary removal is to remove the employee from the workplace immediately. The removal becomes permanent, i.e., the employment relationship is terminated if either the decision is sustained after a hearing or the employee chooses not to seek a hearing.

Further declarant sayeth not.

Dated: July 21, 2006

_____
Barbara Bailey