UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHIRLEY TABB | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA; | ) | |
| | ) | |
| BRENDA DONALD WALKER; and | ) | CASE No.  06-00789 (PLF) |
| | ) | |
| MINDY GOOD. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME**

Pursuant to the Federal Rules of Civil Procedure, Rule 7, Plaintiff Shirley Tabb requests an extension of time through and including August 18, 2006, within which to file a response to the Defendants' *Motion to Dismiss, or, in the Alternative, for Summary Judgment.*  In support of her Motion, Plaintiff states as follows:

-1-

1.      On July 21, 2006, Defendants filed their Motion.  Defendants' Motion and Memo

is thirty-four pages in length.  Attached in support of the Motion are eight exhibits

and an affidavit.

2.      Plaintiff's counsel has had other litigation deadlines to address over the past ten

days which have prevented him from addressing Defendants' Motion.  Given the

length of argument and amount of information submitted in support of the

Defendants' Motion, Plaintiff's counsel will need additional time in order to

provide a proper response.

3.      Defendants' counsel was contacted regarding this Motion and has consented to the

extension requested.

DATED this 1st day of August, 2006.

Respectfully submitted,

_____

Richard E. Condit, Esq.
**D.C. Bar No. 417786**
2000 P Street, NW, Suite 240
Washington, D.C.  20036-6924
Telephone: (202) 265-7337 ext. 231
Facsimile: (202) 318-3211
Email: r1condit1@earthlink.net