UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB, <br><br> Plaintiff, <br> v. <br><br> DISTRICT OF COLUMBIA; <br><br> BRENDA DONALD WALKER; and <br><br> MINDY GOOD. <br><br> Defendants. | CASE No. 06-00789 (PLF) |

**ORDER**

Upon consideration of Plaintiff's *Motion for an Extension of Time*, and with good cause being shown, Plaintiff's Motion is hereby GRANTED. Plaintiff shall have through and including August 18, 2006 within which to respond to Defendants' *Motion to Dismiss, or, in the Alternative, for Summary Judgment*.

_____
PAUL L. FRIEDMAN
U.S. DISTRICT JUDGE