UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB | )<br>)<br>)<br>) |
| Plaintiff,<br>v. | )<br>)<br>) |
| DISTRICT OF COLUMBIA; | )<br>)<br>) |
| BRENDA DONALD WALKER; and | )   CASE No. 06-00789 (PLF) |
| MINDY GOOD. | )<br>)<br>) |
| Defendants. | )<br>)<br>)<br>) |

## CONSENT MOTION FOR AN EXTENSION OF TIME

Pursuant to the Federal Rules of Civil Procedure, Rule 7, Plaintiff Shirley Tabb requests an extension of time through and including September 1, 2006, within which to file a response to the Defendants' *Motion to Dismiss, or, in the Alternative, for Summary Judgment.* In support of her Motion, Plaintiff states as follows:

1. On April 28, 2006, Plaintiff filed her Complaint.

2. On July 21, 2006, Defendants filed their Motion. Defendants' Motion and Memo

-1-

is thirty-four pages in length. Attached in support of the Motion are eight exhibits and an affidavit.

3. Plaintiff recently sought and received an extension of time through August 18, 2006 within which to respond to the Defendants' Motion.

4. Plaintiff and counsel require additional time to review the exhibits submitted by the Defendants and prepare a response.

5. Defendants' counsel was contacted regarding this Motion and has consented to the extension requested.

Wherefore, for good cause shown, the Court should grant Plaintiffs request for an extension of time to respond to the Defendants Motion through and including September 1, 2006.

DATED this 18th day of August, 2006.

Respectfully submitted,

/s/
_____
Richard E. Condit, Esq.
**D.C. Bar No. 417786**
2000 P Street, NW, Suite 240
Washington, D.C. 20036-6924
Telephone: (202) 265-7337 ext. 231
Facsimile: (202) 318-3211
Email: r1condit1@earthlink.net