UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRLEY TABB                                )
                                            )
                                            )
                                            )
            Plaintiff,                      )
      v.                                    )
                                            )
DISTRICT OF COLUMBIA;                       )
                                            )
BRENDA DONALD WALKER; and                   )      CASE No.  06-00789 (PLF)
                                            )
MINDY GOOD.                                 )
                                            )
            Defendants.                     )
                                            )
                                            )
                                            )
                                            )

**ORDER**

Upon consideration of Plaintiff's *Consent Motion for an Extension of Time*, and with

good cause being shown, Plaintiff's Motion is hereby GRANTED.  Plaintiff shall have

through and including September 1, 2006 within which to respond to Defendants'

*Motion to Dismiss, or, in the Alternative, for Summary Judgment.*

_____
PAUL L. FRIEDMAN
U.S. DISTRICT JUDGE