UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB, <br><br>      Plaintiff, <br> v. <br><br> DISTRICT OF COLUMBIA; <br><br> BRENDA DONALD WALKER; and <br><br> MINDY GOOD. <br><br>      Defendants. | CASE No. 06-00789 (PLF) |

**PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME**

Pursuant to the Federal Rules of Civil Procedure, Rule 7, Plaintiff Shirley Tabb requests an extension of time through and including September 5, 2006, within which to file a response to the Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment. In support of her Motion, Plaintiff states as follows:

-1-

1. On April 28, 2006, Plaintiff filed her Complaint.

2. On July 21, 2006, Defendants filed their Motion seeking to dismiss Plaintiff's Complaint.

3. Plaintiff has sought two prior extensions due to the need to review and analyze documents that may be required to respond to Defendants' Motion. Unfortunately, a few more documents related to the issues raised in the Defendants' Motion need to be reviewed before Plaintiff's response can be finalized. The review of these documents has been delayed because of the Plaintiff's work schedule and counsel's travel schedule.

4. Defendants' counsel was contacted by telephone regarding this motion, but the call was not returned before this Motion needed to be filed.

Wherefore, for good cause shown, the Court should grant the Plaintiff's request for an extension of time within which to respond to the Defendants' Motion through and including September 5, 2006 (a request of 4 additional days).

DATED this 1st day of September 2006.

    Respectfully submitted,

    /s/

    _____
    Richard E. Condit
    D.C. Bar No. 417786
    2000 P Street, NW, Suite 240
    Washington, D.C. 20036
    202.265.7337 ext. 231
    r1condit1@earthlink.net