UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHIRLEY TABB | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| DISTRICT OF COLUMBIA; | ) | |
| BRENDA DONALD WALKER; and | ) | CASE No. 06-00789 (PLF) |
| MINDY GOOD. | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Plaintiff's *Third Motion for an Extension of Time*, and with good cause being shown, Plaintiff's Motion is hereby GRANTED. Plaintiff shall have through and including September 5, 2006 within which to respond to Defendants' *Motion to Dismiss, or, in the Alternative, for Summary Judgment*.

_____
PAUL L. FRIEDMAN
U.S. DISTRICT JUDGE