**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Child and Family Services Agency**




IN REPLY REFER TO:
Office of Human Resources
(202) 724-7373 or Fax (202) 727-5750

March 29, 2005

Ms. Shirley Tabb
200 K Street N.W. #618
Washington, D.C. 20001

Dear Ms. Tabb:

I received your completed Certification of Health Care Provider form. Your FMLA leave request has been approved.

Under the FMLA leave you are entitled to take up to 16 weeks of leave. Based on your certification you will be out of work from March 18, 2005 to July 11, 2005 a total of 16 weeks. If you donot return within that period, you are required to submit additional documentation extending your leave.

While you are on FMLA leave, your position with The Child and Family Services Agency will be secure. Upon your return from your leave, you will be reinstated to the position you held prior to your leave, or an equivalent position with similar duties and responsibilities. However, before you can be permitted to return to full duty, you must provide medical certification from your attending physician stating that you are able to return to work and resume the essential functions of your job as they were prior to your leave.

Your employee benefits will remain in effect for the duration of your approved leave. While you continue to use your accrued sick and/or vacation leave, your employee deductions will be deducted from your paycheck. Once you have used all of your available leave, you will be responsible for making your portion of the premium payments for your insurance coverage. Your coverage can be cancelled if payment for the benefits is not received within 30 days of the due date. You may refer your health benefits questions to Alicia J. Davis, Employee Benefits Specialist, D.C. Office of Personnel, Office of Compensation and Benefits, at (202) 442-9655.

***Please be advised that while you are using sick and/or vacation, days to substitute for unpaid leave your FMLA leave is running concurrently with the paid-time off.***