Response and Plan of Action for Corrective Action

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Child and Family Services Agency



From: Shirley L. Tabb
To: Mindy Good

## STEPS TO MEDIATE CORRECTIVE ACTION CONCERNS

March 17, 2005

| | Action Step | Deadline |
|---|---|---|
| 1 | Meet expectations in memorandum of Feb. 10 on all subsequent activities connected with FACES.net | Mar. 18 - Dec. 31, 2005 |
| 2 | Provide PIO with leave slips charging sick time for Feb. 8 through 11 and Feb. 25.<br><br>**My Response and Plan of Action:** A leave slip will be submitted per your directive. | Mar. 18, 2005 |
| 3 | Visit and mend fences with the IS client by taking responsibility for not meeting their deadlines. Find out what communication assistance they now need to complete Phase 1 of FACES.net (laptop distribution).<br><br>**My Response and Plan of Action:** I am excited about resuming the FACES.net communication plan and will utilize all of my professional skills and decorum to move the project forward in a satisfactory manner to the clients and meet all future deadlines. | Mar. 25, 2005 |
| 4 | Reschedule the meeting with F/A Parent Recruitment, which was cancelled on Feb. 25 due to your absence.<br><br>**My Response and Plan of Action:** Following a transition meeting with Derek Stewart, I will draft communication plan for your review and advice Recruitment staff of next steps, in addition to addressing any other needs. | Mar. 25, 2005 |
| 5 | Complete communication plan for Phase 1 of FACES.net, including support IS needs now. Draft communication plans for Phases 2 and 3. Forward to PIO for approval.<br><br>**My Response and Plan of Action:** I submitted drafts for phases one and two of the FACES.net launch on February 17, and the launch plan followed on February 22. I will resubmit all three again to include you edits and comments to you following a meeting with clients to include any updates and needs.<br><br>**Phase One** – Draft of communication plan for the Laptop Deployment was sent to you and returned with your edits and comments. Updates are forthcoming.<br>**Phase Two** – I submitted the training communication plan to you and you related that it was "too soon" for it because training was not scheduled until October.<br>**Phase Three** – The FACES.Net launch was submitted to you on February 22 and launch date is in December. | Mar. 25, 2005 |

Response and Plan of Action for Corrective Action

| | | |
|---|---|---|
| 6 | Take initiative and responsibility for meeting both client and PIO expectations in managing the internal premiere of the foster/adoptive parent recruitment video.<br><br>**My Response and Plan of Action:** I am prepared to resume my responsibilities for this project immediately and hope to have a face to face meeting early next week. | Initial meeting through event |
| 7 | Schedule a one-hour face-to-face meeting with PIO to report progress on current assignments. Provide a detailed written schedule of how you plan to manage your time through March 2005 to complete current assignments on time. Clearly demonstrate abilities to apply standard steps in the communication process and to establish interim deadlines, including adequate review time by both the PIO and client (when applicable).<br><br>**My Response and Plan of Action:** I will schedule a one on one meeting with you by March 25 to review and discuss progress on the above. | Mar. 25, 2005 |
| 8 | Provide documentation of the personal emergency that prevented on-time delivery of the draft *CFSA Reporter* due at 8:15 a.m. Mar. 1.<br><br>**My Response and Plan of Action:** There has never been an assigned time to submit the CR draft to you on Tuesdays. You have only requested that you get it on Tuesdays. If you expect it at 8:15, I can make the deadline C.O.B on Monday.<br><br>The personal emergency was due to feeling very faint and nauseous because of low blood sugar levels on March 17. I was afraid of throwing up on the way to explain my situation to you. It was easier to ask Derek Stewart to communicate the message for me. | Mar. 18, 2005 |