## Shirley Tabb - March Schedule

| | |
|---|---|
| **From:** | "Shirley Tabb" <STABB@cfsa-dc.org> |
| **To:** | "Mindy Good" <Mgood@cfsa-dc.org>, <mindylgood8@comcast.net> |
| **Date:** | 3/3/2005 7:19 PM |
| **Subject:** | March Schedule |
| **CC:** | <Shirley.Tabb@dc.gov> |

Mindy, I have not received a schedule, but heard from Derek that there is one. Please send or stick it under my door. This is the same thing that happened with your document with the deadlines and expectations. As I told you, I never got it and only found it when I was in the office working on the weekend of Feb. 12. One sheet was on the printer and while in Derek's ofc waiting for a color copy of my CR draft, I saw it on his desk.

Shirley L. Tabb  
Public Information Specialist  
Office of Public Information  
"The Voice of CFSA"  
202-442-6014  
stabb@cfsa-dc.org