**From:** mindylgood8@comcast.net
**Sent:** Monday, August 01, 2005 10:01 AM
**To:** Spence, Eunice (CFSA); Stewart, Derek (CFSA); Tabb, Shirley (CFSA)
**Subject:** Out

Unwell. Already informed Brenda. Derek, you should have received IS move document via separate e-mail. See you tomorrow.