Case 1:06-cv-00789-PLF-JMF    Document 8-7    Filed 09/05/2006    Page 1 of 2



# CFSA
# REPORTER



August 3, 2005  *the e-bulletin that keeps employees informed*  Issue 65

### ST. PETER'S EPISCOPAL CHURCH SPONSORS COLLEGE- BOUND FOSTER YOUTHS



*Left to right - Church donors included Sarah Lettau, Emily Lettau, Lisa Lettau, Sheridan Collins, Catherine Gibson, and Neil Gibson.*

██████ and ██████ are all set for college this fall thanks to the generosity of St. Peter's Episcopal Church, Arlington, VA. Each student received a computer, printer, bed linens, towels, robes, toiletries, luggage, storage units, and school supplies. Getting to class on time will not pose a problem either. These freshmen students are ready to set up their dormitory rooms with alarm clocks, irons, and calculators.

Plans are underway to host a College Kit Give-Away later this month when Volunteer Services will distribute twin-size comforters and sheets, storage units, backpacks, alarm clocks, towels and washcloths, and school supplies. Community donations to the first annual Project College Bound program exceed $10,000 to date.

- **40 Cases Up for Review During QSR:** Quality Improvement staff is preparing for the next round of semi-annual Quality Service Reviews (QSRs) that will provide qualitative insights that the agency cannot gain from statistics alone. These qualitative reviews play a major role in CFSA's continuous efforts to improve case practice. Please make the time to provide all the information QIA needs if your case is selected for review. Go to CFSA's Intranet for more information about the QSR process.

- **Criminal Background Check Implementation Includes All CFSA Employees:** Phase II of the Criminal Background Check implementation includes all employees, no matter what your job. By now, you should have a letter giving your date to go to MPD, along with instructions and authorization forms for the background check and finger printing.

  Ask MPD for three copies of the completed paper work, and submit a copy to Human Resources within 24 hours via fax, 202-727-5750. Keep a copy for your records.

  If you have not received your letter with the date you are due to go to MPD, call Leslie Mejia, 202-724-7350.

- **Human Resources Announces Student Loan Repayment Program Recipients:** Congratulations to all recipients of the LRP that CFSA implemented in 2003 to recruit and retain experienced social workers for essential case-carrying responsibilities. A total of 66 social workers will receive the first half of their educational loan repayments in September 2005.

*CFSA Reporter* ▪ 1

000339

- **Leadership Training is Mandatory:** All CFSA managers and supervisors in the Management Supervisory Service (MSS) employment status must attend the training series "*High Impact Leadership,*" "*High Impact Coaching,*" and "*Time and Organizational Management.*" The District's Center for Workforce Develop is conducting sessions from Jul. through Sept. 2005. If you have not yet signed up in FACES to attend this training, please do so as soon as possible. Call Michele Rosenberg, (202) 727-7272, for more information.

- **Employee Orientation Site and Agenda Have Changed:** Training Services and Human Resources have combined the two-day orientation phase of new worker training to globalize training and benefit a wider employee base. The large fifth floor conference room at L'Enfant Plaza has replaced South Eastern University as the presentation venue for these presenters.

  - ☑ Welcome – Brenda Donald Walker
  - ☑ Planning, Policy, and Program Support – Andrea Guy
  - ☑ Volunteer Services – Beatrice Williar
  - ☑ Public Information – Shirley Tabb

*Names have been changed to protect the clients' confidentiality.

---

**The Mayor has increased the number of independent testers testing employee voicemail. Your compliance can improve CFSA's rating. Your non-compliance can reduce it.**

- ☐ Your name
- ☐ Your title
- ☐ Agency/unit name
- ☐ Supervisor's name/number
- ☐ Pledge to return calls within 24 hours or the next business day

---

CFSA Public Information distributes *CR* via e-mail to all CFSA employees every other week. *CR* is also available on the CFSA Intranet at www.cfsa.in.dc.gov. Send your comments or questions to shirley.tabb@dc.gov. Editor: Shirley Tabb

**Margin revision marks:**
- Deleted: <#>Check facts.
- Deleted: <#>¶ <#>¶
- Deleted: for Managers and Supervisors !
- Formatted: Font: Not Bold, Font color: Auto
- Formatted: Font color: Auto
- Formatted: Font color: Auto
- Deleted: The
- Deleted: include
- Deleted:
- Formatted: Font: Italic
- Deleted: ;
- Formatted: Font: Italic
- Deleted: ;
- Formatted: Font: Italic
- Deleted: Sessions
- Deleted: y
- Deleted: tember
- Deleted: are available to all CFSA managers Jul. – Sept. 2005. Training is at the Center for Workforce Development, 441 4th Street, NW, Suite 850 North.
- Deleted:
- Deleted: ¶
- Deleted: Take the Metro to Judiciary Square.
- Deleted: Check facts
- Deleted: New
- Deleted: 2
- Deleted: 5th
- Deleted: e, and new presentati
- Deleted: ons include:
- Deleted: . All new employees can look forward to the addition of the following presentations:
- Deleted: Director
- Deleted: <#>Parents Behind in Child Support Get a Second Chance to Make a Difference: The Child Support Services Division (CSSD), Office of the Attorney General for the District of Columbia, is offering parents a second chance to do the right thing. ¶ ¶ CSSD is co-sponsoring a tri-jurisdictional Amnesty Program Aug. 1 – Aug. 13, 2005 in collaboration with Maryland and Arlington Co[...]