## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Child and Family Services Agency





August 15, 2005

Dr. Heather Stowe
Child Protective Services
Child and Family Services
400 Sixth Street SW
Washington, DC 20024

**RE:** Response to Proposal of Official Reprimand

Dear Dr. Stowe:

Please be advised that this is to serve as my response to Ms Mindy Good's proposed official reprimand.

On the days included in Ms Good's advanced written notice of proposed official reprimand, I was ill and under the care of several doctors due to Acute Stress Disorder and complications from Diabetes.

I became ill June 20, 2005 and came to work feeling very badly. It was difficult to work and I was in and out of doctors' offices the week of June 27 through most of July, 2005.

In spite of my unstable health condition, I did attempt to respond to some of my responsibilities and responded to one FOIA request and drafted the August 3 edition of the CFSA Reporter and emailed it to Ms Good on August 2, though I was very ill and I called and asked her for help getting it out.

I did make every attempt to provide Ms Good with updates on my health status and when I expected to return to work.

I regret that my health has caused a break down in the Public Information Office's work flow and am hoping to proceed with my assignments and responsibilities with new time lines.


Shirley Linda Tabb


Public Information Specialist

000525