CHILD AND FAMILY SERVICES AGENCY
APPLICATION FOR FAMILY/MEDICAL LEAVE

O BE COMPLETED BY THE EMPLOYEE

IDENTIFICATION INFORMATION

Name: __Tabb__, __Shirley__, __Linda__
         (Last)     (First)      (Middle)

Social Security Number: __432 98 9192__

Title/Series/Grade: __Public Information Specialist 14-05-301__

Administration & Program: __Ofc of the Director - OPI__

Organization Code: _____

CATEGORY OF LEAVE REQUESTED

I hereby make application for leave under the authority of the District of Columbia Family and Medical Leave Act of 1990 (D.C. Law 8-181, D.C. Code § 36-1301, 1991 Supp.) and Chapter 16 of Title 4, District of Columbia Municipal Regulations.
(Check one): ☐ Family Leave  ☒ Medical Leave

TO BE COMPLETED IF APPLYING FOR FAMILY LEAVE

A.    I hereby request _____ hours of family leave for one of the following purposes:    N/A
      ☐ The birth of my child
      ☐ The placement of child within my home for adoption or foster care
      ☐ The placement of a child within my home for whom I will discharge and assume parental responsibility
      ☐ To provide care for a family member who has a serious health condition

B.    I am requesting the following type(s) of leave for family leave. (I understand that I may elect to use my accrued annual leave, personal leave, and/or compensatory time for family leave and, in so using this leave, any annual leave, and/or compensatory time will count against my total 16-workweek entitlement to family leave.)

      (check appropriate box(s)
      ☐ Annual leave: * Number of hours _____      N/A
      ☐ Personal; Leave:* Number of hours _____
      ☐ Compensatory time off:* Number of hours _____
      ☐ Leave without pay: Number of hours _____

              Total hours _____

* (If you are requesting this type of leave, you must file and attach Form SF71. * Application for Leave with this request)

iis application is to provide care for a family member, a certification of the "serious health condition", issued by your family nber's health care provider, must be attached to this application.

      The period of family leave requested in 3A above is to be taken:    N/A
      ☐ In a continuous block of time from _____ to _____
      ☐ On a reduced leave schedule as mutually agreed to by my administration from _____ to _____.  I understand that the 16 weeks of family leave on a reduced leave schedule must be taken within a period that does not exceed 24 consecutive workweeks.

PENDIX B                     Continued on back                     Form CFSA: 99-25

Do you wish to continue your health benefits during the unpaid period of your family leave entitlement?

☐ YES (I understand that I am responsible for continuing to pay my share of the health benefit premium.)
☐ NO (Attach declination of benefits form – I understand that by canceling my health benefits enrollment I cannot re-enroll in the health benefits program until the earlier of (1) the next health benefits open season or 92) upon satisfying a health benefits enrollment event.

4. TO BE COMPLETED IF APPLYING FOR MEDICAL LEAVE

   A.   I hereby request _____ hours of medical leave because of a serious health condition.

   B.   I am requesting the following type(s) of leave for medical leave. (I understand that I may elect to use my accrued sick leave and, if agreed to by my agency, accrued annual leave, personal leave, and/or compensatory time; and, in so using this leave, any sick leave, annual leave, personal leave, and/or compensatory time will count against my total 16-workweek entitlement to medical leave.
   ☐ Annual leave:* Number of hours _____
   ☒ Personal leave:* Number of hours _____ Sick Leave
   ☒ Compensatory time off:* Number of hours _____
   ☐ Leave without pay: Number of hours _____

   Total hours _____

   * (If you are requesting this type of leave, you must file and attach form SF71 * Application for leave with this request)

   C.   The period of medical leave requested in 4A above is to be taken:
   ☒ In a continuous block of time from  8/18/05  to  9/14/05   opt - per disability certificate
   ☒ Intermittently as medically necessary.

   Do you wish to continue your health benefits during the unpaid period of your family leave entitlement?
   ☐ YES (I understand that I am responsible for continuing to pay my share of the health benefit premium.)
   ☐ NO (Attach declination of benefits form – I understand that by canceling my health benefits enrollment I cannot re-enroll in the health benefits program until the earlier of (1) the next health benefits open season or (2) upon satisfying a health benefits enrollment event.

   A certification of your "serious health condition", * issued by your health care provider, must be attached to this application.

5. CERTIFICATION

I certify that the above statements are true to the best of my knowledge and belief and that I am eligible to participate in the District of Columbia Family and Medical Leave Act.

__Shirley Tabb__ / __7/28/2005__
Signature / Date

TO BE COMPLETED BY THE OFFICE OF HUMAN RESOURCES

✓ Approved   ____ Disapproved   Date  8/23/05

__Juresha N. Ferguson__
(Signature of approving Official)

Distribution

Original - Personnel File   1 Copy – Employee   1 Copy – Agency T&A Office   1 Copy – Agency Reporting Office



**RIVERSIDE PRIMARY CARE, LLC OF RIVERDALE**

A MULTI-SPECIALTY GROUP

Mehru Master, M.D.
*Board Certified in Internal Medicine*

RIVERDALE
6510 Kenilworth Avenue
Suite 2100
Riverdale, MD 20737
Tel (301) 927-9004
Fax (301) 927-8933

<u>EXCUSE SLIP</u>

MEHRU MASTER, M.D.
6510 Kenilworth Avenue Suite 2100
Riverdale, MD 20737
Telephone: (301) 927-9004

Date __9-14-05__

To Whom It May Concern:

__Tabb, Shirley__ is under my care. He/She

___ was seen in my office today.

✓ is released to return to work on __10-3-05__.

___ is unable to return to work at this time because _____
__Chronic diabetes treatment__.

___ is in good physical health.

___ surgery is scheduled for _____ and patient may return to work after _____ weeks.

___ Medications: _____

___ Restrictions: _____

✓ Other: __Any questions please call our office. Thank you__

_____ M.A., CPT
(signature)



**RIVERSIDE PRIMARY CARE, LLC OF RIVERDALE**
A MULTI-SPECIALTY GROUP

Mehru Master, M.D.
*Board Certified in Internal Medicine*

RIVERDALE
6510 Kenilworth Avenue
Suite 2100
Riverdale, MD 20737
Tel (301) 927-9004
Fax (301) 927-8933

## EXCUSE SLIP

**MEHRU MASTER, M.D.**
6510 Kenilworth Avenue Suite 2100
Riverdale, MD 20737
Telephone: (301) 927-9004

Date __9/27/05__

To Whom It May Concern:

__9/27/05__ is under my care. He/She

____ was seen in my office today.

_✓_ is released to return to work on __10/24/05__.

____ is unable to return to work at this time because ____

____ is in good physical health.

____ surgery is scheduled for _____ and patient may return to work after ____ weeks.

____ Medications: _____

____ Restrictions: _____

____ Other: __Diabetic Treatment__

_____
(signature)