**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Child and Family Services Agency**





October 10, 2005

Mr. Joe Addis
Contracts & Procurement Adm.
955 L'Enfant Plaza, Suite 5200
Washington, D.C. 20024

**RE:** Response to Notice of Summary Removal

Dear Mr. Addis:

This is my response to Brenda Donald Walker's October 3, 2005 *Notice of Summary Removal* from my job after nearly 14 years and the position of Public Information Specialist in the Child and Family Services Agency, Office of Public Information (CFSA OPI) since 2000.

The summary removal was based on alleged *conduct over the past year that threatens the integrity of government operations* and, to which, I submit the following:

Brenda Donald Walker's attempts to remove me from my Grade 14 in the collective bargaining union and reduce my salary resulted in increased hostility and retaliation following a failed attempt to remove me from OPI in January 2005 and the harassment continued and worsened February - March 2005.

**February 2005 – I included the results of an employee's Black History Trivia Contest in my regular edition of the e-newsletter CFSA Reporter and Mindy Good took it out without any discussion. I was Black History activities were informal, spontaneous, employee generated and sponsored and did not belong in the "house organ". (See Mindy Good's 3/2/05 email to me.)**

This is a weak argument in an agency with low staff morale and in an agency a predominantly African American staff and client base. What is more – Black History month is commemorated in state, local and federal governments. Why not this one in a city with an African American mayor and citizenry? Even President George Bush participated in activities to show his support and respect for these 28 days in February set a side once a year to remember the contributions of African Americans. The agency should have embraced this activity – especially since employees feel devalued and demoralized.

**In March 2005 - I e-mailed the PIO at the D.C. Department of Human Services (DHS) about developing a campaign to increase awareness around child abuse and neglect, reviving the Back to Sleep Campaign and other child safety projects.**

**First of all – I was never admonished or reprimanded for this overture to DHS – though it is being "thrown" into this mix now for- obvious reasons (see March 2 – 3 e-mail exchange between Debra Daniels, DHS, Brenda Donald Walker and I).**

I did not initiate an advance discussion or attempt to obtain management approval to contact DHS for the same reason I found it necessary to go outside the agency to find help for our children this time, when I was admonished in August 2005 because of CFSA's:

1. Lack of urgency for child maltreatment issues and problems;
2. Unwillingness to become proactive partners in preventing child abuse and neglect; and
3. Refusal to initiate community awareness activities and public information campaigns to protect children – in stead, we sit around and wait until children are in trouble or enter foster care system – when it's too late - to get involved.

**PIO Mindy Good rejected DHS' initial overture toward community awareness activities 2 years ago and we lost the opportunity to make a significant contribution.**

- I am a social worker and tired of going to fatality reviews knowing that CFSA is not doing all we can to save the lives of some of these children (i.e., crib deaths and Sudden Infant Death Syndrome) (see 3/5/05 e-mail to Brenda Donald Walker)
- DHS made an overture to CFSA during Principal Deputy Director Leticia Lacomba's administration who wanted me to spearhead a community campaign. We were both excited about the prospect.
- PIO Mindy Good was against the partnership and felt a community campaign was not CFSA's responsibility – but that of DHS.
- Children continue to get hurt and die at the hands of care takers; and young, inexperienced mothers continue exhibiting behaviors that result in tragedy and sorrow – while bureaucrats "pass the buck" over who is responsible and no one is taking responsibility.
- Instead, all of the materials (Video tapes/brochures/door hangers/magnets) we received to disseminate among young parents, clients, foster/adoptive parents, and in the community, remain in boxes outside the Public Information offices in a closet.
- The work environment in the Office of Public Information was hostile, retaliatory, and unproductive following a failed attempt to remove me from my unionized position through unfair labor tactics that resulted in Union involvement.
- The harassment from the director and public information officer became progressively worse after I went to the Union in January 2005 (**see letter to Ronnie Charles declining the director's proposed demotion Jan. 19, 2005 and my request to Union representatives about my hostile work environment June 21, 2005**).

