**RICHARD E. CONDIT, ESQ.**   5505 Connecticut Avenue, NW, #283
Washington, D.C. 20015-2601
Tel. (202) 829-2444 / Fax (202) 318-3211

October 21, 2005

**HAND DELIVERED**
Brenda Donald Walker
Director
Child & Family Services Agency
District of Columbia Government
600 – 4th Street, SW
Washington, D.C. 20024

     Re:   Shirley Tabb

Dear Director Walker:

     I represent CFSA employee Shirley Tabb. On October 3, 2005, you sent a "Notice of Summary Removal" to Ms. Tabb via mail. Ms. Tabb objects to and refutes each of the charges identified in your letter.

     Pursuant to the District of Columbia's Whistleblower Protection for Employees statute, Ms. Tabb elects to contest CFSA's illegal termination by instituting a civil action under the statute. See, D.C. Code §§ 1-615.54 and 1-615.56. In addition to CFSA's violation of Ms. Tabb's rights under the District's whistleblower statute (see, D.C. Code § 1-615.58), Ms. Tabb's civil and constitutional rights and family and medical leave rights have been violated.

     In light of your decision to terminate Ms. Tabb, please provide the following: (1) the material upon which your termination decision was based, including affidavits and other documentation; (2) Ms. Tabb's complete personnel file; (3) all files maintained on Ms. Tabb's desktop and laptop computers; (4) all e-mail communications to, from, or copied to Ms. Tabb; and (5) copies of all laws, regulations, and/or policies you or others relied upon to determine that terminating Ms. Tabb was an appropriate action. Attached is Ms. Tabb's release authorizing the disclosure of documents and other information to me as her counsel.

- 2 -

Finally, if you would like to discuss mediating or settling the issues raised herein, please contact me at your earliest convenience.

Sincerely,

Richard E. Condit

Counsel for Shirley Tabb

Encl. as noted

- 2 -

# **RELEASE**

    I, Shirley Tabb, hereby authorize and release all personnel information, medical information, and other documents maintained by the District of Columbia to my attorney Richard E. Condit.

                                                  *[signature]*
                                    Shirely Tabb
                                    200 K Street, NW, Apt. 618
                                    Washington, D.C. 20001
                                    202-289-1923

Dated: 10/15/05