UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Shirley Tabb, )<br>)<br>)<br>)<br>　　　　　Plaintiff, )<br>　v. )<br>)<br>District of Columbia; )<br>Brenda Donald Walker; )<br>Mindy Good. )<br>)<br>　　　　　Defendants. )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-00789 (PLF) |

**ERRATA**

Plaintiff Shirley Tabb hereby notifies the Court and parties that an exhibit

is missing from her recent submission in opposition to the Defendants' Motion to

Page 1 of 2

Dismiss or for Summary Judgment. The missing exhibit is referenced as Exhibit G. This exhibit is Plaintiff Tabb's response to an admonition that was issued to her during her tenure at CFSA.

Plaintiff requests that Exhibit G be added to the collection of exhibits submitted with her opposition to the Defendants' Motion. Plaintiff and counsel regret any inconvenience this error may have caused the parties or the Court.

DATED this 15th day of September, 2006.

Respectfully submitted,

/s/Richard E. Condit

_____
Richard E. Condit, Esq.
**D.C. Bar No. 417786**
2000 P Street, NW, Suite 240
Washington, D.C. 20036-6924
Telephone: (202) 265-7337 ext. 231
Facsimile: (202) 318-3211
Email: r1condit1@earthlink.net