GOVERNMENT OF THE DISTRICT OF COLUMBIA
Child and Family Services Agency





August 18, 2005

**To:**       Mindy Good
              Public Information Officer

**From:**     Shirley Tabb MSW LICSW
              Public Information Officer

**SUBJECT:** Response to 8/18/05 Admonition

<p style="color:red"><b>WHAT ABOUT THE CHILDREN?</b></p>

**We are breaking the law when children sleep in the agency.** CFSA and all Social Workers are bound by DC Code §4-1301 - §4-1321.06 to intervene in abuse and neglect. Unfortunately – in this case, it is the agency that is guilty of what caused what took us into receivership.

- The intent of the Child Abuse and Neglect Reporting Law is to protect children from all types of neglect and abuse – this includes CFSA.
- Kinship families must meet District Government regulations to foster their own relatives and children are required to have basic human dignities such as a place to sleep in a ventilated room with windows, dresser drawers for their belongings and adequate living space.
- How are we justified in breaching these basic requirements for the maintenance and enhancement of basic human dignities? Prison cells have defined sleeping quarters and the cots are padded.



Don't our kids deserve good marketing campaigns, too?

- **CFSA is stalling and wasting valuable time with protocol and bureaucracy.** Rather than positioning itself to fire a valuable employee and agency resource, filibuster tactics are at work to stifle a good worker and someone with a strong history and investment in the agency. There is strong resistance to the utilization of my unique skill set as an MSW with marketing expertise and excellent community organization skills with equitable compensation, as is the case with others in the Donald Walker administration.
- I am a 13-year employee and Licensed Independent Clinical Social Worker and served as Adoptions and Foster Home Recruitment Social Worker; Supervisory

> Recruitment Social Worker; acting Public Information Officer and Public Information Specialist, my current position.
> - In each of these roles, my primary concern was and remains the well-being of children.
> - CFSA is my passion and child welfare a ministry – which is why I never denounce the agency – though I take issue with existing administrative and operational deficiencies.
> - As a Social Worker, mother, grandmother, and member of the faith-based community, allowing children to sleep in the agency is unacceptable for me.

**Employees have complained, but feared retaliation for months.** Staff complain, but are reluctant to speak out for fear of what is happening to me now. And, at least one other employee informed Director Donald Walker of the inhumane treatment in Intake and Investigations, yet the problem remains.

- Earlier this year, I e-mailed Director Donald Walker about these concerns and suggested that we explore renting a block of rooms next door at the Holiday Inn, as a practical solution and alternative to having children sleep in the building. Unfortunately, I received no response and staff continued to express concerns about children sleeping in the building.
- I was in the agency around 6:30 a.m. one morning and went down to Intake and Investigations where I saw a young man asleep on a thin blue army or camping cot. He was very tall and his legs hung from the small cot, where he struggled to get comfortable, tossing and turning - as he tried to pull his jacket over his head to shield himself from the bright light in the office.
- Some of these cots were used in day care centers for toddlers during nap time and are too short for older, taller children.

**We remove children from neglectful and abusive situations, only to bring them into another neglectful, abusive and degrading situation (in our custody).** I suppose that in this case, it is true that "*a leopard never changes his spots*", and though I am in a support function, as indicated in this indictment against me - I am still a Social Worker.

- I am struggling with a need to protect those less fortunate, and in this case – the city's most vulnerable constituents (our children).
- Other employees are concerned about what is happening to our children in the agency and some of them have expressed their disdain during exit interviews.
- Some are even predicting how long it is going to take under this administration for something horrible to happen to a child.
- However and apparently, unfortunately in my case, there comes a time when we must stop complaining and become a part of the solution – even when *our jobs and security* are threatened, as in this case.

### Facts That Led to My Strong Desire and Attempt to Help

**CFSA hired me as an adoptive and foster home recruitment Social Worker for my sales and marketing skills.** I was assigned local churches as a recruitment Social Worker in 1992 and became a "regular" on Heaven 1580 AM, MAJIC 102.3 and other local radio and television stations where I:

- Successfully brokered relationships and profiled waiting children during our Adopt-a-Child Spotlight Radio Segments and;
- Recruited a family for a sibling group of 4 emotionally disturbed male children (Heaven 1580);
- Recruited a 2-parent family for a sibling group of 7 seriously disturbed children (MAJIC 102.3).
- These relationships netted District Government over $100 thousand in free media time in the absence of a recruitment budget or media office.

