UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHIRLEY TABB, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-0789 (PLF) |
| DISTRICT OF COLUMBIA, BRENDA DONALD WALKER, and MINDY GOOD, | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER

For the reasons set forth in the Memorandum Opinion issued this same day, it is hereby

ORDERED that the defendants' motion [4] to dismiss is GRANTED in part and DENIED in part. The motion for summary judgment is denied in its entirety. Counts VI, VII and IX of the Complaint are dismissed as to defendants Walker and Good; it is

FURTHER ORDERED that defendant Mindy Good is dismissed as a defendant from this action; and it is

FURTHER ORDERED that there will be a status conference before the undersigned on April 10, 2007 at 9:45 a.m.

SO ORDERED.

_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 16, 2007