# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Shirley Tabb**<br>**200 K Street, NW, Apt. 618**<br>**Washington, DC  20001**<br><br>           **Plaintiff,**<br><br>           v.<br><br>**District of Columbia,** *et al.,*<br><br>           **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-00789<br>)<br>)<br>)<br>) |

## MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), the defendants District of Columbia, Brenda Donald Walker and Mindy Good (hereinafter "defendants"), hereby move for a brief enlargement of time to file a response to plaintiff's Complaint, up to and including April 18, 2007, and as grounds therefore state as follows:

1.      Undersigned counsel has been recently assigned to this case

2.      On March 16, 2007, this Court issued a memorandum order denying the defendants' motion to dismiss in part and granting the defendants' motion to dismiss in part.  These defendants' responses to plaintiff's Complaint are due on or about April 4, 2007.  Due to the press of business and undersigned counsel's need to familiarize herself with the complicated facts of the case, the defendants respectfully request a two week enlargement to respond to plaintiff's 96-paragraphed Complaint.

3. The defendants respectfully request that this Court extend the time to file their response to plaintiff's complaint to April 18, 2007.

4. Fed. R. Civ. P. 6(b) provides that,

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by previous order….

5. This request is being made prior to the expiration of the prescribed period, and is for cause shown.

6. These defendants seek a two-week extension of time, and no party will be unduly prejudiced should the Court grant the requested relief.

For all the above-stated reasons, additional time up to and including April 18, 2007, is requested to respond to plaintiff's complaint. A memorandum of points and authorities in support of this motion is hereto attached.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/ _____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on April 3, 2007, the undersigned counsel contacted the plaintiff's counsel to discuss the relief sought in this motion. Plaintiff's counsel could not be reached. Therefore, this motion should be treated as contested.

_____/s/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Shirley Tabb**<br>**200 K Street, NW, Apt. 618**<br>**Washington, DC  20001**<br><br>         **Plaintiff,**<br><br>         **v.**<br><br>**District of Columbia,** *et al.,*<br><br>         **Defendants.** | Civil Action No. 06-00789 |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

In support of their Motion for Enlargement of Time to File A Response to Plaintiff's Complaint, the defendants rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b)(1).

3. The record herein..

        Respectfully submitted,

        LINDA SINGER
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

             /s/
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Section IV

       /s/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Shirley Tabb )<br>200 K Street, NW, Apt. 618 )<br>Washington, DC  20001 )<br>)<br>     Plaintiff, )<br>)<br>     v. )<br>) Civil Action No. 06-00789<br>District of Columbia, *et al.* )<br>)<br>     Defendants. )<br>) | |

## **ORDER**

Upon consideration of defendants District of Columbia, Brenda Donald Walker and Mindy Good's Motion for Enlargement of Time to File a Response to Plaintiff's Complaint, the Memorandum of Points and Authorities filed in support thereof, plaintiff's response thereto, if any, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2007,

ORDERED:  That the motion shall be and the same is hereby granted for the reasons set forth in the motion; and it is,

FURTHER ORDERED: That defendants' time to respond to plaintiff's Complaint is extended up to and including April 18, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

6