UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB,<br><br>      Plaintiff,<br>v.<br><br>DISTRICT OF COLUMBIA;<br><br>BRENDA DONALD WALKER; and<br><br>MINDY GOOD.<br><br>      Defendants. | CASE No. 06-00789 (PLF) |

## ORDER

Upon consideration of Plaintiff's *Second Motion for an Extension of Time*, and with good cause being shown, Plaintiff's Motion is hereby GRANTED. Plaintiff shall have through and including June 1, 2007 within which to respond to Defendants' second *Motion for Summary Judgment*.

_____
PAUL L. FRIEDMAN
U.S. DISTRICT JUDGE