UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRLEY TABB,

    PLAINTIFF,

v.     CIVIL ACTION No. 06-00789 (PLF)

DISTRICT OF COLUMBIA, *et al.*

    DEFENDANTS.

### DECLARATION OF STEPHEN G. WHITE

1. My name is Stephen G. White. I am a staff representative for the American Federation of State, County and Municipal Employees (AFSCME), District Council 20, which represents the majority of the District of Columbia government workers, including employees of the Child and Family Services Agency (CFSA). I have been with AFSCME, District Council 20 since August of 2004, and was the union representative for Ms. Shirley Tabb when CFSA terminated her on October 3, 2005.

2. One of my responsibilities is to ensure that when members of AFSCME are faced with adverse action, it is done in accordance with the collective bargaining agreement. The action taken on October 3, 2005 by then-CFSA Director Brenda Donald Walker to terminate Ms. Tabb did not provide adequate notice or opportunity for response as required by the collective bargaining agreement.

3. After Director Walker issued her letter summarily terminating Ms. Tabb, I contacted Ms. Walker to attempt to discuss the issues. During my communications with

Ms. Walker she stated words to the effect that there was no point in discussing Ms. Tabb's circumstances because Ms. Tabb was not going to get her job back. Based upon Ms. Walker's statements, it was clear to me that any attempt to ask CFSA to reconsider or modify its decision regarding Ms. Tabb's employment would be futile.

4.  During October 2005, I told Ms. Tabb about Ms. Walker's statements and shared my observation that any effort at negotiation would be futile.

Pursuant to 28 U.S.C. 1746, I affirm under penalty of perjury that the foregoing statement is true and correct. Dated this _14_ day of May, 2007.

_____
Stephen White, Staff Representative
AFSCME, District Council 20