UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRLEY TABB,
)
)
)
)
Plaintiff,   )
v.   )
)
)
DISTRICT OF COLUMBIA,   )
)
)
BRENDA DONALD WALKER, and   )   CASE No.  06-00789 (PLF)
)
MINDY GOOD,   )
)
)
Defendants.   )
)
)

## PLAINTIFF'S RULE 56 (f) MOTION

Pursuant to Fed.R.Civ.P., Rule 56(f), Plaintiff Shirley Tabb hereby moves this Court to delay its decision on the Defendants' Motion for Summary Judgment until such time as she is permitted to conduct discovery in support of her claims.  For example, the Plaintiff has had no opportunity to obtain evidence from the Defendants in support of her claims.  Plaintiff has been provided no

-1-

opportunity to obtain evidence concerning customs and policies that result in deprivation of constitutional rights; nor has she been permitted to take depositions of the persons involved in the actions taken against her. Absent the opportunity for discovery, the Plaintiff will be severely prejudiced in her effort to prove her claims.

Moreover, in the Court's prior opinion wherein the Defendants' motion for summary judgment was denied in total, the Court stated:

> Defendants, though failing to comply with the Local Rules, sought summary judgment very early in this lawsuit -- before any discovery. The Court notes that this usually is a disfavored practice. As the D.C. Circuit has stated on several occasions, "summary judgment ordinarily 'is proper only after the plaintiff has been given adequate time for discovery.'" *Americable Int'l v. Dep't of Navy,* 327 U.S. App. D.C. 159, 129 F.3d 1271, 1274 (D.C. Cir. 1997) (quoting *First Chicago Int'l v. United Exch. Co.,* 267 U.S. App. D.C. 27, 836 F.2d 1375, 1380 (D.C. Cir. 1988); see *Celotex Corp. v. Catrett,* 477 U.S. 317, 322, 106 S. Ct. 2548, 91 L. Ed. 2d 265 (1986) (summary judgment is appropriate after "adequate time for discovery").

2007 U.S. Dist. LEXIS 18126, *8 (Memorandum Opinion). The authorities cited by the Court make clear that the Plaintiff should not have to proceed to defend a summary judgment motion without the benefit of discovery.

Therefore, the Court should deny the Defendants' motion until such time as Plaintiff has completed discovery.

DATED this 1st day of June, 2007.

>Respectfully submitted,
>
>/s/
>_____
>Richard E. Condit, Esq.
>D.C. Bar No. 417786
>1612 K Street, NW, Suite 1100
>Washington, D.C.  20006
>Telephone: (202) 829-2444 / (202) 408-0034 x. 142
>Facsimile: (202) 318-3211
>Email: r1condit1@earthlink.net