UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Shirley Tabb <br> 200 K Street, NW, Apt. 618 <br> Washington, DC  20001 <br><br> Plaintiff, <br><br> v. <br><br> District of Columbia, *et al.,* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-00789 <br> ) <br> ) <br> ) <br> ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE
TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), the defendants District of Columbia, Brenda Donald Walker and Mindy Good (hereinafter "defendants"), hereby move for a brief enlargement of time to file a response to plaintiff's Amended Complaint, up to and including June 20, 2007 and as grounds therefore state as follows:

1. On June 1, 2007, the plaintiff filed a motion entitled "Motion to Continue Discovery", which in effect, requested the court to stay a ruling on the defendants' motion for summary judgment until discovery was completed.  See Motion to Continue Discovery, generally.

2. On June 2, 2007, the plaintiff filed an Amended Complaint, which effectively rendered the defendants' motion for summary judgment, plaintiff's opposition to the defendant' motion for summary judgment and plaintiff's "Motion to Continue Discovery" moot. A response to the Amended Complaint is due on June 16, 2007.

3. Due to the press of business, the defendants respectfully request that this

Court extend the time to file their response to plaintiff's Amended complaint to June 20, 2007.

4. Fed. R. Civ. P. 6(b) provides that,

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by previous order….

5. This request is being made prior to the expiration of the prescribed period, and is for cause shown. The defendants seek a four day extension of time, and plaintiff consents to the motion.

6. No party will be unduly prejudiced should the Court grant the requested relief.

For all the above-stated reasons, additional time up to and including June 20, 2007, is requested to respond to plaintiff's Amended complaint. A memorandum of points and authorities in support of this motion is hereto attached.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

　　/s/   (by PL)　　　　　　　　　　
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

2

       /s/
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on June 15, 2007, the undersigned counsel contacted the plaintiff's counsel to discuss the relief sought in this motion. Plaintiff's counsel consented to the motion.

       /s/
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Shirley Tabb** )<br>**200 K Street, NW, Apt. 618** )<br>**Washington, DC  20001** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **Civil Action No. 06-00789**<br>**District of Columbia,** *et al.,* )<br>)<br>Defendants. )<br>) | |

**<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT</u>**

In support of their Motion for Enlargement of Time to File A Response to Plaintiff's Amended Complaint, the defendants rely upon the following authorities:

1.   Inherent Power of the Court.

2.   Fed. R. Civ. P. 6(b)(1).

3.   The record herein..

                                              Respectfully submitted,

                                              LINDA SINGER
                                              Acting Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General, Civil Litigation Division

                                              _____/s/_____(by PL)_____
                                              PATRICIA A. JONES [428132]
                                              Chief, General Litigation, Section IV

4

      /s/
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Shirley Tabb )<br>200 K Street, NW, Apt. 618 )<br>Washington, DC  20001 )<br>         )<br>    Plaintiff, )<br>         )<br>    v. )<br>         )<br>District of Columbia, *et al.* )<br>         )<br>    Defendants. )<br>         ) | Civil Action No. 06-00789 |

**ORDER**

Upon consideration of defendants District of Columbia, Brenda Donald Walker and Mindy Good's Consent Motion for Enlargement of Time to File a Response to Plaintiff's Amended Complaint, the Memorandum of Points and Authorities filed in support thereof, plaintiff's response thereto, if any, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2007,

ORDERED: That the motion shall be and the same is hereby granted for the reasons set forth in the motion; and it is,

FURTHER ORDERED: That defendants' time to respond to plaintiff's Amended Complaint is extended up to and including June 20, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA