UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Shirley Tabb<br>200 K Street, NW, Apt. 618<br>Washington, DC  20001<br><br>             Plaintiff,<br><br>        v.<br><br>District of Columbia, *et al.*,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-00789<br>)<br>)<br>)<br>) |

## MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), the defendants District of Columbia, Brenda Donald Walker and Mindy Good (hereinafter "defendants"), by and through counsel, hereby move for an enlargement of time to file an Answer to plaintiff's Amended Complaint, up to and including July 5, 2007.  Plaintiff has pled seventy-two allegations in her Amended Complaint.  The defendants need additional time to respond to the many allegations set forth therein.  More detailed grounds for these defendants' motion are set forth in the attached memorandum of points and authorities in support of the motion.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

    /s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

        /s/
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on June 20, 2007, the undersigned counsel attempted to contact the plaintiff's counsel to discuss the relief sought in this motion. Plaintiff's counsel could not be reached and this motion should be treated as a contested motion.

        /s/
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Shirley Tabb )<br>200 K Street, NW, Apt. 618 )<br>Washington, DC  20001 )<br>     )<br>     Plaintiff,     )<br>     )<br>     v.     )<br>     )<br>District of Columbia, *et al.*,     )<br>     )<br>     Defendants.     )<br>     ) | Civil Action No. 06-00789 |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO FILE AN ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

In support of their motion for an enlargement of time to file an answer to plaintiff's Amended Complaint, these defendants state as follows:

1. On June 15, 2007, this Court granted the defendants' motion for enlargement of time to file a response to plaintiff's amended complaint.  The defendants were preparing to file a motion for summary judgment as to plaintiff's Amended Complaint based on meritorious grounds, but then noted that the Court's minute order stated that the "defendants' motion for summary judgment was premature."

2. The individual defendants may file an interlocutory appeal based on the Court's denial of their summary judgment motion on the issue of qualified immunity. These defendants' entitlement to qualified immunity is not mooted by the plaintiff's Amended Complaint.

3. In light of the Court's Order, and the seventy-two allegations pled in the Amended Complaint, these defendants need additional time to respond thereto.

4. The defendants respectfully seek additional time, up to an including July 5, 2007, to file an answer to plaintiff's Amended Complaint, as ordered by the Court.

5. Fed. R. Civ. P. 6(b) provides that,

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by previous order….

6. This request is being made prior to the expiration of the prescribed period, and is for cause shown.

7. No party will be unduly prejudiced should the Court grant the requested relief.

For all the above-stated reasons, additional time up to and including July 5, 2007, is requested to respond to plaintiff's Amended complaint.

                        Respectfully submitted,

                        LINDA SINGER
                        Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General, Civil Litigation Division

                        /s/
                        PATRICIA A. JONES [428132]
                        Chief, General Litigation, Section IV

      /s/
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Shirley Tabb** )<br>**200 K Street, NW, Apt. 618** )<br>**Washington, DC  20001** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**District of Columbia,** *et al.* )<br>)<br>**Defendants.** )<br>) | **Civil Action No. 06-00789** |

### ORDER

Upon consideration of defendants District of Columbia, Brenda Donald Walker and Mindy Good's Motion for Enlargement of Time to File an Answer to Plaintiff's Amended Complaint, the Memorandum of Points and Authorities filed in support thereof, plaintiff's response thereto, if any, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2007,

ORDERED:  That the motion shall be and the same is hereby granted for the reasons set forth in the motion; and it is,

FURTHER ORDERED: That defendants' time to file an Answer to plaintiff's Amended Complaint is extended up to and including July 5, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA