UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB,<br><br>        Plaintiff,<br>   v.<br><br>DISTRICT OF COLUMBIA,<br><br>BRENDA DONALD WALKER, and<br><br>MINDY GOOD,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE No.  06-00789 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Defendants' Motion for an Extension of Time and the Plaintiff's response, it is hereby **ORDERED** that the Defendants Motion is **GRANTED IN PART** and Defendants shall be given through and including June 27, 2007 within which to file their Answers to Plaintiff's Amended Complaint.   It is further **ORDERED** that the parties may begin discovery and that they must confer and submit their Rule 16.3 plan to the Court no later than July 11, 2007.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

DATED THIS _____ DAY OF _____, 2007