**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHIRLEY TABB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-0789 (PLF) |
| | )   Judge Paul Freidman |
| THE DISTRICT OF COLUMBIA, *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PRAECIPE OF APPEARANCE**

Please enter the appearance of Sally L. Swann, Assistant Attorney General, Office of the

Attorney General for the District of Columbia, as counsel for the District of Columbia, Brenda

Donald Walker and Mindy Good, and strike the appearance of Leah Brownlee Taylor as counsel

for the District of Columbia, Donald Walker and Mindy Good, in the above-captioned matter.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/S/ _____
PATRICIA A. JONES [428132 ]
Chief, General Litigation, Section IV

/S/ _____
SALLY L. SWANN[1]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202)724–6519; (202)727-6295

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.

**Deleted:**

**Deleted:** 7854

**Deleted:** (202)442-9845;(

**Deleted:** 519¶
¶
¶
¶
¶
CERTIFICATE OF SERVICE¶
¶
    I hereby certify that on this 3rd day of August , 2007, the foregoing Entry of Appearance was sent electronically using the CaseFileXpress system, to:¶
¶
    Richard E. Condit¶
    1612 K Street, NW, Suite 1100¶
    Washington, DC 20036¶
    DC Bar No. 417786¶
    Counsel for Plaintiff Shirley Tabb¶
¶
¶
                /s/              ¶
            Sally L. Swann¶
            Assistant Attorney General¶