UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-0789 (PLF) ) Judge Paul Freidman |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) ) |
| Defendants. | ) ) |

**PRAECIPE OF APPEARANCE**

Please enter the appearance of Sally L. Swann, Assistant Attorney General, Office of the Attorney General for the District of Columbia, as counsel for the District of Columbia, Brenda Donald Walker and Mindy Good, and strike the appearance of Leah Brownlee Taylor as counsel for the District of Columbia, Donald Walker and Mindy Good, in the above-captioned matter.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

 /S/_____
PATRICIA A. JONES [428132 ]
Chief, General Litigation, Section IV


/S/_____
SALLY L. SWANN[1]
Assistant Attorney General
441 4th Street, N.W.

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.

6th Floor South  
Washington, D.C. 20001  
(202)724–6519; (202)727-6295