UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB,<br><br>      Plaintiff,<br>v.<br><br>DISTRICT OF COLUMBIA, *et al*.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE No.  06-00789 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SCHEDULING ORDER**

Upon consideration of the parties' *Joint Report to the Court Pursuant to Rule 16.3*, it is hereby **ORDERED** that:

(1) As agreed by the parties, initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be exchanged within 30 days of the date of this Order.

(2) Any amendment to the Defendants' Answers will be filed within 45 days of the date of this Order.

(3) Fact and expert discovery shall be completed by the parties within 180 days of the date of this Order.

(4) Plaintiffs and Defendants are each collectively limited to 10 depositions; 35 interrogatories; 40 requests for the production of documents and things; and 50 requests for admission.

(5) Plaintiff may file any Rule 26(a)(2) statements regarding expert testimony within 120 days of the date of this Order.

(6) Defendants may file any Rule 26(a)(2) statements regarding expert testimony within 165 days of the date of this Order.

(7) Dispositive motions, if any, shall be filed within 240 days of the date of this Order.

(8) The timing or scheduling of other pre-trail matters (*e.g.*, pre-trial conference) will proceed as agreed by the parties in their joint report and are incorporated by reference, or will be scheduled as determined by the Court.

_____
PAUL L. FRIEDMAN
U.S. DISTRICT JUDGE