UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB,<br><br>    Plaintiff,<br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>BRENDA DONALD WALKER, and<br><br>MINDY GOOD,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE No. 06-00789 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION TO RESCHEDULE
## MEET AND CONFER STATUS CONFERENCE

Pursuant to Fed.R.Civ.P., Rule 7, Plaintiff Shirley Tabb hereby moves this Court to reschedule the meet and confer status conference presently scheduled for Monday, August 13, 2007. Plaintiff's counsel has a scheduling conflict that pre-dates the Court's notice to the parties of the status conference and will be out of town the week of August 13th. Counsel for Defendants does not oppose the rescheduling of the status conference.

Counsel for the parties have conferred and wish to note that the following

dates are presently available to reschedule the status conference: August 23, 29, 31; September 4-7, 10, 14, and 18 - 21.  In addition, Plaintiff believes that it would be appropriate to waive the meet and confer status conference as the parties have submitted an agreed upon Rule 16.3 report to the Court.  There are no issues that presently require the intervention of the Court.  However, it should be noted that Defendants' counsel has not agreed to waive the meet and confer status conference.

Therefore, for good cause shown, Plaintiff requests that the Court reschedule the meet and confer status conference or waive the conference and sign the scheduling order allowing the parties to move forward with discovery.

DATED this 10th  day of August, 2007.

>Respectfully submitted,
>
>/s/
>_____
>Richard E. Condit, Esq.
>D.C. Bar No. 417786
>1612 K Street, NW, Suite 1100
>Washington, D.C.  20006
>Telephone: (202) 829-2444 / (202) 408-0034 x. 142
>Facsimile: (202) 318-3211
>Email: r1condit1@earthlink.net