UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB,<br><br>   Plaintiff,<br><br> v.<br><br>DISTRICT OF COLUMBIA,<br>BRENDA DONALD WALKER, and<br>MINDY GOOD,<br><br>   Defendants. | Civil Action No. 06-0789 (PLF) |

SCHEDULING ORDER

  The parties filed a Rule 16.3 Joint Report on August 6, 2007. Based upon the Rule 16.3 Joint Report submitted to the Court, it is hereby ORDERED that

  1. Any motion to amend the pleadings or join additional parties shall be made by September 10, 2007.

  2. Discovery shall be completed by February 15, 2008. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

  3. Plaintiffs are limited to a maximum of 35 interrogatories. Defendants collectively are limited to 35 interrogatories. Responses to all interrogatories are due 30 days after service.

  4. Plaintiffs are limited to a maximum of 10 depositions. Defendants collectively are limited to 10 depositions.

5. Plaintiffs are limited to a maximum of 50 requests for admission. Defendants collectively are limited to 50 requests for admission.

6. Plaintiffs are limited to a maximum of 40 requests for production. Defendants collectively are limited to 40 requests for production.

7. Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made by September 10, 2007.

8. Disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by December 13, 2007.

9. Disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by January 25, 2008.

10. Depositions of each party's retained experts shall be completed by February 15, 2008.

11. Since all discovery concludes in mid-February, the parties shall appear for a status conference on February 22, 2008 at 9:30 a.m. to discuss with the Court whether they wish to be referred to settlement discussions with a magistrate judge or referred to the Court's alternative dispute resolution program, or to propose a briefing schedule for the filing of dispositive motions, or to set a trial date.

12. Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court. If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers. Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

13. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

14. Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 14, 2007