UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-789 (PLF) |
| DISTRICT OF COLUMBIA, *et. al.*, | : |
| Defendants. | : |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of said Court will please **enter** the appearance of Michael P. Bruckheim and Zuberi Williams, Assistant Attorney Generals, on behalf of the Defendants District of Columbia and Brenda Walker, and **withdraw** the appearance of Sally Swann, Assistant Attorney General.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

\_\_\s\_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

\_\_\_\s\_____
SALLY SWANN[1]
MICHAEL P. BRUCKHEIM [455192]
ZUBERI WILLIAMS[2]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202/724-6519; 202/724-6649; 202/724-6650; 202-727-6295
E-mail: Sally.Swann@dc.gov; Michael.bruckheim@dc.gov; Zuberi.williams@dc.gov

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.
[2] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.