UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB,<br><br>　　　　Plaintiff,<br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>BRENDA DONALD WALKER,<br>and<br><br>MINDY GOOD,<br><br>　　　　Defendants. | CASE No.  06-00789 (PLF) |

**CONSENT MOTION FOR AN EXTENSION OF
TIME WITHIN WHICH TO FILE RULE 26(a)(2)
STATEMENT AND REPORT**

　　Pursuant to Fed. R. Civ. P., Rule 7(b), Plaintiff Shirley Tabb requests that the Court allow her an extension of time of forty-five (45) days, through and including January 28, 2008, within which to file her Rule 26(a)(2) statement and report. Defendants' statement and report would then be due thirty days thereafter or by February 27, 2008.

　　Plaintiff has been hampered in preparing any expert report(s) because the Defendants' Initial Disclosures were significantly delayed. In addition, Defendants' discovery responses including the production of documents has also been delayed and is yet to be completed.

　　Defendants' counsel has consented to the relief requested herein.

THEREFORE, for good cause shown, Plaintiff requests that the Court grant the extension requested.

Respectfully submitted,

*/s/ Richard E. Condit*

_____
Richard E. Condit, DC Bar # 417786
1612 K Street, NW, Suite 1100
Washington, D.C. 20006
Tel. 202.829.2444 / 202.408.0034 x.142
Fax 202.318.3211
Counsel for Plaintiff Shirley Tabb

Dated: December 13, 2007