UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB,<br><br>      Plaintiff,<br>v.<br><br>DISTRICT OF COLUMBIA;<br><br>BRENDA DONALD WALKER; and<br><br>MINDY GOOD.<br><br>      Defendants. | CASE No. 06-00789 (PLF) |

**ORDER**

Upon consideration of Plaintiff's *Consent Motion for an Extension of Time Within Which to File Rule 26(a)(2) Statement and Report*, and with good cause being shown, Plaintiff's Motion is hereby GRANTED. Plaintiff shall have through and including January 28, 2008 within which to file her Rule 26(a)(2) statement and report. Subsequently, Defendants will have until February 27, 2008 within which to file their Rule 26(a)(2) statement and report.

                                                                     _____
                                                                     PAUL L. FRIEDMAN
                                                                       U.S. DISTRICT JUDGE