UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB, <br><br> Plaintiff, <br> v. <br><br> DISTRICT OF COLUMBIA, et al.; <br><br> Defendants. | CASE No. 06-00789 (PLF) |

**CONSENT MOTION FOR EXTENSION OF TIME**

**FOR PLAINTIFF TO FILE RULE 26 EXPERT DISCLOSURES**

Pursuant to the Federal Rules of Civil Procedure, Rules 6(b) and 7(b), Plaintiff Shirley Tabb requests an extension of time through and including February 28, 2008, within which to file Rule 26 expert disclosures. In support of her Motion, Plaintiff states as follows:

1. Counsel for the Plaintiff and Defendants have been involved in depositions and other discovery matters in this case and another case before the Court. *Ripley v. District of Columbia, et al.*, Civil Action No. 06-01705 (EGS). Both cases have a discovery cut off date of February 15, 2008.

2. As a result of the discovery activity in both cases, counsel for the Plaintiff will need additional time to consult with potential experts and secure appropriate expert reports.

3. Counsel for the Defendants has been consulted and has consented to the extension of time requested.

4. However, the parties do not wish to alter any of the other deadlines presently set for the case.

Wherefore, for good cause shown, the Court should grant Plaintiff's request for an extension of time to respond to file her Rule 26 expert disclosures on or before February 28, 2008.

DATED this 28th day of January, 2008.

>Respectfully submitted,
>
>*/s/ Richard E. Condit*
>_____
>Richard E. Condit, Esq.
>**D.C. Bar No. 417786**
>1612 K Street, NW, Suite 1100
>Washington, D.C. 20006
>Telephone: 202.408.0034 x.142
>Facsimile: (202) 318-3211
>Email: r1condit1@earthlink.net