UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRLEY TABB )
)
)
)
Plaintiff, )
v. )
)
)
DISTRICT OF COLUMBIA, *et al.*; )
)
)
Defendants. )  CASE No. 06-00789 (PLF)
)
)
)
)
)
)
)

**ORDER**

Upon consideration of the *Consent Motion for an Extension of Time for plaintiff to File Rule 26 Expert Disclosures*, and with good cause being shown, Plaintiff's Motion is hereby **GRANTED**. Plaintiff shall have through and including February 28, 2008 within which to file her expert disclosures.

_____
PAUL L. FRIEDMAN
U.S. DISTRICT JUDGE