UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHIRLEY TABB, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-789 (PLF) |
| | : | |
| DISTRICT OF COLUMBIA, *et. al.,* | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS DISTRICT OF COLUMBIA, BRENDA DONALD AND MINDY GOOD'S MOTION FOR PROTECTIVE ORDER

Defendants District of Columbia, Brenda Donald, and Mindy Good("defendants"), by counsel, move for a protective order pursuant to Fed. R. Civ. P. 26(c) to preclude the depositions of Donald Terrell and Deone Merene. Mr. Terrell is General Counsel for the District of Columbia Child and Family Services Agency (CFSA), and Ms. Merene served as an Assistant General Counsel during the relevant time period for this case. Plaintiff seeks to depose these witnesses to ascertain the scope and reasoning behind any advice they provided to CFSA officials about their ultimate decision to terminate Shirley Tabb's employment. Defendants seek to preclude any deposition of either Mr. Terrell and/or Ms. Merene on the basis of the attorney-client privilege.

More detailed grounds for this Motion are more fully set forth in the accompanying Memorandum of Points and Authorities, which is attached hereto and incorporated by reference.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division


        _____\s_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

By:    _____\s_____
        MICHAEL P. BRUCKHEIM [455192]
        Assistant Attorney General
        441 4TH Street, NW, 6th Floor-South
        Washington, D.C.  20001
        202-724-6649; 202-727-6295
        E-mail:  Michael.bruckheim@dc.gov


## **CERTIFICATE PURSUANT TO RULE 7(m)**

    I hereby certify that on January 30, 2008, the undersigned discussed his intention to file a protective order with plaintiff's counsel relating to the herein-requested relief. Plaintiff's counsel stated he would oppose such a motion.  Accordingly, consent was not provided.


        _____\s_____
        MICHAEL P. BRUCKHEIM
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRLEY TABB,                          :
                                       :
            Plaintiff,                 :
                                       :
v.                                     :        Civil Action No. 06-789 (PLF)
                                       :
DISTRICT OF COLUMBIA, *et. al.*,:
                                       :
            Defendants.                :

**DEFENDANTS DISTRICT OF COLUMBIA, BRENDA DONALD AND MINDY GOOD'S  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER**

In support of its Motion for Protective Order, defendants District of Columbia, Brenda Donald, and Mindy Good("defendants"), hereby state as follows:

1)	Plaintiff alleges that the District of Columbia terminated her employment with CFSA in violation of the First and Fifth Amendments, the Family and Medical Leave Act, and the District of Columbia Whistleblower Protection Act because she spoke to the media concerning children sleeping at CFSA.  See Amended Complaint.

2)	On or about January 29, 2008, plaintiff served upon undersigned counsel her Notices of Deposition for Donald Terrell, General Counsel for CFSA, and Deone Merene, Assistant General Counsel for CFSA, to appear for deposition on February 14, 2008.  See Attached Notices of Deposition.   Mr. Terrell and Ms. Merene are not parties to this action, nor 30(b)(6) designees.  Instead, both are attorneys at and for CFSA and their conversations with agency officials are shielded by the attorney-client privilege.

3)	Fed. R. Civ. P. Rule 26(b)(1) provides that "a party may obtain discovery regarding any matter, not privileged, that is relevant to the claim . . ."

3

4)      Defendants now move pursuant to Fed. R. Civ. P. 26(c) for a protective order precluding plaintiff's noted depositions based on the attorney-client privilege.

5)      The attorney client privilege protects communications made to a member of the "bar of a court" who "in connection with the communication is acting as a lawyer" and the communication must have been made for the purpose of securing either an opinion on law, legal services, or assistance in some legal proceeding. *In re Sealed Case,* 737 F.2d 94, 98-99 (D.C. Cir. 1984). The privilege only applies when the information is the product of an attorney-client relationship and is maintained as confidential between the attorney and client. *Brinton v. Department of State,* 636 F.2d 600, 603 (D.C. Cir. 1980).

6)      An attorney-client relationship may exist between an institution or organization and its counsel. A corporation may claim an attorney-client privilege for confidential communications made by its employees to corporate counsel in order to permit counsel to render legal services or legal advise to the corporation. There is no doubt that government agencies have the same privilege. *See Evans v. Atwood,* 177 F.R.D. 1, 3 (D.D.C. 1997), *citing Tax Analysts v. IRS,* 117 F.3d 607, 617 (D.C. Cir. 1997).

7)      In this instance, plaintiff's counsel seeks to depose two attorneys employed with CFSA to pierce the attorney-client privilege to learn what legal advice they may have provided to their client(s), and/or what information their clients disclosed to them. The attorney client privilege protects against Mr. Terrell and Ms. Merene's disclosure of those communications.

WHEREFORE, defendants request this Court to grant their motion for a protective order to preclude the depositions of Donald Terrell and Deone Merene

                                            Respectfully submitted,

                                            PETER J. NICKLES
                                            Interim Attorney General for the District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General
                    Civil Litigation Division

                    \_\_\_\_\_\s\_____
                    PATRICIA A. JONES [428132]
                    Chief, General Litigation Sec. IV

By:      \_\_\_\_\_\s\_____
             MICHAEL P. BRUCKHEIM [455192]
             Assistant Attorney General
             441 4TH Street, NW, 6th Floor-South
             Washington, D.C.  20001
             202-724-6649; 202-727-6295
             E-mail:  Michael.bruckheim@dc.gov