## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-789 (PLF) |
| DISTRICT OF COLUMBIA, *et. al.,* | : |
| Defendants. | : |

### ORDER

Upon consideration of defendants District of Columbia, Brenda Donald, and Mindy Good's Motion for Protective Order, any response thereto, and the entire record herein, it is this _____ day of _____, 2008, hereby:

ORDERED: that the Motion is GRANTED for the reasons set forth in the motion, and it is,

FURTHER ORDERED: that plaintiff is precluded from deposing Donald Terrell and Deone Merene in this matter.

SO ORDERED.

_____
Judge Paul Friedman
United States District Court for the District of Columbia