VIDEOTAPED DEPOSITION OF RONNIE CHARLES
CONDUCTED ON THURSDAY, JANUARY 17, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

----------------------------------+
SHIRLEY TABB,                     +
          Plaintiff,              +
     v.                           + Case No.
DISTRICT OF COLUMBIA, BRENDA      + 1:06CV00789
DONALD WALKER, and MINDY GOOD,    +
          Defendants.             +
----------------------------------+


Videotaped Deposition of RONNIE CHARLES

Washington, D.C.

Thursday, January 17, 2008

9:49 A.M.


Job No.: 2-119441

Pages 1 - 199

Reported by: Denice Z. Lombard, CSR

Videotaped by: Scott Pickering

VIDEOTAPED DEPOSITION OF RONNIE CHARLES
CONDUCTED ON THURSDAY, JANUARY 17, 2008

Page 124

1  However, I believe that the general counsel, it was
2  their responsibility to validate the violation that
3  is stated here.
4      Q    What do you mean by it was the
5  responsibility of the general counsel to validate the
6  violation?
7      A    Any legal issues in the agency or any
8  determination of compliance or noncompliance, it has
9  always been practice, to my knowledge, that it would
10 be the role of general counsel to advise.
11     Q    When you say "validate the violations," do
12 you mean to gather the facts or understand what is
13 true and correct about the facts being represented?
14     A    Yes.
15     Q    Do you know, other than the general
16 counsel's office, of anyone else who was involved
17 with Ms. Tabb's case that was involved in validating
18 the facts?
19     A    Only -- I can only think of the supervisor,
20 Mindy Good.
21     Q    Anyone else?
22     A    Maybe human resources.

VIDEOTAPED DEPOSITION OF RONNIE CHARLES
CONDUCTED ON THURSDAY, JANUARY 17, 2008

Page 125

1   Q   Anyone in particular from human resources?

2   A   It would be the HR director and his staff.

3   Q   Which would have been Mr. Jackson --

4   A   And Ms. Wilson.

5   Q   -- and Ms. Wilson?

6       Now, just so the record is clear, it's my
7   understanding from your testimony so far today that
8   you were not involved in validating the facts that
9   were alleged against Ms. Tabb; is that correct?

10  A   That would be correct.

11  Q   Do you know, referring back to the exhibit
12  in the section we were just discussing, what personal
13  information about why the child was in CFSA's custody
14  is being referred to there?

15      More simply stated, do you know what the
16  personal information is that was at issue?

17  A   Not that I can recall.

18  Q   Do you think that the general counsel also
19  validated that issue with respect to a factual basis
20  for making that claim?

21  A   I don't know for a fact, but again, I would
22  think that they would, because it's inferring client

DEPOSITION OF DEBORAH WILSON
CONDUCTED ON WEDNESDAY, JANUARY 9, 2008

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

----------------------------------+

SHIRLEY TABB,                     +

        Plaintiff,        +

    v.                            + Case No.

DISTRICT OF COLUMBIA, BRENDA      + 1:06CV00789

DONALD WALKER, and MINDY GOOD,    +

        Defendants.       +

----------------------------------+


Deposition of DEBORAH WILSON

Washington, D.C.

Wednesday, January 9, 2008

10:09 A.M.


Job No.: 2-119438

Pages 1 - 178

Reported by: Denice Z. Lombard, CSR

DEPOSITION OF DEBORAH WILSON
CONDUCTED ON WEDNESDAY, JANUARY 9, 2008

Page 150

1   A   I don't know.

2   Q   Do you know who drafted those sections?

3   A   I don't know who all drafted those sections, no.

5   Q   Were you asked in any way to articulate what would be the appropriate reasons for taking the action that we see reflected in this exhibit?

8   A   By virtue of providing the DPM information.

9   Q   But aside from the DPM information, the facts that are relied upon to take the action, were you involved in the development of those facts?

12  A   No.

13  Q   Do you know if anyone verified or checked the facts that were used in this letter?

15  A   Senior staff.

16  Q   And how do you know that?

17  A   Because it was elevated to senior staff, and Brenda Donald Walker as the director would have had to have someone on her staff to validate that.

20  Q   But do you know for a fact that the facts were validated by anyone?

22  A   No, I would have to refer to senior staff.

DEPOSITION OF DEBORAH WILSON
CONDUCTED ON WEDNESDAY, JANUARY 9, 2008

Page 151

1   Q   And at the time of this letter, October 3rd,
2   2005, who would be the senior staff that you're
3   referring to?
4   A   Mr. Charles, Mindy Good, Brenda Donald
5   Walker.
6   Q   Drawing your attention in Exhibit 12 to the
7   first page, and specifically to the second, third and
8   fourth paragraphs, do you see those?
9   A   Yes. On the first page you're saying.
10  Q   Yes.
11      Do you have any personal knowledge about the
12  information reflected in those paragraphs?
13      MR. BRUCKHEIM: Objection as to form.
14      You can answer.
15      THE WITNESS: I have knowledge based upon
16  the information that's been provided earlier, yes.
17  BY MR. CONDIT:
18  Q   What information are you referring to?
19  A   The exhibits where it talked about the
20  admonition, we talked about the reprimand. So I'm
21  aware of that.
22  Q   Okay. More specifically though, are you

VIDEOTAPED DEPOSITION OF MINDY GOOD
CONDUCTED ON TUESDAY, DECEMBER 4, 2007

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \*

SHIRLEY TABB                    \*

    Plaintiff              \*

  vs.                           \* CA No. 1:06CV00789(PLF)

DISTRICT OF COLUMBIA, ET AL     \*

    Defendant              \*

\* \* \* \* \* \* \* \*


VIDEO DEPOSITION OF MINDY GOOD

Washington, D.C.

