UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB, )<br>)<br>    Plaintiff, )<br>)<br>        v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.* )<br>)<br>    Defendants. )<br>_____) | Civil Action No.  06-00789 (PLF) |

**PLAINTIFF'S RULE 26(a)(2) DISCLOSURE STATEMENT**

Pursuant to the Federal Rule of Civil Procedure, Rule 26(a)(2) and this Court's Scheduling Order, as amended, Plaintiff Shirley Tabb, through counsel, files this Rule 26(a)(2) Disclosure Statement to designate and to disclose the individual whom she may call as a fact and expert witness at any trial of this matter to present evidence under Rules 702, 703, 704, and 705 of the Federal Rules of Evidence and state as follows:

The expert witness is: Mitchell H. Hugonnet, Ph.D.  His address is: 601 Pennsylvania Ave., NW, Suite 900 South Building, Washington, D.C. 20004.  His office telephone number is: 202-246-4846 or 1-866-362-4846.

Dr. Hugonnet is an expert in Clinical and Forensic Psychology.  Dr. Hugonnet received his PhD in Clinical Psychology from American University.  He is a licensed psychologist in the District of Columbia, Maryland and Virginia.  Dr. Hugonnet's *curriculum vitae,* which summarizes his qualifications, education, and training is attached hereto as Exhibit A and incorporated by reference.

A copy of Dr. Hugonnet's fee schedule is attached hereto and incorporated by reference as Exhibit B. Dr. Hugonnet charges $290.00 per hour for forensic testing, interviewing, document and report preparation. He also charges $350.00 per hour for testimony preparation and $1,400.00 per half day (up to 4 hours) and $2,800.00 per whole day (over 4 and up to 8 hours) deposition and in court testimony. Thus, a two hour deposition requiring one hour of preparation and two hours testimony will cost $1,750.00.

A listing of other cases in which Dr. Hugonnet has qualified as an expert is attached hereto and incorporated by reference as Exhibit C. For the period 2005 through January 2008, Dr. Hugonnet has served as an expert in twelve cases.

A copy of Dr. Hugonnet's report discussing his assessment of Ms. Tabb and outlining the opinions to which he is expected to testify at any trial of this matter is attached hereto and incorporated by reference as Exhibit D. As Exhibit D reflects, Dr. Hugonnet will offer his opinions concerning the emotional and psychological damage Ms. Tabb has suffered as a result of the traumatic experience caused by her sudden termination from her fourteen year career with CFSA. Dr. Hugonnet will opine that Ms. Tabb suffers from the effects of Generalized Anxiety Disorder and Major Depressive Disorder, Single Episode, Moderate Severity as a result of losing her job with CFSA in 2005. He will further opine that it is likely that Ms. Tabb will require on-going treatment with both psychiatric medication and weekly psychological counseling for a period of 12 to 36 months.

Dr. Hugonnet's testimony will derive from his education, training, experience,

-3-

and forensic assessment of Ms. Tabb.  Dr. Hugonnet's testimony will also be based upon his review of key pleadings and depositions in this case.

This Disclosure Statement outlines the subject matter about which the proposed expert is expected to testify in accordance with Fed. R. Civ. P. 26(a)(2).  Because discovery is in progress, the Plaintiff reserves the right to supplement this Statement and reserves the right to identify additional experts or to substitute experts based upon receipt of the Defendant's Rule 26(a)(2) statement, if any.

Respectfully submitted,

*/s/ Richard E. Condit*
_____
Richard E. Condit, DC Bar # 417786
1612 K Street, NW, Suite 1100
Washington, D.C. 20006
Tel. 202.408.0034 x.142
Fax 202.318.3211

Counsel for Plaintiff Shirley Tabb

Dated: February 28, 2008