**Mitchell H. Hugonnet, Ph.D.**
Clinical & Forensic Psychology
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C. 20004
1.866.362.4846
Toll-free Facsimile & Telephone
Email: mitchell.hugonnet@gmail.com

Curriculum Vitae

Education:
    Ph.D. in Clinical Psychology, August 1986, American University, Washington, D.C., APA approved Clinical Program.
    M.A. in Clinical Psychology, August 1985, American University, Washington, D.C., APA approved Clinical Program.
    A.B. with Honors, May 1975, Vassar College, Poughkeepsie, NY.

Licenses:
    District of Columbia, Psychologist, License #PSY-1480, active since March 1989. Expires December 2007.
    Maryland, Psychologist, License #2464, active since May 1989. Expires March 2008.
    Virginia, Clinical Psychologist, License # 810-1596, active since February 1989. Expires June 2008.

Certification:
    Virginia Board of Psychology, Sex Offender Treatment Provider Certification, #812-162, active since July 1999. Expires June 2008.

Internship & Residency:
    National Institute of Mental Health (NIMH), St. Elizabeths Hospital, Washington, D.C., September 1983-September 1984, APA approved Clinical Internship.
    National Institute of Mental Health (NIMH), St. Elizabeths Hospital, John Howard Pavilion, Washington, D.C., September 1984-September 1985, Residency in Forensic Psychology.

Academic Appointments:
    Clinical Assistant Professor of Psychiatry, Georgetown University School of Medicine, Washington, D.C., 2003-2006.
    Clinical Instructor, Department of Psychiatry, Howard University School of Medicine, Washington, D.C., 2003-2006.

Professional Experience:
- Independent Practice of Clinical & Forensic Psychology in Maryland, Virginia & Washington, D.C., since 1989.
- Director of Internship Training (APA approved), Director of the Juvenile Interpersonal Behavior Management Program (for juvenile sex offenders), and Staff Psychologist, Superior Court of the District of Columbia, Court Social Services, Child Guidance and Family Counseling Clinic, since July 2003.
- Consulting Psychologist, Police and Fire Clinic, Washington, D.C., since January 2001.
- Consulting Psychologist and Sex Offender Treatment Provider, Institute for Family Centered Services, Juvenile Sex Offender Evaluation and Treatment Program, Arlington, VA, July 2002-July 2004.
- Forensic Psychologist, Department of Mental Health, Government of the District of Columbia, Forensic Inpatient Services Bureau, Washington, DC, December 1988-July 2003.
- Clinical School Psychologist, School for Specific Learning Disabilities, Accotink Academy, Springfield, VA, October 1986-December 1988.
- Supervisory Case Manager, Community Connections, Washington, D.C., September 1985-October 1986.

Forensic Qualifications:
- Superior Court of the District of Columbia, first qualified as an expert in Forensic Psychology in 1989. (Testified approximately 150 times, always qualified.)
- United States District Court for the District of Columbia, first qualified as an expert in Forensic Psychology in 1991.
- United States District Court for the District of Maryland, first qualified as an expert in Forensic Psychology in July 2000.
- City of Alexandria Virginia, Juvenile and Domestic Relations District Court, first qualified as an expert in Forensic Psychology in February 2003.

Specialized Forensic Training:
- Commonwealth of Virginia: Completed specialized training in forensic evaluation at the Institute of Law, Psychiatry & Public Policy, Charlottesville, VA, 1997.
- Commonwealth of Virginia: Completed specialized training in sex offender evaluation & treatment at the Institute of Law, Psychiatry & Public Policy, Charlottesville, VA, 1998.

Hospital Affiliations:
- St. Elizabeths Hospital, Forensic Inpatient Services, Washington, D.C. December 1988- July 2003.

Honors & Awards:
    National Institute of Mental Health Graduate Training Fellowship

Professional Societies:
    American Psychological Association, Member, #6357-1599, since 1988.
        APA Division 41: American Psychology-Law Society
    District of Columbia Psychological Association, Member,
        Treasurer 2001-2003.
    International Neuropsychological Society, member since 2007
    Maryland Psychological Association, Fellow, since 1996.
    National Register of Health Service Providers in Psychology, Member #40398,
        since 1989.
    Psychologist's Union of the DC Department of Mental Health, Local 3758,
        (NUHHCE, AFL-CIO),
          Vice President
          Board Member
          Steward
    Society for Personality Assessment, Member, since 1988.

Personal Information:
    Born December 23, 1953 in New York, NY. Stuyvesant High School
        Honors graduate. Married, four children.