Mitchell H. Hugonnet, Ph.D.
Fee Schedule

Forensic interviewing, testing, document reviews, preparation of written report:
$290.00 per hour

Court testimony & depositions:
$1400.00 per half day (up to 4 hours)
$2800.00 per whole day (more than 4 hours up to 8 hours)

Preparation for court testimony and depositions:
$350.00 per hour