Mitchell H. Hugonnet, Ph.D.
Cases 2005-2008

1. U.S. v. James Davis, January 7, 2008, Forensic Psychological Evaluation, (prosecution expert), United States District Court for the Southern District of Maryland.
2. U.S. v. Andrea Riley, December 10, 2007, Forensic Psychological Evaluation, (defense expert), United States District Court for the District of Columbia.
3. U.S. v. Durrell Caldwell, June 25, 2007, Forensic Psychological Evaluation, (testifying defense expert), Superior Court of the District of Columbia.
4. Marilyn Preston-Killingham v. Washington Metropolitan Area Transit Authority, May 14, 2007, Forensic Psychological Evaluation, (plaintiff expert), Superior Court of the District of Columbia.
5. Charles County, Maryland v. Karl Hickerson, May 7, 2007, Forensic Psychological Evaluation, (testifying defense expert), Charles County Circuit Court.
6. U.S. vs. Odell Griffin & U.S. vs. Gonzales (Tony) Diggs, September 1, 2006, Forensic Psychological Evaluation, (testifying prosecution expert), Superior Court of the District of Columbia.
7. U.S. v. Abiola Fadayomi, August 8, 2006, Forensic Psychological Evaluation, (prosecution expert), Superior Court of the District of Columbia.
8. U.S. v. Roper McNair, August 3, 2006, Forensic Psychological Evaluation, (testifying prosecution expert), Superior Court of the District of Columbia.
9. U.S. v. Jeff Jerome Montgomery, February 6, 2006, Forensic Psychological Evaluation, (testifying prosecution expert), United States District Court for the District of Columbia.
10. Commonwealth of Virginia v. James German Minano, September 12, 2005, Forensic Psychological Evaluation, (defense expert), Circuit Court of Arlington County Virginia.
11. U. S. v. Jeremy Daniel Parady, June 8, 2005, Forensic Psychological Evaluation, (defense expert), United States District Court for the Southern District of Maryland.
12. U.S. v. Byron White, March 16, 2005, Forensic Psychological Evaluation, (testifying prosecution expert), Superior Court of the District of Columbia.