**Mitchell H. Hugonnet, Ph.D.**
Clinical & Forensic Psychology
601 Pennsylvania Avenue, N.W.
Suite 900 South Building
Washington, D.C. 20004
202.246.4846
1.866.362.4846
Toll-free Facsimile & Telephone
Email: **mitchell.hugonnet@gmail.com**
Licensed in DC, MD, VA

**Forensic Psychological Evaluation**
**Confidential**

Re: *Shirley Tabb v. District of Columbia & Brenda Donald Walker*
*Case No. 1:06CV00789 (PLF)*

**Plaintiff:** Shirley Tabb
**Age:** 54 years 9 months
**Gender:** Female
**Residence:** Washington, DC
**Education:** 18 years, MSW
**Occupation:** Licensed Clinical Social Worker
**Evaluation Date(s):** January 23 and February 15, 2008
**Date of Report:** February 25, 2008

**I. Introduction:**

I was asked to conduct this forensic psychological examination of Ms. Shirley Tabb by Richard E. Condit, Esq., attorney at law representing Ms. Tabb in the above referenced case. This case arises from a series of incidents at the DC Government's Child and Family Services Administration (CFSA) which resulted in the termination of Ms. Tabb's employment there on October 3, 2005. The interested reader is referred to the First Amended Complaint referenced below for details concerning this matter.

**II. Sources of Information Relied Upon:**

In the course of my analysis, I reviewed the following documents:
- First Amended Complaint, filed in the United States District Court for the District of Columbia, re: Case No.: 1:06CV00789 (PLF) before Judge Paul L. Friedman, dated June 1, 2007.
- Depositions of Shirley Tabb dated February 8, 2008 and Derek Stewart dated December 4, 2007.

My analysis relied upon the following procedures recognized in the field of forensic psychology[1]:
- Minnesota Multiphasic Personality Inventory, Second Edition, [MMPI-2]
- Personality Assessment Inventory [PAI]
- Trauma Symptom Inventory [TSI]

---

[1] I am being compensated for my work in this case at my usual and customary rate of $290.00 per hour.

Tabb, Shirley
1

- The Forensic History Questionnaire-Revised

I conducted clinical and collateral interviews with the following individuals:
- Ms. Shirley Tabb, January 23 and February 15, 2008.
- Ms. Sandra Damdar, Ms. Martha Lonon, February 24, 2008.

**III. Confidentiality Waiver:**

Ms. Tabb was informed about the purpose and non-confidential nature of this forensic psychological evaluation. She was told that copies of this report would be sent to her attorney who in turn might decide to release it to other relevant parties in this case. Ms. Tabb was further informed that I might be required to testify about the material and opinions contained within this report. Ms. Tabb understood these conditions and voluntarily agreed to proceed with all components of this evaluation.

**IV: Background:**

A. Historical Information

Ms. Tabb was born in Marvell, Arkansas, a rural farming community, on May 22, 1953 to married parents. Both parents are deceased; her father died from congestive heart failure at age 75 in 2004, her mother died from a stroke at age 88 in 2005. Her father worked as a mechanic while her mother ran her own café. Ms. Tabb was the second of four children; her oldest brother Carl died in 2003 at age 49. Her younger brother Marvin is 50 years old; her younger sister Patricia is 49 years old. Both are gainfully employed. Ms. Tabb recalled that her parents had a very turbulent relationship, they argued frequently and even struck each other physically three times a year; her father abused alcohol and her mother had a quick temper. When Ms. Tabb was 16 years of age, her mother shot at her father on two occasions, Ms. Tabb witnessed the second shooting. In both instances, her father was not struck by bullets. Ms. Tabb recalls trying to break up their arguments during her childhood and adolescence; she was happy to leave home at age 17 to go to college. While she was growing up she worked in the fields picking cotton, attended Sunday school and church with her maternal grandmother every Sunday and enjoyed participating in 4-H club activities.

