UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )  | |
|---|---|---|
| SHIRLEY TABB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0789 (PLF) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

This matter is before the Court on the defendants' motion for a protective order. The Court has considered the motion, plaintiff's opposition, defendants' reply, and the representations made by counsel at the status conference on February 22, 2008. Plaintiff wishes to take the deposition of the General Counsel and a former Assistant General Counsel of the D.C. Child and Family Services Agency. The District of Columbia objects on the ground of privilege, seeking to preclude the deposition from happening at all. See Mot. at 1. Plaintiff makes a plausible argument that there are some factual matters that only the General Counsel and the former Assistant General Counsel know, and that can be addressed by inquiring of them without running afoul of the privilege.

The Court agrees with plaintiff. It concludes that the most efficient way to develop the facts while still preserving legitimate claims of privilege, and without unduly prolonging the matter, is to have the depositions taken under the supervision of a magistrate judge. Accordingly, it is hereby

ORDERED that defendants' motion for protective order [31] is DENIED; it is

FURTHER ORDERED that the depositions of the General Counsel and the former Assistant General Counsel shall take place here in the courthouse at the convenience of Magistrate Judge John M. Facciola, each deposition not to exceed two hours in length; and it is

FURTHER ORDERED that counsel shall call Magistrate Judge Facciola's Chambers promptly to arrange a convenient time and place for the depositions.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 3, 2008