UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHIRLEY TABB, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-0789 (PLF) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## REFERRAL ORDER

In accordance with the Order issued this same day denying defendants' motion for a protective order, the Court is referring this action to a Magistrate Judge John M. Facciola for management and resolution of all discovery-related issues, including the supervision of the two depositions referenced in the Order denying defendants' motion for a protective order. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge John M. Facciola for the management of discovery in this case. Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of the magistrate judge following the case number in the caption. On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 3, 2008