UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHIRLEY TABB, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-0789 (PLF) |
| DISTRICT OF COLUMBIA *et al.*, | ) ) | |
| Defendants. | ) ) | |

ORDER

Plaintiff recently filed with the Court plaintiff's disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure. As the Federal and Local Rules make clear, however, discovery material is not to be filed with the Court unless so ordered. See Fed. R. Civ. P. 26(a)(4); LCvR 5.2(a). Accordingly, it is hereby

ORDERED that plaintiff shall cease filing discovery with the Court.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: March 3, 2008