UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRLEY TABB,                          :
                                       :
        Plaintiff,                    :
                                       :
v.                                     :   Civil Action No. 06-789 (PLF)
                                       :
DISTRICT OF COLUMBIA, *et. al.,*       :
                                       :
        Defendants.                   :

## DEFENDANTS' CONSENT MOTION TO EXTEND MOTIONS' DEADLINE

Defendants District of Columbia, Brenda Donald Walker, and Mindy Good, by and through undersigned counsel, hereby move this Court to enlarge the dispositive deadlines by a period of two (2) weeks. As reasons therefore, the defendants represent as follows:

1.     This case concerns the termination of Shirley Tabb's employment as a Public Information Specialist in the District of Columbia's Child and Family Services Administration. Plaintiff alleges that she was terminated in violation of the Whistleblower Protection Act. The District denies these claims. See Docket Entries 18 and 22.

2.     The dispositive motions' deadline is April 7, 2008.

3.     On March 28, 2008, counsel for defendant, Michael Bruckheim, left the Civil Litigation Division of the Office of the Attorney General.

4.     Zuberi Williams, the attorney who is now handling this case by himself, has an evidentiary hearing and pretrial conference in another matter scheduled for Monday, April 7, 2008. As a result these events, the defendants are unable to meet the current motions' deadline.

5.     Defendants request that the Court extend the motions' deadline for two (2) weeks.

6.     The relief requested will not unduly prejudice either party.

7.     Federal Rule of Civil Procedure 6(b)(1) states that "[w]hen by these Rules or by a

notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ."

8. This motion is being filed prior to expiration of the current deadline, and otherwise meets the requirements of Rule 6(b)(1).

9. Plaintiff consents to the relief sought herein.

WHEREFORE, for the reasons stated herein, the defendants request that the Court grant their motion to enlarge the time to file their dispositive motion.  Defendants also request that all remaining dates be adjusted by two (2) weeks to accommodate this extension.

    Respectfully submitted,

    PETER J. NICKELS
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
    PATRICIA A. JONES [428132]
    Chief, General Litigation Sec. IV

/s/Zuberi B. Williams_____
ZUBERI BAKARI WILLIAMS[1]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., Suite 6N013
Washington, D.C. 20001
Office: (202) 724-6650; (202) 727-6295
Facsimile: (202) 730-0623
Email:  Zuberi.Williams@dc.gov

### CERTIFICATION OF LOCAL RULE 7(m)

I hereby certify that I contacted plaintiff's counsel concerning the relief sought in this motion.  Plaintiff consents to the relief requested herein.

/s/Zuberi B. Williams_____
ZUBERI BAKARI WILLIAMS
Assistant Attorney General, D.C

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHIRLEY TABB, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-789 (PLF) |
| | : | |
| DISTRICT OF COLUMBIA, *et. al.*, | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' CONSENT MOTION TO EXTEND MOTIONS' DEADLINE**

In support of Defendants' Consent Motion to Extend Motions' Deadline, the defendants rely upon the following list of authorities:

1. Federal Rule of Civil Procedure 6(b)(1).

2. The Court's equitable powers.

3. Plaintiff consents to the relief requested herein.

        Respectfully submitted,

        PETER J. NICKELS
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Patricia A. Jones
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

       /s/Zuberi B. Williams
        ZUBERI BAKARI WILLIAMS
        Assistant Attorney General
        Office of the Attorney General
        441 Fourth Street, N.W., Suite 6N013
        Washington, D.C. 20001
        Office: (202) 724-6650; (202) 727-6295
        Facsimile: (202) 730-0623

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SHIRLEY TABB, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-789 (PLF) |
| | : | |
| DISTRICT OF COLUMBIA, *et. al.,* | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Upon consideration of the Defendants District of Columbia, and Brenda Donald Walker and Mind Good's Consent Motion to Enlarge the Motions' Deadline, their supporting Memorandum of Points and Authorities, and the entire record herein, it is, this \_\_\_\_ day _____, 2008,

ORDERED, that the said motion be, and hereby is, GRANTED for the reasons set forth herein, and it is,

FURTHER ORDERED, the Scheduling Order be amended to reflect that Motions' Deadline is extended until April 21, 2008. It is

FURTHER ORDERED, that all remaining dates shall be adjusted by two (2) weeks to accommodate said extension.

So ORDERED.

_____
The Honorable Judge Friedman
United States District Court for the District of Columbia