UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRLEY TABB                                )
                                            )
                                            )
                                            )
        Plaintiff,                          )
    v.                                      )
                                            )
                                            )
DISTRICT OF COLUMBIA; and                   )
                                            )
BRENDA DONALD WALKER,                       )   CASE No.  06-00789 (PLF)
                                            )
        Defendants.                         )
                                            )
                                            )
                                            )
                                            )
                                            )

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME**

Pursuant to the Federal Rules of Civil Procedure, Rules 6(b) and 7, Plaintiff Shirley Tabb requests an extension of time through and including April 22, 2008, within which to file her *Motion for Summary Judgment* and supporting documentation.  In support of her Motion, Plaintiff states as follows:

1. At the request of the Defendants, the Court recently re-set the dispositive motion to April 21, 2008.

2. Unfortunately, after agreeing to the schedule change Plaintiffs counsel unexpectedly encountered several issues in other matters that required his immediate attention.

3. As a result, and despite working through the weekend, Plaintiffs counsel was unable to complete preparations for Plaintiff's summary judgment filing before midnight on April 21st.

4. Plaintiff has liberally agreed to scheduling changes requested by the Defendants due to changes in counsel and other issues throughout this litigation.

5. Neither Plaintiff nor counsel have viewed Defendants' *Motion form Summary Judgment* and will not gain any advantage by filing her Motion and supporting documentation less than two hours late. Further, the brief delay in filing will not prejudice the Defendants in any manner.

6. Given the hour that this motion is being prepared, Defendants' counsel was not contacted regarding the filing of this motion.

Wherefore, for good cause shown, the Court should grant Plaintiff's request for an extension of time through and including April 22, 2008.[1]

DATED this 22nd day of April, 2008.

---

[1] Attached hereto as exhibits are Plaintiff's *Motion for Summary Judgment* and supporting documents.

Respectfully submitted,

*/s/ Richard E. Condit*

---

Richard E. Condit, Esq.
**D.C. Bar No. 417786**
1612 K Street, NW, Suite 1100
Washington, D.C.  20006
Telephone: 202.408.0034 x.142
Facsimile: (202) 318-3211
Email: richardc@whistleblower.org