UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB,<br><br>    Plaintiff,<br>v.<br><br>DISTRICT OF COLUMBIA; and<br><br>BRENDA DONALD WALKER,<br><br>    Defendants. | CASE No. 06-00789 (PLF) |

**ORDER**

Upon consideration of Plaintiff's *Motion for an Extension of Time*, and with good cause being shown, Plaintiff's Motion is hereby GRANTED. Plaintiff shall have through and including April 22, 2008 within which to file her *Motion for Summary Judgment* and supporting documents.

_____
PAUL L. FRIEDMAN
U.S. DISTRICT JUDGE