UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB,<br><br>    Plaintiff,<br>v.<br><br>DISTRICT OF COLUMBIA, and<br><br>BRENDA DONALD WALKER,<br><br>    Defendants. | CASE No. 06-00789 (PLF) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Federal Rules of Civil Procedure, Rule 56 and Local Civil Rules 7 and 56.1, Plaintiff Shirley Tabb requests that the Court grant summary judgment, in whole or in part, regarding the claims discussed in the accompanying Memoradum.  In addition, pursuant to LCvR 7(f), Plaintiff requests an oral hearing to discuss her motion, the supporting evidence, and to address the Court's questions.

-1-

In support of this Motion, Plaintiff refers the Court to her accompanying Memorandum, Statement of Material Facts, and supporting evidence.

DATED this 21st day of April, 2008.

Respectfully submitted,

*/s/ Richard E. Condit*

_____
Richard E. Condit, Esq.
D.C. Bar No. 417786
1612 K Street, NW, Suite 1100
Washington, D.C. 20006
Telephone: (202) 408-0034 x. 142
Facsimile: (202) 318-3211
Email: r1condit1@earthlink.net