

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Child and Family Services Agency**



October 3, 2005

Ms. Shirley Tabb
200 K Street N. W., #618
Washington, D.C. 20001

RE: **Notice of Summary Removal**

Dear Ms. Tabb:

This is written notice that effective October 3, 2005 you are summarily removed from your position of Public Relations Specialist in the Child and Family Services Agency, Office of Public Information (CFSA OPI). This action is taken in accordance with the provisions of Chapter 16, § 1616 of The District Personnel Manual (DPM). The summary removal is based on your conduct over the past year. Such conduct threatens the integrity of government operations.

In March, 2005, you used the CFSA e-mail system to approach another government agency about an unauthorized campaign to raise awareness about child abuse and neglect and to promote implementation of specific projects, without notifying or obtaining prior approval from your supervisor. You again mentioned the unauthorized campaign at an executive staff meeting. As a result, you were reprimanded.

In August, 2005, you were admonished for failure to perform your job duties in a competent and timely manner despite receiving clear direction and timelines from your supervisor.

On or about September 19, 2005, you misrepresented agency practice to the media; violated CFSA confidentiality laws in showing the image of a child in CFSA's custody and disclosing detailed personal information about why the child was in CFSA's custody. As a Public Relations Specialist, you are well aware of CFSA confidentiality laws and the need to protect children in our care from the stigma of involvement with our agency. Again, you failed to obtain permission from your supervisor to disseminate information to the media which constitutes malfeasance and insubordination as you had been admonished for similar conduct earlier this year.

Page 2
October 3, 2005
Tabb Letter

You have been on Family Medical Leave since August 18, 2005, based on a claim that you are suffering from a serious medical condition which prevents you from working. Yet you were able to coordinate a photo of a child, an audiotape of a co-worker and coordinate interviews with the media during this time. CFSA considers such actions an abuse of Family Medical Leave.

Your violation of supervisory instructions, blatant disregard for agency procedures and confidentiality laws, disruptive behavior and misuse of Family Medical Leave, threatens the integrity of government operations.

You have the right to review any material upon which this proposed action is based and to prepare a written response to the notice, including affidavits and other documentation, within six (6) days of receipt of this written notice. You have the right to be represented by an attorney or other representation.

Your response, should you prepare one, may raise every defense, fact or supporting matter in extenuation, exculpation, or mitigation of which you have knowledge or reasonably should have knowledge, or which is relevant to the reasons in support of the proposed action, specification(s), or the penalty.

Joseph Addis, Acting Contract & Procurement Administrator has been appointed as the hearing officer to conduct the administrative review of the summary removal action taken. Accordingly, any response you prepare must be presented to Mr. Addis at 955 L'Enfant Plaza, Suite 5200, Washington, D.C. 20024. He may also be reached at (202) 724-5300.

In conducting the administrative review, the hearing officer will review this written notice, your response, if there is one, and conduct an adversary hearing when directed by me or my designee. After conducting the administrative review, the hearing officer will make a written report and recommendation to Mr. Ronnie Charles, Deputy Director for Administration, who will issue a notice of final decision.

The material upon which the proposed action is based may be reviewed in DC Child and Family Services Agency, Office of Human Resources located at 955 L'Enfant Plaza, Suite 5200, Washington, DC 20024. You may arrange to review the material by contacting HR Manager Deborah Wilson at (202) 724-7373.

Sincerely,

*[signature: Brenda Donald Walker]*

Brenda Donald Walker
Director

cc: Uma Ahluwalia
    Ronnie Charles
    Mindy Good
    Joe Addis
    Deborah Courtney
    Human Resources