I was not in a decision making position while at CFSA, but the agency's position on our involvement in this important – life and death initiative - made no sense and was incongruent with my moral and professional ethics. I saw the agency's attitude as socially, morally and spiritually irresponsible. Therefore – I was compelled to take some action.

The *"unauthorized campaign"* mentioned in the *Notice of Summary Removal* did not happen in March 2005, but in August 2005 when:

- During a recent staff meeting, I took the initiative to suggest a reasonable solution to an agency-wide problem with the procurement process and wanted to help.
- I mentioned that I would like go to Mr. Samuel Fienberg, Procurement and Contracts Administrator; offer OPI services, and prepare a communication plan for him;
- As Public Information Specialist, it was my job to develop communication campaigns for agency programs.
- I merely made a *suggestion* and fully understood that Mindy Good would have the final word about any project – but my job was to assist other program areas like Contracts and Procurement.
- The PIO was livid and verbally admonished me following the meeting. She also reacted inappropriately as I was speaking - in front of other employees and subordinates who complained of her unprofessional attitude immediately following the meeting.
- Mindy Good said that if I had gotten permission from here to speak first, I would have gotten credit for *"initiative"*. This is only one of many degrading, oppressive, hostile and controlling encounters with this senior manager.

- Then when I went to Brenda Donald Walker – she agreed that I should have gotten permission before I *"thought out aloud"* – more retaliation and attempts to intimidate.

**August 2005 Admonition - Please see the attached Response to Mindy Good's August 18, 2005 admonition for full details. However, deadlines were missed on these projects for the following reasons:**

- **QSR communication plan** - I was out sick and returned with a doctor's excuse.
- **FTM facilitators/coordinators' fact sheet** – This deadline was missed due to employee resignations, snow days, and the FTM director's busy schedule and vacation. Photos were involved and once I had gone to off site locations, including L'Enfant Plaza and Southeastern University, to photograph individuals and the FTM group, one or two of them had resigned.
- Once I prepared the written draft, the FTM Director went on vacation. When she returned, it was difficult to get her to return calls or catch up with her in the office.
- This went on and on and I had some sick days and my mother died in between.
- *CFSA Reporter* was due August 29 and the deadline missed because I was ill. When I returned – the edition was completed.
- **Customer Service** – There were no problems in this area in August.

Following Mindy Good's directive from Brenda Donald Walker to send An Advanced Written Notice of Official Reprimand while I was out on sick leave, Mindy Good and I met with CFSA Human Resources specialist Michelle Lewis and discussed assignments. We all agreed take I would take extended sick leave to return to work for a full work load.

It is up to the public information officer to assign work projects and I was doing the work she gave me. The problem was – work was withheld in order to justify my removal. Mindy Good hoarded work for herself; gave the other public information specialist assignments, but only gave me a few small projects, because she and the director strategically aligned themselves to remove me from my job.

The Children's Law Center Freedom of Information Act request was given to me only after Mindy Good had hoarded and held on to it until it was already late. Then she gave it to me and e-mailed several documents she had received weeks earlier. I was not provided adequate instructions.

- Mindy Good had a habit of giving me assignments late and expecting them right back.
- I received no formal training if FOIA or media training since assuming my position as public information specialist – yet I was held accountable as though I were properly trained.
- This was all part of the plan to remove me from my job.

In response to Mindy Good's closing statement in the August 18, 2005 Admonition, she wrote, *"You should not be seeking new projects at this time – but rather completing OPI assignments already on your plate, some of which are well behind schedule'*.

I don't disagree that my assignments were priorities, but I was functioning in a very dysfunctional work environment erosion of professional trust and respect for my superiors. It was difficult to concentrate because of attempts to brace myself for the next adverse personnel action (see March 2, 2005 email to Brenda Donald Walker).