### Director Donald Walker rejected my offer and proposal to manage agency recruitment activities.

- I met with the Director in early July 2005 about how I could help the agency and eliminate the need for children to sleep in the building and proposed that:

    1. the agency better utilize my unique skills and training and allow me to manage the 2 adoption and foster home recruitment units because:

        a. My unique skill set as an MSW, with sales and marketing expertise, can increase the number of families recruited.
        b. Neither of the recruitment Supervisory Social Workers have sales or marketing experience, which is apparent in the lack of foster home resources recruited.
        c. This should be a prerequisite to working in the recruitment unit.

- Director Donald Walker was not moved by my appeal and reiterated that there were 2 recruitment units in place.
- The fact that these supervisors have no marketing training or skills were not important or relevant.
- When I expressed my concern about children sleeping in the building, reference was made about steps in place, but without details.

### Major focus was placed upon my grade and salary after 13 years of District Government service, instead of my abilities. 
Unfortunately, instead of discussing how we could get children out of the building and into nurturing, emergency foster homes, the Director remained fixated on my salary and lack of supervisory responsibilities and "grief" as she called it.

- I went to her and asked to assume major management responsibilities including:

    1. Assuming senior level responsibility for 2 poor performing recruitment units, upon which we are dependent for placement resources;
    2. Launching a specified faith-based emergency foster parent recruitment campaign

- However, the Director was adamant that she was **not** going to do this and was more interested in my grade and salary after 13 years of government service.
- Other agency experts are compensated without penalty – why the double standard?
- August 8, 2005 – I e-mailed Director Donald Walker and proposed that I assume supervisory responsibility of 3 front desk telephone operators to improve the agency's poor performance in Mayor Williams' telephone customer service category.

1. This would resolve the concern with my grade and salary and lack of supervisory responsibilities.
2. I am the obvious choice because of my seniority in the agency, maturity, and knowledge of the customer service initiative, as the agency's customer service business partner.
3. Director Donald Walker found the proposal "interesting" – but wanted to know how the PIO felt about it – when she is aware of her directive to the PIO to manage the agency's campaign of harassment and retaliation. (See attached).
4. Again, no action was taken to endorse another proactive proposal and no other response has been made.

### Children continue to sleep in the building since the meeting with the Director.

- There are compelling reasons to seek a solution in the absence of any sense of urgency in this matter.
- As long as a single child must sleep in this building, it is too many.

### My attempts were to capitalize upon an untapped demographic with a formalized Faith-Based initiative.

To encourage Director Donald Walker to re-consider my proposal to provide, I took the following steps with the option of a detail to another District agency:

- Drafted a proposed faith-based emergency foster home recruitment initiative.
- I took the actions below in the interest of basic child welfare and good social work ethics.

### Accusations in Admonition Letter

### Count Number One …

1. On August 15, I contacted Dr. Susan Newman, Senior Advisor, Religious Affairs, Executive Office of the Mayor, to research problems encountered by the One Church, One Child contractor.
2. The fact that children are sleeping in our building is a well known fact. Everyone in the agency knows it, as well community people. Though shameful and ugly, this is only a symptom of a greater problem – *the lack of placement resources* (for which I have a reasonable solution).
3. I supervised the first recruitment unit from approximately 1995 – 1999 and the agency's recruitment efforts have not faired as well since. I am confident that I could make a sustained contribution as Recruitment Director.
4. When I first e-mailed Director Donald Walker about children sleeping in the building, I offered an obvious solution, to rent rooms at the Holiday Inn. It's next door; convenient; and would provide comfort, shelter and dignity for children in crisis.
5. My recommendation was an attempt to offer a solution, as opposed to just complaining about the problem.

**My Attempts to Help Children Is a Prophecy Fulfilled**. It appears that after 13 years with CFSA, I have arrived at a critical junction in my career, about which I was warned by an old criminology professor at the University of Arkansas in Little Rock who said, "*If as a Social Worker, you have not been fired at least once – you have not done good Social Work*". It's ironical that Director Donald Walker and I, both, had the pleasure of knowing Dr. Robert Sarver. Little did I know where fate would lead me almost 30 years later.

### Response to Charges in August 18, 2005 Admonition

- **Carried agency business outside my chain of command without approval** – This was not my intention and a last resort. Unfortunately – when children hurt, protocol and bureaucracy lend more to the problem, than the solution.

    Children have reportedly been sleeping in the building over 2 years and I have trouble understanding how that is going to suddenly change without a paradigm shift.