Tuesday, December 4, 2007

12:36 p.m.


Job No. 2-117463

Pages 1 - 212

Reported by: Leslie L. Schneider

VIDEOTAPED DEPOSITION OF MINDY GOOD
CONDUCTED ON TUESDAY, DECEMBER 4, 2007

Page 126

1   Q   And do you know at the time in 2005 who
2   was immediately reporting to Mr. Charles from the
3   Human Resources Department?
4   A   Kleartis Jackson and then the person
5   after him was Denise -- I can't remember.
6   Q   But during 2005 it would have been
7   Kleartis Jackson?
8   A   There may have been some overlap.  I
9   can't remember when Kleartis left and Denise came.
10  Q   All right.  Now, you testified earlier
11  that it was communicated to you by Brenda Donald that
12  Ms. Tabb was going to be removed from her position in
13  District Government, correct?
14  A   Yes.
15  Q   So I take it that that was not your
16  decision?
17  A   No, it wasn't.
18  Q   Did you have any input into that action,
19  being the action of removing Ms. Tabb from her
20  position?
21  A   No.
22  Q   Do you know what Ms. Donald relied upon,

VIDEOTAPED DEPOSITION OF MINDY GOOD
CONDUCTED ON TUESDAY, DECEMBER 4, 2007

Page 149

1  Q   So you're saying that you can see the
2  person's facial features?
3  A   The picture was not altered in the way it
4  is altered here.
5  Q   Okay. So could you see the person's
6  facial features on the picture that you were given?
7  A   We had other pictures of this person that
8  had been downloaded onto Derek Stewart's computer, so
9  we had a large set of photos from this series that
10 clearly showed this young man's face.
11 Q   What pictures were downloaded onto Derek
12 Stewart's computer?
13 A   There were a series of them that were
14 downloaded from the agency digital camera.
15 Q   Okay. So are these pictures that you're
16 referring to on Derek Stewart's computer that were
17 pictures that the media displayed?
18 A   No, some of them match what the media
19 displayed.
20 Q   Oh, okay. Well, let me clarify the
21 record then, I think I'm understanding but tell me if
22 I'm wrong. So in the search for who this child or

VIDEOTAPED DEPOSITION OF MINDY GOOD
CONDUCTED ON TUESDAY, DECEMBER 4, 2007

Page 150

1  youth was, there was an examination done of photos
2  within the agency, including those that were
3  maintained by Mr. Stewart, is that right?
4       A   No.  When this hit the airwaves, Derek
5  realized that he had downloaded pictures from the
6  agency camera that matched in some regards what we
7  were seeing on Channel 9 and he brought it to our
8  attention, and in that series there were more
9  pictures than Channel 9 showed.
10      Q   Okay.  And did anyone make an effort to
11 confirm that the pictures that were in the hands of
12 the media were the same pictures that were downloaded
13 from the digital camera as you were describing?
14      A   Sure looked like it.  They certainly
15 looked like they were the same pictures.
16      Q   So I take it then the pictures from the
17 agency's digital camera showed this youth or young
18 person in a similar position on a cot of this nature,
19 dressed in a similar way?
20      A   Correct.
21      Q   All right.  Was there any indication from
22 the digital camera or the data -- shall we say the

VIDEOTAPED DEPOSITION OF MINDY GOOD
CONDUCTED ON TUESDAY, DECEMBER 4, 2007

Page 151

1  mediadata around that file for the pictures of when
2  the pictures were taken?
3      A   I don't know.
4      Q   Do you know if anyone made an effort to
5  establish that?
6      A   I don't know.
7      Q   When was it discovered that pictures that
8  Derek Stewart had might match the pictures that the
9  media were showing on this issue?
10     A   Not very long after Channel 9 ran this
11 information.
12     Q   And who first announced the possibility
13 that pictures that the agency had might match the
14 person that was being represented in the media?
15     A   Derek.
16     Q   Derek did.  Was there an effort to
17 determine who within the agency had provided these
18 pictures to the media?
19     A   Phyllis Armstrong told me the day she
20 arrived that Shirley Tabb had given those photos to
21 Channel 9.
22     Q   Aside from the representations made by

VIDEOTAPED DEPOSITION OF MINDY GOOD
CONDUCTED ON TUESDAY, DECEMBER 4, 2007

Page 152

1   the news person, was there any effort to your
2   knowledge to determine who provided the pictures to
3   the media?
4       A   We took Ms. Armstrong at her word.
5       Q   Was there any effort then to determine
6   who provided the pictures to Shirley Tabb if Shirley
7   was the one who shared them with the media?
8       A   No.
9       Q   Was there any effort to determine how
10  Ms. Tabb obtained the pictures?
11      A   No.  Again, when Derek had pictures from
12  the agency camera that he had downloaded from the
13  agency camera into his computer that were very
14  similar to this, most of the time the people who used
15  the agency camera were Derek and Shirley because it
16  was the property of OPI.  Now, it was possible to
17  loan it to someone else but we did not often do that.
18          But no, was any effort taken to find out
19  exactly who took the pictures, no.
20      Q   Let me show you what I'll mark as the
21  next exhibit.
22          (Deposition Exhibit Number 4 was marked