Ms. Tabb had her only child, a son, on May 11, 1969. She is extremely close to her son who is 38 years old, married and living in Baltimore, Maryland; he is employed by the federal government. Ms. Tabb has been married and divorced twice; her first marriage occurred while she was in college, the marriage ended after two years. The second marriage occurred in the mid-1990's; the relationship lasted over four years before ending in divorce in 1998. Ms. Tabb has dated periodically over the course of her life but she has not dated anyone since 2003; she acknowledged that some of these relationships were difficult.

Ms. Tabb graduated from Marvell High School with an A/B average. She reported that she was always in regular classes and was never a behavior problem. She completed her Bachelor of Science with honors in social work at the University of Arkansas at Pine Bluff in May 1974; she completed her Masters in Social Work (MSW) at the University of Arkansas at Little Rock in May of 1976. Ms. Tabb is licensed as an LICSW in Washington, DC and the State of Maryland. Ms. Tabb has been gainfully employed for most of her adult life; her longest period of unemployment appears to have been the six months after she was terminated from CFSA. The reader is referred to Ms. Tabb's

Tabb, Shirley
2

deposition, referenced above, for a summary of her steady employment history. Ms. Tabb began working for CFSA in 1992 and rose through the ranks until her termination in October 2005. Since 2006, she has been self-employed as a clinical social worker conducting assessments on elderly patients for several social service agencies.

Ms. Tabb has never been arrested or engaged in substance abuse of any kind. She was diagnosed with diabetes (type 2) February 2004 and takes medication to control her blood pressure. Ms. Tabb began short-term (4 to 10 sessions) mental health counseling on four occasions in 1988, 1992, 2005 and 2007. She saw the CFSA EAP counselor in late 2004 through mid-2005. Antidepressant medication was prescribed twice in the past, in 1992 (1 to 2 years) and 2005 (8 months). Ms. Tabb is currently taking Effexor, an antidepressant, to treat symptoms of anxiety and depression caused by her termination from CFSA in October 2005.

B. Clinical Interview with Shirley Tabb:

Ms. Tabb reported that she was overjoyed when she was hired by CFSA in 1992 to help identify and recruit foster and adoptive homes for neglected children. She regarded the job as a noble calling and became very invested in her work at the agency. She was promoted to a supervisory position in the mid-1990's and detailed to the receiver's office in 1999. Ms. Tabb was detailed to an 'acting' position in the public information office and in 2003 she became a public information specialist. Ms. Tabb recalled that sometime in late 2004 she became aware that children were spending the night in the CFSA offices. "I heard children were sleeping in the building again, (an 8 bed respite center with a kitchen, full bathroom, entertainment center, toys and sleeping accommodations, was apparently eliminated in 2002 after 8 or 9 years of use) I didn't want to believe that." Later, in February 2005, Ms. Tabb went to work early (6:30 a.m.) to see for herself if children were sleeping in the building; she discovered that indeed, children were sleeping in the offices overnight despite no facilities to accommodate them (e.g. no beds, bed linens, blankets or proper bathroom facilities). "I became very disillusioned at that point." Ms. Tabb outlined various effort she made within her agency to address the situation including proposing various recruitment efforts that she was willing to undertake in order to bring the supply of families in line with the increasing demand for foster care placements. "I wanted to manage both of the recruitment units. I said 'put me to the test. If I can't bring you 50 churches you can fire me' and they still said no way… I was asking for nothing extra, just an opportunity to serve kids who have no voice." Ms. Tabb stated that throughout 2005 she became progressively discouraged. "I was so conflicted with my spirituality and my sense of right and wrong being in an agency where I can help children make a difference. Yet, I was working on this floor and seeing all this spin doctoring… when I was just trying to do some good. I was depressed; I couldn't sleep and felt angry a lot because I felt helpless to change anything… I was a mess, and my blood sugar was 350 to 400 under so much stress. I was gaining weight; there was fluid in my knees. They were unexplained rashes. (Since I have been away from CFSA the rashes never happened again)." Ms. Tabb stated that at various points in 2005 she was suffering from panic/anxiety attacks 4 to 5 times a month and preoccupied with fears of losing her job, having to start her career over again, fears of being unable to find a job and becoming homeless. Ms. Tabb describes her subjective experience of these panic or anxiety attacks as nausea, headaches, light-headedness, racing thoughts, heart palpitations