In addition to the hostile and retaliatory work environment, the desire to do something to save lives and ensure child well being in the metro area was not just any other *project*. My ideas had merit, but fell on deaf ears in an administration without child welfare advocate and expert at the helm.

My God given talents and work experience equipped me to do much more than I was given an opportunity to do in OPI – even saving lives was not seen as significant. In stead, I was forced to remain in OPI where I the expertise (for which the District government hired me) were not adequately utilized. In

stead the agency locked me into a role more suitable for *spin doctor* to elude public trust and confidence in CFSA's ability to keep children safe and in a dignified manner.

### Going to the Media
I told Mindy Good, Director Brenda Donald Walker, and Deputy Mayor Neil Albert that children were being left homeless and sleeping in offices in the agency. I saw no sense of urgency, nor was I given any information to indicate that any thing significant was being done. What I knew was that children continued to be demoralized, mistreated, and neglected in care of the District of Columbia, in an agency mandated to protect them. I made a spiritual, moral, and ethical decision to try and give these children a voice.

They come to us as a last resort during the most difficult time in any child's life – only to be brought into a strange place – among strange people – scared and lonely, only to sit up in a chair and try to sleep all night. That is if they are not fortunate enough to get 1 only 2 cots – much too small for most of them.

If Brenda Donald Walker was aware of children being treated this way in her custody, why has it taken this long to take some action? If the media had not been called, how long would it have taken? If it is true and the mayor and city administrator are aware of the atrocities faced by these children because of scarce placement resources – why in God's name didn't someone initiated a sleeping bag campaign, buy some more cots, pillows, bedding, and reserve a room to make children comfortable? Why? Why Why?

Now Brenda Donald Walker seems confident telling the public it was ONLY 15 – which is not true, it has been many, many more. At least 10 slept there the week of September 5, 2005. I know it for a fact. However, 1 child is too many to treat this way. No child should have to tolerate this kind of treatment, especially in the most powerful city in the world.

Protecting children from physical and emotional harm supercedes the agency's confidentiality laws and if the agency is comfortable with the way that child was treated, while he was here over night on August 16, 2005 – surely they can come to terms with how the media attention has helped countless others, in that maybe they will get serious about dignity in care.

I did not go to my supervisor because if I was not allowed to speak at a meeting without permission – I seriously doubt that I would have gotten the green light to go out and ask the public for help in getting poor, disenfranchised and predominantly Black children a decent place to sleep at night and restore their human dignity.

We violated these children's basic human rights.

- No place to sleep
- No place to bath or freshen up, except the public toilet
- No toiletry kit or change of clothes/underwear for the next morning
- No provisions to rest, relax, do home work or eat a nutritious meal
- No comfort, no dignity

They come to us broken and demoralized. How can anyone justify what has happened to these poor children who can't even count on their families for protection?

### Family Medical Leave (FML)
I left work August 18 for extended Family Medical Leave due to complications of Diabetes that got out of control between March and April when my mother had a hemorrhagic stroke of the brain and died. Her care took up a lot of my time and I did not take good care of myself – the stress and retaliatory environment reeked havoc on my health and productivity.

I was on medically approved leave - but am a mandated reporter and required by law to report child abuse and neglect (even in the work place that happens to be the District of Columbia's *safety net*).

I also became a social worker over 30 years ago and the professional code of ethics means something to me, especially when clients are young, vulnerable and helpless. These ethics are with some of us 24/7 – through sickness and in health. If I can help anyone – I will always opt to do so – if I can.

There was no misuse of FML. My leave was certified by a licensed physician and regular visits were made during my leave period.

Every thing I did in this effort was done from my bedside except the picture, which was secured before I went on leave.

I am requesting a hearing on this personnel action and will appreciate your assistance. My Union representative, Steven White, can be reached: office - 202-234-6506 or cell – 202-365-7163. I may be reached at 202-289-1923 or Shirley.tabb@starpower.net.

Thank you for your assistance.

Shirley Linda Tabb MSW LICSW