    It is difficult to sleep at night knowing children are sleeping in someone's office or under someone's desk in the District's agency, whose mission is to protect and shelter abused and neglected children.

- **The United States Constitution Protects Public Administrators' Right to Disobey Unconstitutional Directives.** In *Harley v. Schuylkill County* (1979: 194), a federal district court explained that:

    The duty to refrain from acting in a manner which would deprive another of con-stitutional rights is a duty created and imposed by the constitution itself. It is logi-cal to believe that the concurrent right is also one which is created and secured by the constitution. Therefore, we hold that the right to refuse to perform an uncon-stitutional act is a right "secured by the Constitution…"

    However, the district court's conclusion appears to be supported by strong policy reasons, as well as by constitutional imperative. As Robert Vaughn (1977: 294-295), points out:  "*Congress and the courts have already adopted the concept of personal responsibility by accepting the right of public employees to disobey under appropriate circumstances*." To prevail in asserting a constitutional right to disobey unconstitutional directives, the employee may have to show: **(1)** that the refusal to obey was based on a sincere belief that the action at issue was unconstitutional and **(2)** that he or she is correct in his or her legal analysis.

    In practice, of course, disobedience is likely to be a last resort. Public employees also have a constitutional right to seek to eliminate unconstitutional practices through whistle-blowing (*Pickering v. Board of Education,* 1968; *Givhan v. Western Line Consolidated School District,* 1979). In modern personnel and management systems, employees also have the opportunity, to discuss with a supervisor, their reasons for not wanting to carry out an order and some resolution short of litigation is highly likely.

- A**ttempt to create an impression of *official knowledge*.**
  The fact is, children are sleeping in this building, whether it is official or not.

- F**acts and details of issues, strategies, activities, and progress in CFSA's Child Placement Administration and Foster and Adoptive Parent Recruitment units are outside my purview as a public information specialist.**
  Conversely, my responsibility is to know about program activities and initiatives in the agency, as editor of the agency's e-newsletter, CFSA Reporter, and Public Information Specialist.

  My job is to stay abreast of systemic issues, problems and progress.

  The PIO references discussions about the lack of placement resources in senior management meetings during OPI staff meetings.

- **Used District Government-owned e-mail system to promote my personal interests and qualifications.**
  I used agency equipment to assist District of Columbia children in a critical situation under authority of DC Code §4-1301 - §4-1321.06

  My interests in the well-being of children are **personal**, as well as **professional**.

  My **qualifications** remain the same as when hired in 1992.

  The agency hired me to recruit adoptive and foster homes because of my sales and marketing background (please see attached bio).

  My bio reflects the use of my **qualifications** solely in the interest of children and families in the District of Columbia for 13 years.

## Count Number Two…

**In March 2005, I e-mailed the PIO at the D.C. Department of Human Services about developing a campaign to increase awareness around child abuse and neglect, reviving the Back to Sleep Campaign and other child safety projects.**

I did not initiate an advance discussion or attempt to obtain management approval to contact DHS for the same reason I found it necessary to go outside the agency to find help for our children this time as well as:

1. An apparent lack of urgency for child maltreatment issues and problems;
2. Failure to act proactively to prevent child abuse and neglect.
3. No community awareness efforts – in stead, we sit and wait until children are in trouble to get involved;

**PIO Mindy Good rejected DHS' initial overture toward community awareness activities.**

- It is all about the clients for me.
- DHS made an overture to CFSA during Principal Deputy Director Leticia Lacomba's administration in 2002 and Deputy Director Lacomba wanted me to spearhead a community campaign. We were both excited about the prospect.
- PIO Mindy Good was against the partnership and felt this community campaign was not CFSA's responsibility – but that of DHS.
- Children continue to get hurt and die at the hands of care takers; and young, inexperienced mothers continue exhibiting behaviors that result in tragedy and sorrow – while bureaucrats "pass the buck" over who is responsible and no one is taking responsibility.
- Instead, all of the materials (Video tapes/brochures/door hangers/magnets) we received to disseminate among young parents, clients, foster/adoptive parents, and in the community remain in boxes outside the Public Information Offices in a closet.