Tabb, Shirley
3

and extreme fear.  She suffered from nightmares 2 to 3 times a month in 2005.  In 2006, the panic attacks continued unabated, 4 to 5 times a month while the nightmares increased to 4 to 5 times a month. Her preoccupations included being unable to pay her rent, car note and not having health insurance.  In 2007, anxiety and panic attacks decreased to 3 to 4 times a month while the nightmares decreased to twice a month.  Ms. Tabb continued to be preoccupied with "my survival, having no retirement in old age and 14 years (at CFSA) going up in smoke."  This year, 2008, her anxiety attacks remain steady at 3 to 4 times a month but the nightmares have increased to 4 to 5 times a month. Many of the nightmares involve being back at CFSA, such as a recurring dream where she is back at work but there is no other person in the building or if there are people there, no one will speak to her.  In another dream she cannot get into the building.  In another dream, "Mindy said she wanted to give me my job back but she changed her mind.  I was in her office.  Those people are in my head."  Ms. Tabb noted that after waking from a nightmare she typically "feels so funny, a scary empty feeling.  I'm thinking was that real?  Did it happen?"  Ms. Tabb estimated that nowadays she typically falls asleep at 11:30 p.m. and awakens between 4 a.m. and 4:30 a.m. and usually cannot return to sleep; if she is fortunate, sometimes she can fall asleep at 6:30 a.m., sleep for an hour and then get up for work.  Ms. Tabb stated that her sleep has been disturbed in this fashion since 2005 when this incident began.  Ms. Tabb reported that her prevailing feeling most of the time is "depression with jumbled thoughts, difficulty concentrating, memory deficits and a sense of impending doom."  At other times she feels "depressed, unmotivated, low energy, feeling vulnerable and overwhelmed."  Ms. Tabb was distressed by her over eating, describing food as the "only gratification I was getting" but at the cost of gaining 15 pounds.

Ms. Tabb's responses to the Forensic History Questionnaire Revised indicated that compared to her mental status before this incident her current mental status is <u>less</u> optimistic, patient, calm, focused, energetic, confident, productive, sociable, stable and resilient.  She reported feeling <u>more</u> empty, alone, worried, fearful, easily upset, fragile, agitated, panicky, forgetful and confused.  Ms. Tabb reported <u>more</u> moodiness, pessimism, disturbing thoughts, disinterest in people, more feelings of helplessness and powerlessness.  Ms. Tabb's friends confirmed the presence of many of these attributes in her current daily life.

**V. Psychological Test Results:**

Ms. Tabb was administered standard psychological tests that are commonly used by forensic practitioners and recognized in the field of forensic psychology.  Two tests were so-called broad band instruments which attempt to measure a wide range of psychological dysfunctions (MMPI-2, PAI), one test (TSI) had a narrower diagnostic focus, designed to assess the psychological effects of trauma.  Both narrow band and broad band instruments were administered to offset the trade offs inherent in each kind of test.  The results of psychological testing confirm pervasive feelings of dysphoria.  There is significant anxiety, depression, irritability and demoralization.

The results of the TSI are reproduced in the table below to illustrate how this particular test is consistent with and confirms the information obtained from diagnostic interviews.  Ms. Tabb's responses resulted in clinically significant elevations on 7 of 13 scales that measure various facets of Ms. Tabb's distress.  Ms. Tabb met the criteria for a

Tabb, Shirley
4

diagnosis of Posttraumatic Stress Disorder except for the requirement that the stressor be of a life-threatening nature.