### Retaliatory and Hostile Working Environment in Office of Public Information

- Director Donald Walker and the PIO have been strategic in their efforts against me, because of my grade and salary, as they continue to play "good cop – bad cop".
- My work environment is oppressive, controlling and hostile;
- I am unable to exercise independent thinking or judgment (see Mindy Good's first paragraph on page 2 of the 8/18/05 admonition).
- I came under heavy fire when I suggested we offer public information services to Contracts and Procurement, because the process is bureaucratic and reminiscent of how the agency was managed pre-receivership.
- Director Donald Walker and the PIO even prohibit light refreshments at business meetings I host for the Mayor's Customer Service Business Partners – in spite of my willingness to use my own time and money.
- I have an entrepreneurial spirit and seek solutions first.

### The overture to DHS was an attempt to transfer my expertise and energy to a District agency more responsive and proactive to community needs.

- I sought an agency interested in an awareness campaign that could save young lives and enhance the well-being of children and families.

**Count Number Three …**

This admonition is typical of my oppressive, hostile, controlling and recently retaliatory work environment (see July 25, 2003 response to my April 1, 2002 – March 31, 2003 performance evaluation).

- During a recent staff meeting, I took the initiative to suggest a reasonable solution to an agency-wide problem with the procurement process and wanted to help.

- I told the group that I would go to Mr. Samuel Fienberg, Procurement and Contracts Administrator and offer my services;
- As Public Information Specialist, it is my job to develop communication campaigns for agency programs.
- I merely made a suggestion and fully understood that the PIO would have the final word about any project – but my job is to assist other program areas like Contracts and Procurement.
- The PIO was livid and verbally admonished me following the meeting.
- I was told that if I had gotten permission to speak first, I would have gotten credit for "initiative". This is only one of many degrading and controlling encounters with this senior manager.

**Hostile, Retaliatory Environment and Unfair Labor Practices Affected My Health and Work Assignments.**

OPI is a fast paced environment – sometimes with tight deadlines and this is understandable. Unfortunately, the incongruence between my professional ethics and the agency's disrespect for children, in addition to the hostile and retaliatory environment, my work and health have been adversely affected requiring me to take extended sick leave.

### Unfair Labor Practices

- It is difficult to concentrate and work in an environment where there is such duplicity and inequity.
- My strengths as a Social Worker with marketing savvy are not utilized at CFSA where they are sorely needed.
- "Sniper attacks" and harassment from the Director and PIO are frequent – leaving me feeling off-key, abused, mistreated, and depressed, after 13 years of strong commitment to CFSA and its mission.
- H R is in an incestuous relationship with the Director and HR professionals are unable to do their jobs and treat people fairly, because of the Director's control and strong involvement.
- This function must be returned to DCOP to eliminate this blatant abuse of power and authority.

**When strategic attempts to remove me from my grade and position in OPI failed, I became the target of other hostile and unfair labor tactics.**

- November, 2004 – Some time during the fall if 2004, Director Donald Walker suggested that I apply for the Supervisory Social Worker vacancy in the 2nd adoptions and foster home recruitment unit and claimed that I had her support.

    *I tried to get CFSA to create an additional recruitment unit over 10 years ago, but because I was not in a decision making position – no one took it seriously.*

    In preparation for the interview, I created a PowerPoint presentation and brought in numerous visual aids from my tenure as Supervisory Social Worker for the 1st recruitment unit. These aids were successfully used years ago and I presented this material at an international child welfare conference in Puerto Rico.

I was not allowed to present my materials at the interview and was told that, because the other applicants did not have an opportunity to present using visual aids, I would be unable to highlight my skills this way.

Director Donald Walker was made aware of this and did nothing to intervene.

When I told PIO Good what happened, Mindy Good said, "If the agency cannot see the importance of having you down stairs in recruitment – it is their loss. You have a home – I am not dissatisfied".

Now that Director Donald Walker has put enormous pressure on Mindy Good, she has to create reasons to fire me.

- January 04, 2005 – I requested a week off to manage my mother's medical needs and the PIO told me that she did not understand why I needed a week to take care of my mother.
- January 19, 2005 – The PIO and H R Administrator summoned me to a meeting and informed me that I was going to H R to work in an area outside my level of training and experience.
- I was told that the position would take me outside the collective bargaining unit (where my current position is); and that my salary would be reviewed in 6 months.
- January 20, 2005 – I contacted the union and was told that the agency could not remove me from my union position without my consent.
- January 24, 2005 – I informed the HR Administrator, PIO and the Director that I was unwilling to take the position offered in HR because:

    1. The HR specialist position was outside my area of training and expertise;
    2. The position was a grade 12 and I am a grade 14;
    3. The position would have reduced my salary almost $30,000, after working my way up for 13 years with incremental step increases and 2 promotions (one as a Supervisory Social Worker and Public Information Specialist);
    4. I am not interested in a demotion after 13 years and all I have and continue to contribute to District Government.