Ms. Tabb's elevated Anxious Arousal (AA) scale reflects symptoms of anxiety and autonomic hyperarousal. High scorers on this scale often report feeling tense and on edge with excessive worry, nervousness, jumpiness and periods of trembling or shaking. Both generalized anxiety and panic attacks may be present in high scorers. Ms. Tabb's elevated Depression (D) scale reflects her depressed mood and depressive thoughts. High scorers on the D scale may isolate themselves from others; there is a general sense of being depressed coupled with feelings of personal inadequacy and hopeless view of the future. Ms. Tabb's elevated Anger/Irritability (AI) score reflects irritable or angry thoughts and feelings. Individuals who elevate this scale often describe these feelings as unwanted, intrusive and beyond their control; such individuals may overreact emotionally in response to minor provocations and frustrations. Ms. Tabb's elevated Intrusive Experiences (IE) scale reflects symptoms such as nightmares, upsetting recollections and repetitive thoughts of unpleasant prior experiences that forcibly intrude into consciousness in an unpredictable fashion. Ms. Tabb's elevated score on the Impaired Self-Reference (ISR) scale reflects her current confusion about her goals in life and impaired sense of self-esteem. The two elevated TSI Summary Scales, Trauma (TR) and Dysphoria (DYS) reflect that Ms. Tabb's overall experience of pervasive emotional pain is a function of the unpredictable intrusive thoughts and feelings described above.

**Trauma Symptom Inventory [TSI]**

| Validity Scales | T score | Range [T$\geq$65=Clinically Significant] |
|---|---|---|
| Atypical Response [ATR] | 54 | Accurate: No Bias |
| Response Level [RL] | 41 | Accurate: No Bias |
| Inconsistent Response [INC] | 43 | Accurate: No Bias |
|  |  |  |
| **Clinical Scales** |  |  |
| Anxious Arousal [AA] | 81 | Clinically Significant |
| Depression [D] | 78 | Clinically Significant |
| Anger/Irritability [AI] | 70 | Clinically Significant |
| Intrusive Experiences [IE] | 77 | Clinically Significant |
| Defensive Avoidance [DA] | 55 | Normal Range |
| Dissociation [DIS] | 63 | Nearly Clinically Significant T$\geq$65 |
| Sexual Concerns [SC] | 52 | Normal Range |
| Dysfunctional Sexual Behavior [DSB] | 44 | Normal Range |
| Impaired Self-Reference [ISR] | 80 | Clinically Significant |
| Tension Reduction Behavior [TRB] | 45 | Normal Range |
|  |  |  |
| **Summary Scales** |  |  |
| Trauma [TR] | 71 | Clinically Significant |
| Self [SLF] | 63 | Nearly Clinically Significant T$\geq$65 |
| Dysphoria [DYS] | 79 | Clinically Significant |

Tabb, Shirley
 5

A. DSM-IV TR Axis I Diagnosis:

Ms. Tabb meets the DSM-IV-TR criteria required for the diagnoses of Generalized Anxiety Disorder and Major Depressive Disorder, Single Episode, Moderate Severity. Ms. Tabb meets diagnostic criteria on all of the **bolded** items below:

Generalized Anxiety Disorder (300.02):

- A. **Excessive anxiety and worry (apprehensive expectation), occurring more days than not for at least 6 months, about a number of events or activities (such as work or school performance)**. _Ms. Tabb meets this criterion_.
- B. **The person finds it difficult to control the worry**. _Ms. Tabb meets this criterion_.
- C. The **anxiety and worry are associated with three (or more) of the following six symptoms** (with at least some symptoms present for more days than not for the past 6 months): 1. **restlessness or feeling keyed up or on edge**; 2. **being easily fatigued**, 3. **difficulty concentrating or mind going blank**; 4. **irritability**; 5. muscle tension; 6. **sleep disturbance** (difficulty falling or staying asleep, or restless unsatisfying sleep). _Ms. Tabb meets this criterion_.
- D. The **focus of the anxiety and worry is not confined to features of an Axis I disorder**. _Ms. Tabb meets this criterion_.
- E. The anxiety, worry, or physical symptoms cause **clinically significant distress or impairment** in social, occupational, or other important areas of functioning. _Ms. Tabb meets this criterion_.
- F. The disturbance is **not due to the direct physiological effects of a substance or a general medical condition**. _Ms. Tabb meets this criterion_.