- February 19, 2005 – I submitted my regular draft of the CFSA Reporter to the PIO that included a feature on employee winners of an employee's annual Black History Trivia Contest and the feature was cut from that edition.

This was hostile and retaliatory, though the explanation was that Black History belonged in a "feel good" piece and was the responsibility of HR – not OPI; And that the CFSA Reporter was a management organ that supported management initiatives – in spite of the fact that the agency and the city are predominately Black, and run by a Black mayor. There are also a large number of Black managers and clientele is over 90% Black.

Not long after that, the PIO included a story in this same e-newsletter about saving trees or some thing so benign that it certainly appeared she was retaliatory and biased in censoring my Black History story.

- February 2005 – Around the second week of February, the PIO took me to a meeting with the FACES staff and announced that, since I would not be leaving OPI, she was going to give me some work.

    a. She knew about the FACES project for at least 60 days prior– with the intention to assign it to the other PIO Specialist.
    b. Without adequate provision of all facts and details, I was written up and given a corrective action plan, because I did not have enough time to respond as she thought.
    c. February 25, 2005 - The FACES client was satisfied with my level of service – but the PIO took exception and began a campaign of retaliation and harassment that has continued.
    d. In stead of discussing her dissatisfaction 1-1, with hostility and retaliation, the PIO e-mailed the FACES client and told them that we had not done our jobs (meaning me) in an attempt to belittle me to agency staff.

- March 2, 2005 – I received a Notification of Unacceptable Performance and Corrective Action Plan.
- March 4, 2005 – Tired of the hostile and retaliatory environment, I contacted DHS to discuss a community awareness campaign and child safety initiative;
- I wanted to meet with DHS and return to Director Donald Walker with my ideas, in hope of a detail or transferred.
- Mid March, 2005 - I met with the PIO and union stewards about the harassment and hostility in OPI – but, Fonda Roy Hankerson agreed with the PIO and began complimenting her on the artwork in her office; I was on my own to defend myself against the agency's bullying tactics and harassment. Wayne Enoch never opened his mouth.
- March 14, 2005 – The PIO held me responsible for keeping my own time and attendance – causing me to lose some 50 hours in leave. Time and Attendance issues are widespread throughout the District Government and leave balances are often incorrect – In this case, she held me responsible because the time keeper failed to notify employees of the last day to use or lose leave.
- March 16, 2005 – My mother had a brain hemorrhage.  I took FMLA and returned to work in mid-May.
- May 2005 – Shortly after my mother died and I returned to work – I was evaluated after a 6 -8 weeks absence and received unsatisfactory ratings in several sub factors in the April 2004-March 2005 performance evaluation.
- The ratings in these sub factors were bogus, subjective, hostile, punitive and retaliatory (see self assessment for this review period in my personnel file).
- My rebuttal includes almost **300** pages of documentation on assignments during April 2004 – March 2005, in spite of having been out 6-8 weeks with the illness and death of my mother.
- June 19, 2005 – I wrote a letter to Fonda Hankerson and Deborah Courtney describing the hostile, angry, and retaliatory treatment in OPI.
- This rapidly deteriorating work environment was reported to the Director in an email and in person in July with no intervention.
- August 5, 2005 – I received *an advanced written notification of proposed official reprimand* after having been out with medical certification in July 2005.
- August 18, 2005 – (A.M.) I saw the PIO in the hall way in front of another employee's cubicle and spoke to her. When she did not speak – I spoke again. She turned around and screamed at me. Other employees witnessed this.

- August 18, 2005 – (P.M.) in less than 2 weeks following the *advanced written notification of proposed official reprimand*, I received a *letter of admonition* for my attempt to research the receptivity of the faith-based community to end the agency's practice of allowing children to sleep in the building because of scarce placement resources.

**Proposed official reprimand is only another retaliatory act to create a paper trail and further damage my employment without acknowledging my credentials and potential.**

- This serious and punitive personnel action will become a part of my personnel file for 3 years and the PIO can go back and use it against me at her discretion at any time.
- The agency official, Dr. Heather Stowe, who had the final decision has serious allegations against her and personnel issues. She is not without bias. (Please see Shirley Mims personnel file for details of a grievance against this CFSA official).

Please add this documentation to my personnel file in response to the August 18, 2005 admonition letter from Mindy Good.