Major Depressive Disorder, Single Episode, Moderate Severity (296.22):

- A. **Five (or more) of the following symptoms** have been present during the same 2-week period and represent a change from previous functioning; at least one of the symptoms is either (1) **depressed mood** or (2) **loss of interest or pleasure**: 1. **depressed mood most of the day, nearly every day**, as indicated by either subjective report (e.g., feels sad or empty) or observation made by others (e.g., appears tearful); 2. **markedly diminished interest or pleasure in all, or almost all, activities most of the day, nearly every day** (as indicated by either subjective account or observation made by others); 3. significant weight loss when not dieting or **weight gain** (15 lbs.) or decrease or **increase in appetite** nearly every day; 4. **insomnia or hypersomnia nearly every day**; 5. **psychomotor agitation or retardation nearly every day** (observable by others, not merely subjective feelings of restlessness or being slowed down); 6. **fatigue or loss of energy nearly every day**; 7. **feelings of worthlessness or excessive or inappropriate guilt** (which may be delusional) **nearly every day** (not merely self-reproach or guilt about being sick); 8. **diminished ability to think or concentrate**, or indecisiveness, nearly every day (either by subjective account or as observed by others); 9. recurrent thoughts of death (not just fear of dying), recurrent suicidal ideation without a specific plan, or a suicide attempt or a specific plan for committing suicide. _Ms. Tabb meets this criterion_.
- B. The symptoms **do not meet criteria for a Mixed Episode**. _Ms. Tabb meets this criterion_.

Tabb, Shirley

6

- C. The symptoms cause **clinically significant distress or impairment** in social, occupational, or other important areas of functioning.  *Ms. Tabb meets this criterion*.
- D. The symptoms are **not due to the direct physiological effects of a substance or a general medical condition**.  *Ms. Tabb meets this criterion*.
- E. The **symptoms are not better accounted for by Bereavement**, i.e., after the loss of a loved one, the symptoms persist for longer than 2 months or are characterized by marked functional impairment, morbid preoccupation with worthlessness, suicidal ideation, psychotic symptoms, or psychomotor retardation.  *Ms. Tabb meets this criterion*.

It is therefore clear that Ms. Tabb's multiple symptoms and impairments exceed the DSM-IVTR criteria required for diagnoses of Generalized Anxiety Disorder and Major Depressive Disorder, Single Episode, Moderate Severity.

B. DSM-IVTR Multiaxial Diagnoses:

| | |
|---|---|
| Axis I: | 300.02 Generalized Anxiety Disorder |
| | 296.22 Major Depressive Disorder, Single Episode, Moderate Severity |
| Axis II: | V71.09 No Diagnosis |
| Axis III: | Diabetes (type II), hypertension |
| Axis IV: | Problems with social isolation |
| Axis V: | 50/45 Current/Past year |

**VI. Forensic Opinion:**

Within a reasonable degree of scientific and professional certainty, I believe that Ms. Tabb exhibits and still suffers from the effects of Generalized Anxiety Disorder and Major Depressive Disorder, Single Episode, Moderate Severity as a result of losing her job with CFSA in 2005.  Further, despite the passage of more than two years, Ms. Tabb remains impaired psychologically.  Ms. Tabb was living a successful, active, stimulating life prior to the events that led up to and eventually culminated in her termination.  In the aftermath of these traumatic experiences, her characteristic personality has been altered over the past two years.  The progressively debilitating effects of these disorders have eroded her energy and confidence replacing these qualities with chronic generalized feelings of despair, fear, anxiety, vulnerability, isolation and helplessness.  So far both psychiatric and psychological treatments have been of limited value.  This analysis suggests a difficult course of future treatment with a guarded prognosis.  With these considerations in mind, it is likely that Ms. Tabb will require on-going treatment with both psychiatric medication and weekly psychological counseling.  The duration of such treatment is likely to last from 12 to 36 months.

Respectfully submitted,

_____
Mitchell H. Hugonnet, Ph.D.

Tabb, Shirley

7