**Page 1**

```
 1        IN THE UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF COLUMBIA
 3    --------------------------------+
 4    SHIRLEY TABB,          +
 5          Plaintiff,   +
 6        v.            + Case No.
 7    DISTRICT OF COLUMBIA, BRENDA    + 1:06CV00789
 8    DONALD WALKER, and MINDY GOOD,   +
 9          Defendants.  +
10    --------------------------------+
11
12
13      Videotaped Deposition of NEIL ALBERT
14            Washington, D.C.
15          Monday, January 14, 2008
16              1:16 P.M.
17
18
19    Job No.: 1-119440
20    Pages 1 - 57
21    Reported by: Denice Z. Lombard, CSR
22    Videotaped by: Terry Michael King
```

**Page 2**

```
 1        Videotaped Deposition of NEIL ALBERT,
 2    held at the offices of:
 3
 4      DISTRICT OF COLUMBIA EXECUTIVE OFFICE
 5      1350 Pennsylvania Avenue, Northwest
 6      Washington, D.C. 20004
 7      (202) 727-1700
 8
 9
10
11        Pursuant to agreement, before Denice Z.
12    Lombard, Certified Shorthand Reporter and Notary
13    Public in the District of Columbia.
14
15
16
17
18
19
20
21
22
```

**Page 3**

```
 1          A P P E A R A N C E S
 2
 3      ON BEHALF OF PLAINTIFF:
 4      RICHARD CONDIT, ESQUIRE
 5      LAW OFFICES OF RICHARD CONDIT
 6      1612 K Street, N.W., Suite 1100
 7      Washington, D.C. 20006
 8      (202) 408-0034
 9
10
11
12      ON BEHALF OF DEFENDANTS:
13      MICHAEL P. BRUCKHEIM, ESQUIRE
14      OFFICE OF THE ATTORNEY GENERAL
15      GOVERNMENT OF THE DISTRICT OF COLUMBIA
16      One Judiciary Square
17      441 4th Street, N.W., 6th Floor - South
18      Washington, D.C. 20001
19      (202) 727-6295
20
21        ALSO PRESENT: Shirley Tabb.
22
```

**Page 4**

```
 1          C O N T E N T S
 2    EXAMINATION OF NEIL ALBERT         PAGE
 3      By Mr. Condit          7
 4          E X H I B I T S
 5        (Attached to the transcript.)
 6    ALBERT DEPOSITION EXHIBIT        PAGE
 7    Exhibit 1  Notice of Deposition and Request
 8        To Produce Records to Neil Albert   16
 9    Exhibit 2  Letter to the witness from Ms. Tabb
10        dated 8-24-05          36
11    Exhibit 3  Proposal and Communication Plan
12        by Ms. Tabb          39
13    Exhibit 4  E-mail exchange between the witness
14        and Ms. Tabb dated September 2 and
15        3, Subject "Resume and Project
16        Proposal"          40
17    Exhibit 5  E-mail exchange between the witness
18        and Ms. Tabb dated September 3 and
19        6, Subject "Resume and Project
20        Proposal"          41
21
22
```

Case 1:06-cv-00789-PLF-JMF   Document 41-13   Filed 04/22/2008   Page 2 of 23
VIDEOTAPED DEPOSITION OF NEIL ALBERT
CONDUCTED ON MONDAY, JANUARY 14, 2008

2 (Pages 5 to 8)

---

**5**

1    E X H I B I T S, continued
2    (Attached to the transcript.)
3  ALBERT DEPOSITION EXHIBIT          PAGE
4  Exhibit 6  E-mail to CFSA - All Staff, from
5         Brenda Donald, dated 10-7-05,
6         Subject "Message from the
7         Director"              51

---

**7**

1         (Witness sworn.)
2         THE VIDEOGRAPHER:  Please begin.
3              NEIL ALBERT
4  having been duly sworn, testified as follows:
5         EXAMINATION BY COUNSEL FOR PLAINTIFF
6  BY MR. CONDIT:
7    Q   Good afternoon, Mr. Albert.
8    A   **Good afternoon.**
9    Q   Would you state your name for the record and
10 provide an address.
11   A   **Neil Albert.  My home address or --**
12        MR. BRUCKHEIM:  I would ask that he just
13 provide his work address.
14        MR. CONDIT:  Okay, provided that we can
15 reach him if he leaves the District, that's fine.
16        MR. BRUCKHEIM:  I understand.
17        THE WITNESS:  1350 Pennsylvania Avenue,
18 Northwest, Washington, D.C.
19 BY MR. CONDIT:
20   Q   What is your current position, Mr. Albert?
21   A   **Deputy mayor for planning and economic**
22 **development.**

---

**6**

1         P R O C E E D I N G S
2         THE VIDEOGRAPHER:  Here begins Videotape
3  No. 1 in the deposition of Neil Albert in the matter
4  of Shirley Tabb versus the District of Columbia, et
5  al. in the U.S. District Court for the District of
6  Columbia, Case No. 1:06CV00789 (PLF).
7         Today's date is January 14th, 2008.  The
8  time on the video monitor is 1:16 p.m.  The video
9  operator today is Terry Michael King of
10 L.A.D. Reporting.
11        This video deposition is taking place at the
12 District of Columbia's Executive Office,
13 1350 Pennsylvania Avenue, Northwest, Washington, D.C.
14        Counsel, please voice identify yourselves
15 and state who you represent.
16        MR. CONDIT:  Good afternoon.  Richard Condit
17 for the plaintiff, Shirley Tabb.
18        MR. BRUCKHEIM:  Good afternoon.  Michael
19 Bruckheim on behalf of the defendants.
20        THE VIDEOGRAPHER:  The court reporter today
21 is Denice Lombard of L.A.D. Reporting.  Would the
22 court reporter please swear in the witness.

---

**8**

1    Q   And how long have you been in that position?
2    A   **Since January 2nd, 2007.**
3    Q   And have you held any positions prior to the
4  current position in the District of Columbia
5  government?
6    A   **I have.**
7    Q   What positions are they and during what
8  periods of time did you hold them?
9    A   **So I held the position as parks director**
10 **from April 2001 to June 2004, somewhere around there.**
11 **And then deputy mayor for children, youth and**
12 **families from June 2004 to October 2005.**
13   Q   Do you recall when in October 2005 you left
14 your position as the deputy mayor for children, youth
15 and families?
16   A   **October 31st.**
17   Q   Now, let me tell you a few of the ground
18 rules for a deposition of this nature.  First I need
19 you, even though you're on video, to provide an
20 audible response so the record is clear.
21        Would that be acceptable?
22   A   **Um-hm.  I meant yes.**

---

Case 1:06-cv-00789-PLF-JMF    Document 41-13    Filed 04/22/2008    Page 3 of 23
VIDEOTAPED DEPOSITION OF PAUL ALBERT
CONDUCTED ON MONDAY, JANUARY 14, 2008

3 (Pages 9 to 12)

9

1    Q    Right.  And I need you to ask me for any
2  clarifications you may have or need if my question in
3  any way is confusing or not understandable in some
4  way.  Is that acceptable?
5    A    Right.
6    Q    And if you need a break, of course please
7  ask for that, and we'll do that as well.  I notice
8  it's a little warm in here.
9    A    Yes.
10    Q    All right.  Now, Mr. Albert, did you prepare
11  in any way for your deposition today, review
12  anything, talk to anyone, anything of that nature?
13    A    I reviewed a couple e-mails.
14    Q    And what e-mails did you review?
15    A    E-mails from the former director of CFSA to
16  some of our staff members, I think one in which I was
17  copied.
18    Q    And about how many e-mails did you review?
19    A    There were two.
20    Q    And were both of those from the former CFSA
21  director?
22    A    Yes.

10

1    Q    And would that have been Brenda Donald?
2    A    Correct.
3    Q    During what period of time were those
4  e-mails sent?
5    A    I can't recall the dates on the e-mail.
6    Q    And why did you review those e-mails?
7    MR. BRUCKHEIM:  Objection.  I don't think
8  it's pertinent as to why he reviewed the e-mails.  He
9  testified as to what e-mails he reviewed.  If you
10  want to show him copies of e-mails, ask him questions
11  about it, he'll answer questions.  But as to why, you
12  know, he's preparing for a deposition.
13    MR. CONDIT:  Well, I appreciate your answer,
14  but I would appreciate the deputy mayor's answer.
15    Q    Mr. Albert, do you recall why you chose to
16  review those e-mails?
17    MR. BRUCKHEIM:  You can answer.
18    THE WITNESS:  Yeah, in preparation for the
19  deposition, today's deposition.
20  BY MR. CONDIT:
21    Q    Was there anything else you reviewed for
22  today's deposition?

11

1    A    Did not.  Nothing else.
2    Q    Other than speaking to Mr. Bruckheim, did
3  you speak to anyone about this deposition or
4  preparation for this deposition?
5    A    I did not.
6    Q    Have you had occasion to review any
7  documents other than those that you just mentioned
8  that have something to do with this case?
9    A    I have not.
10    Q    Have you had occasion to be advised or told
11  or made aware by anyone of any of the prior testimony
12  in this case?
13    A    I have not.
14    Q    Could you please describe for me your
15  college or undergraduate education, and in doing so,
16  provide me the name of any institutions and the types
17  of degrees you may have received and the year.
18    MR. BRUCKHEIM:  I'm just going to object as
19  to relevance as to all the background information.
20  If you're going to go into that, I would just ask for
21  a standing objection, and then I'll instruct the
22  witness, he can answer, and you can inquire.

12

1    MR. CONDIT:  That's fine.  Thank you.
2    THE WITNESS:  Does that mean I could go
3  ahead and answer?
4    MR. BRUCKHEIM:  Yes.
5    THE WITNESS:  So could you repeat the
6  question?
7  BY MR. CONDIT:
8    Q    Sure.  I'm interested in just understanding
9  your college or graduate education background, what
10  years you may have attended, what degrees you may
11  have received from what entities or universities.
12    A    So I have an MBA from New York Institute of
13  Technology.  I received that in 1991.  And that's the
14  degree I have.
15    Q    Thank you.  And what was the name of the
16  institute?
17    A    New York Institute of Technology.
18    Q    Do you have any professional licenses?
19    A    I don't.
20    Q    Do you have any degree or training in social
21  work?
22    A    I don't.

Case 1:06-cv-00789-PLF-JMF   Document 41-13   Filed 04/22/2008   Page 4 of 23
VIDEOTAPED DEPOSITION OF NEIL ALBERT
CONDUCTED ON MONDAY, JANUARY 14, 2008

4 (Pages 13 to 16)

13

1    Q    Do you have any degree or training in
2  counseling?
3    A    I don't.
4    Q    Any degree or training in sociology?
5    A    I don't.
6    Q    Do you have a degree or training in
7  psychology?
8    A    I don't.
9    Q    Do you have any degree or training in human
10 resources management?
11   A    When you say -- could you clarify?
12   Q    Sure.  For example, some of the folks that
13 are part of this litigation by virtue of being
14 witnesses are professionals in the human resources
15 field, and they have certain designations or
16 certifications after their names, for example.
17   A    No designations at all.
18   Q    And do you have any degree or training in
19 mediation?
20   A    No.
21   Q    Now, prior to coming to work in I guess it
22 was 2004 as the deputy mayor for children, youth and

14

1  families, were you given any training in preparation
2  for that position specific to the position?
3        MR. BRUCKHEIM:  Objection as to relevance,
4  but you can answer.
5        THE WITNESS:  I don't quite see the
6  relevance of it.  But there was no specific training
7  beyond my broad management training for the kinds of
8  responsibilities that I hold.
9  BY MR. CONDIT:
10   Q    Okay.  Were you, for example, trained in any
11 of the aspects of District of Columbia human rights
12 law, for example?
13       MR. BRUCKHEIM:  Same objection as to
14 relevance, but you can answer.
15       THE WITNESS:  No.
16 BY MR. CONDIT:
17   Q    Did you get any training in or provide -- or
18 were you provided any copies of the District of
19 Columbia whistleblower law?
20       MR. BRUCKHEIM:  Richard, can I just ask, are
21 you going to be asking sort of a series of questions
22 about what he may have been trained in?  Because if

15

1  so, I'll just -- if, with your permission, I can put
2  in a standing objection as to relevance and then you
3  can ask uninterrupted.
4        MR. CONDIT:  Your standing objection is
5  noted, and that's fine.
6        MR. BRUCKHEIM:  Okay.
7        You can answer.
8        THE WITNESS:  Would you repeat the question?
9        MR. CONDIT:  Sure.
10   Q    Did you receive any copies of or obtain any
11 training in the District of Columbia's whistleblower
12 protection law?
13   A    I don't recall.
14   Q    When you became deputy mayor, was there any
15 kind of -- and I'm talking about 2004 now -- was
16 there any kind of orientation that you were given?
17   A    The standard District government
18 orientation.
19   Q    And do you recall what that was in any way?
20   A    You know, your benefits package, your leave
21 and -- vacation, sick leave time.  That's about the
22 extent of the orientation that I recall.

16

1        MR. CONDIT:  Okay.  Let me show you what
2  I'll mark as the first exhibit.
3        (Whereupon, Plaintiff's Exhibit 1 was marked
4  for identification and attached to the transcript.)
5        MR. CONDIT:  Deputy Mayor Albert, I'm going
6  to show you what has been marked as Deposition
7  Exhibit 1.  This is a notice of deposition identified
8  to you with an appendix attached.
9    Q    Would you take a look at it, please, and
10 tell me if you've seen this document before.
11       (Witness reviews document.)
12       THE WITNESS:  I haven't seen the document
13 before.
14 BY MR. CONDIT:
15   Q    When were you first made aware that you
16 would be giving a deposition today?
17   A    I don't know the exact day or time, but
18 within the last two weeks.
19   Q    And prior to being notified that you would
20 be a witness in and provide a deposition today, were
21 you asked at any time to search for documents
22 connected with this case?

Case 1:06-cv-00789-PLF-JMF Document 41-13 Filed 04/22/2008 Page 5 of 23
VIDEOTAPED DEPOSITION OF HERBERT TILLERY
CONDUCTED ON MONDAY, JANUARY 14, 2008

5 (Pages 17 to 20)

17

1    A    I wasn't asked to search for any documents.
2    Q    Do you maintain any documents, e-mail,
3 computer files, hard copies of any kind from the
4 period of time when you served as the deputy mayor
5 from June of 2004 through October of 2005?
6    A    I don't.
7    Q    How is it that you came to have a copy of
8 the two e-mails you described a little earlier in
9 your testimony?
10    A    So I received them from my attorney.
11    Q    Now, when you left the deputy mayor position
12 the first time in October of 2005, what types of
13 records were you routinely keeping in your office,
14 the deputy mayor's office?
15        MR. BRUCKHEIM: Objection.
16        You can answer.
17        THE WITNESS: So I'm not sure I understand
18 the question.
19 BY MR. CONDIT:
20    Q    Well, let me be more specific.
21    A    Yes, please do.
22    Q    For example, I imagine that you received

18

1 correspondence of various types; is that correct?
2    A    Uh-huh.
3    Q    And did you have correspondence files that
4 were maintained?
5    A    Correct.
6    Q    And who was it that would maintain those
7 files, for example, for you?
8    A    My executive assistant or administrative
9 staff.
10    Q    And who was your executive assistant in
11 2005?
12    A    Ah, that's a good question.  I think it was
13 Terra Bridgett.
14    Q    I'm sorry, could you say that name one
15 more --
16    A    Tara, T-a-r-a; Bridgett, B-r-i-d-g-e-t-t.
17    Q    Thank you.  Now, aside from correspondence,
18 I imagine that you received e-mail, for example; is
19 that correct?
20    A    Correct.
21    Q    And how was your e-mail maintained?
22    A    I'm not sure I understand what you mean by

19

1 maintained.
2    Q    Well, for example, did someone on your staff
3 typically review your e-mail first and then identify
4 those e-mails that were significant?  Did you look at
5 it yourself?  How were they maintained?
6        MR. BRUCKHEIM: Objection as to form.
7        You can answer.
8        THE WITNESS: It varied.  So I had access to
9 my e-mails primarily, and my executive assistant at
10 my request would review e-mails.  But only on
11 request.
12 BY MR. CONDIT:
13    Q    And did you work from a laptop or desktop
14 computer in the deputy mayor's office at that time?
15    A    From a desktop.
16    Q    Did you prepare any correspondence or
17 documents yourself other than e-mail from that
18 desktop computer that you had in 2005?
19    A    I suspect I did.
20    Q    And then how would those be -- those
21 documents be filed or saved in the computer or in the
22 system that you were working with at that time?

20

1    A    So there's a shared drive like in most
2 offices, and I'm pretty sure they were saved to those
3 drives.
4    Q    Now, when you left the deputy mayor position
5 in October 2005, what became of the records that you
6 had created there, the correspondence, the e-mail,
7 other things?
8        MR. BRUCKHEIM: Objection as to foundation
9 and speculation.
10        But you can answer if you know.
11        THE WITNESS: It's the property of District
12 of Columbia government.  It got left behind.
13 BY MR. CONDIT:
14    Q    So you didn't take anything with you.
15    A    No.
16    Q    Didn't take any copies with you.
17    A    No.
18    Q    And who was it that filled your position
19 after you left?
20    A    Brenda Donald Walker.
21    Q    Did you have any communications with
22 Ms. Donald after you left the position of deputy

Case 1:06-cv-00789-PLF-JMF Document 41-13 Filed 04/22/2008 Page 6 of 23
VIDEOTAPED DEPOSITION OF NEIL ALBERT
CONDUCTED ON MONDAY, JANUARY 14, 2008

6 (Pages 21 to 24)

21

1 mayor in October 2005?
2   **A  I did.**
3   Q  And about how often would you communicate
4 with Ms. Donald?
5   **A  With no particular frequency.**
6   Q  What position did you take after you left
7 the deputy mayor position in October 2005?
8   **A  I took the position as CEO of an educational**
9 **company.**
10   Q  What kind of company?
11   **A  An educational firm.**
12   Q  Now, when you took the deputy mayor position
13 in 2004, 2005, was there anything like a position
14 description that came with that job?
15   **A  I'm assuming that there was.  I can't say**
16 **with any certainty.**
17   Q  And I take it at that time as a deputy mayor
18 you reported directly to Mayor Williams; is that
19 right?
20   **A  Correct.**
21   Q  And what about the people that were in the
22 agencies that you supervised?  Who reported to you

22

1 and about how often?
2   **A  So the question's a little confusing, but**
3 **let me try to answer.  So there are sort of**
4 **senior-level staff within my agency, like my chief of**
5 **staff, special assistants -- special assistant,**
6 **legislative person.  So about three or four people**
7 **that reported to me directly and the other -- the**
8 **rest of the team reported up to them.**
9   Q  All right.  Well, let me make sure I
10 understand.  So you're at the deputy mayor slot, and
11 you have several agencies under you.  And now, again,
12 I'm talking about the 2004 --
13   **A  Oh, you're talking about the cluster.**
14   Q  Yes, I'm talking about the 2004, 2005 time
15 period.
16   **A  Right.**
17   Q  Let's start it this way.  What agencies
18 during that time period reported to you?
19   **A  All right.  I'll do my best to recall.  So**
20 **Human Services, Child and Family Services, Department**
21 **of Mental Health, Department of Health, Parks and**
22 **Recreation, Libraries.  I'm pretty sure I'm missing**

23

1 one or two.  No, I think that's it.
2   Q  Department of Youth Rehabilitation Services?
3   **A  No, they were part of DHS at that time.**
4   Q  All right.  Now, of those six, and there may
5 have been one or two more, were there officials from
6 those agencies that would report or have supervision
7 directly with you?
8   **A  The directors reported directly to me.**
9   Q  And about how often would you have meetings
10 or provide supervision to the directors of the
11 agencies that were under you?
12   **A  As often as needed.**
13   Q  Would it be once a week?  Once a month?
14 What would you estimate?
15   **A  Not necessarily.  It depended on the**
16 **director and the agency and the needs in the agency.**
17   Q  Well, let's focus on CFSA then.  At the
18 time -- 2004, 2005 -- is it correct that Brenda
19 Donald was the director of that agency?
20   **A  Yes, she was.**
21   Q  At least while you were the deputy.
22   **A  While I was the deputy there, right.**

24

1   Q  I appreciate that Uma Ahluwalia became the
2 interim director there.
3   **A  Correct.**
4   Q  So at least while Ms. Donald was the
5 director, about how often would you say you met with
6 her?
7   **A  Again, I can't put a specific frequency to**
8 **it or amount of times, but as needed.**
9       **You know, we'd have cluster meetings at**
10 **least -- cluster meetings of agency  heads -- at**
11 **least once every two months.**
12       **And, you know, if there was an issue that**
13 **came up, the directors will reach out to me, and**
14 **we'll find time.  So there really wasn't a schedule**
15 **about the supervision.**
16   Q  Now, were you considered, in the personnel
17 sense, the immediate supervisor of the directors of
18 the agencies underneath you?
19   **A  I was.**
20   Q  And would you provide evaluations of any
21 kind for those directors?
22   **A  I did.**

25

1   Q   And so I take it, then, that you evaluated
2   Brenda Donald.
3   A   I did.
4   Q   Do you know about how many times during your
5   tenure you evaluated her performance?
6   A   So at least one time.
7   Q   And was there a regular time of the year
8   when these evaluations or assessments of the
9   directors would take place?
10   A   Generally around the end of the year after
11   the fiscal year expired, which is September.  So
12   between the period of October to December is when the
13   evaluations occur.
14   Q   What form would the evaluations take place?
15   In other words, was it some kind of form where you
16   just checked boxes, or did it require some type of
17   narrative description?
18   A   The directors did an initial self-evaluation
19   which I then critiqued and made recommendations to
20   the mayor.
21   Q   And why would you make recommendations to
22   the mayor?

26

1   A   For retention, for bonuses, like any
2   good-running business.
3   Q   Now, you described a little earlier in your
4   testimony what you referred to as cluster meetings.
5   A   Um-hm.
6   Q   Can you elaborate a little bit more on what
7   those were?
8   A   It was an opportunity to get all of the
9   agency directors in my cluster together to share
10   ideas, address issues that crossed agencies.
11   Q   About how long would one of these meetings
12   typically take?
13   A   Hour and a half.
14   Q   Were there typically notes taken or minutes
15   taken of these meetings?
16   A   Not typically.
17   Q   Was there an agenda issued in advance of
18   these meetings?
19   A   Most -- many times.
20   Q   I take it your office would issue the
21   agenda?
22   A   Yes.

27

1   Q   And would that agenda usually be transmitted
2   by e-mail or some other means?
3   A   Generally it will be transmitted by e-mail.
4   Q   Do you recall what type of evaluation you
5   provided to Brenda Donald before she -- before you
6   left your position as a deputy mayor in October 2005?
7   A   I don't recall.
8   Q   Do you recall during your tenure as the
9   deputy mayor during the 2004, 2005 time period any
10   issues in particular with respect to CFSA that were
11   of concern to you?
12   A   Can you clarify the question?
13   Q   Sure.  During your tenure as the deputy
14   mayor in the 2004, 2005 time period --
15   A   Um-hm.
16   Q   -- did you have any issues that were of
17   particular concern to you that pertained to the
18   business of the Child and Family Services Agency?
19   A   There are issues that rose to, you know, a
20   different level of urgency through the course of my
21   tenure, not just in CFSA but in many other agencies.
22   But nothing that stuck out as a particular concern,

28

1   to paraphrase you.
2   Q   Did you have any participation when you were
3   the deputy mayor in the 2004, 2005 time period, in
4   anything to do with the LeShawn litigation involving
5   CFSA?
6   A   Only --
7       MR. BRUCKHEIM:  Objection as to relevance,
8   but you can answer.
9       THE WITNESS:  Sure.  Sorry about that.
10      MR. BRUCKHEIM:  That's okay.
11      THE WITNESS:  Only in my role as deputy
12   mayor.  So not day-to-day involvement in LeShawn.
13   BY MR. CONDIT:
14   Q   And when you say only in your role as deputy
15   mayor, describe what that means with respect to the
16   LeShawn actions.
17   A   Ensuring that the requirements for LeShawn
18   are met and tracking them as part of the director's
19   performance evaluation or performance plan.  Meeting
20   with plaintiffs and parties period in the case for
21   periodic updates.
22   Q   And how often would you meet with the

Case 1:06-cv-00789-PLF-JMF   Document 41-13   Filed 04/22/2008   Page 8 of 23
VIDEOTAPED DEPOSITION OF NEIL ALBERT
CONDUCTED ON MONDAY, JANUARY 14, 2008

8 (Pages 29 to 32)

---

29

1   parties in LeShawn for updates?
2      A   Not regularly.  I would be guessing, so I
3   don't want to do that.
4      Q   Do you think, during your tenure in 2004,
5   2005, that you met the parties regarding the LeShawn
6   litigation on more than one occasion?
7      MR. BRUCKHEIM:  Objection as to relevance.
8   You can answer.
9      THE WITNESS:  Yeah.
10  BY MR. CONDIT:
11     Q   Would you think you might have met more than
12  five times during that period?
13     A   That would be totally speculating.
14     Q   Would there be any notes or minutes or other
15  indications of such meetings with the LeShawn
16  parties?
17     A   Are you asking if there are personal notes
18  or are there -- what do you mean by notes?
19     Q   Well, any kind of notes: your personal
20  notes, any notes that might have been officially kept
21  about the meeting.  Anything really.
22     MR. BRUCKHEIM:  I mean, if you -- I'll

---

30

1   object and just ask if you rephrase it if the deputy
2   mayor himself took any notes or if he saw anybody
3   else taking notes, he can answer that.
4      MR. CONDIT:  Well, that sounds like your
5   question, not mine.  Let me ask my question again.
6      MR. BRUCKHEIM:  It's just that your
7   question's a bit speculative in terms of would there
8   be notes --
9      MR. CONDIT:  Okay.
10     MR. BRUCKHEIM:  -- and he can testify as to
11  his knowledge at to what he said and what he did.
12     MR. CONDIT:  Okay.  I appreciate that.  I'll
13  rephrase.
14     Q   Deputy Mayor Albert, are you aware of any
15  notes that may have been taken, whether they were
16  yours or anyone else's, with respect to these LeShawn
17  meetings that you were describing?
18     A   I'm not aware.
19     Q   So you did not take any notes.
20     A   I didn't take any notes.
21     Q   Did you typically take notes of any kind for
22  meetings that you attended?

---

31

1      A   Generally meetings that I led.  And there's
2   always a number of staff members in a room taking
3   notes.
4      Q   Was there anyone in particular on your staff
5   during the 2004, 2005 time period who would typically
6   be responsible for taking notes during meetings?
7      A   Not anyone in particular, but different
8   folks came to meetings that I had.  So whoever was in
9   attendance was -- you know, was responsible for
10  taking notes and, you know, providing the follow-up
11  that was needed.
12     Q   Were the notes of the nature that you just
13  described kept in any particular place or filed in
14  any particular way that you're aware of?
15     A   Not I'm aware of.
16     Q   Prior to today, Deputy Mayor Albert, do you
17  ever recall meeting Shirley Tabb, who is the
18  plaintiff in this case?
19     A   I do recall meeting Shirley Tabb.
20     Q   When is the first time you can recall
21  meeting Ms. Tabb?
22     A   I don't recall when's the first time I can

---

32

1   recall meeting Ms. Tabb.
2      Q   Can you recall any specific time when you
3   met Ms. Tabb?
4      A   I mean, I can't recall the date or the time.
5   I can recall the place.
6      Q   Where did you meet Ms. Tabb?
7      A   In my office.
8      Q   And do you recall about when that meeting
9   may have taken place in terms of months or a year?
10     A   I think it was in 2005.
11     Q   And what was the nature of that meeting or
12  the substance of that meeting, if you recall?
13     A   It's -- the nature of the meeting, or at
14  least the purported nature of the meeting, was to
15  discuss an allegation of kids sleeping at the CFSA
16  office building.
17     Q   And did anyone else attend this meeting?
18     A   I think -- I thought I was the only one in
19  that meeting.  I don't recall having staff in the
20  meeting.
21     Q   Were there any -- strike that.
22     Did you take any notes of that meeting?

Case 1:06-cv-00789-PLF-JMF   Document 41-13   Filed 04/22/2008   Page 9 of 23
VIDEOTAPED DEPOSITION OF NEIL ALBERT
CONDUCTED ON MONDAY, JANUARY 14, 2008

9 (Pages 33 to 36)

33

1    A   I don't recall taking notes.
2    Q   What was discussed in the meeting, if you
3   recall?
4    A   The allegation, as I said, of kids sleeping
5   in the offices of CFSA.
6    Q   Do you recall any of the specifics of that
7   discussion?
8    THE WITNESS:  Is it okay for me to say what
9   I recall?
10    MR. BRUCKHEIM:  Yes.
11    THE WITNESS:  So I recall Ms. Tabb bringing
12   to my attention that kids were actually sleeping
13   on -- I can't recall if it was -- I think I remember
14   her saying on cots in the CFSA's office rather than
15   in a hotel or another more, in her mind, appropriate
16   environment for them to be sleeping.
17   BY MR. CONDIT:
18    Q   Beyond that part of the discussion, was
19   there anything else you can recall about that
20   meeting?
21    A   We talked about a program that Ms. Tabb was
22   either organizing or had organized that could benefit

34

1   kids, particularly kids that were in the foster care
2   system.  And I don't recall the details of the
3   program.
4    Q   Anything else that you can recall that was
5   discussed in that meeting with Ms. Tabb?
6    A   Nothing else of -- nothing else really.
7    Q   About how long was the meeting?
8    A   I can't speculate on that.
9    Q   Do you remember what time of day it
10   was, morning?  Afternoon?  Evening?
11    A   It was light outside.
12    Q   Okay.  And what action, if any, did you take
13   following that meeting?
14    A   I don't recall taking any specific action
15   following that meeting.
16    Q   Did you communicate with anyone following
17   the meeting about what Ms. Tabb told you?
18    A   I don't recall what communications I had
19   with anyone after my meeting with Ms. Tabb.
20    Q   Did you have occasion to meet with Ms. Tabb
21   again after the meeting you just described?
22    A   I just recall one meeting with Ms. Tabb.

35

1    Q   And I take it that was the meeting you just
2   described.
3    A   Yeah, I just described.
4    Q   Do you recall, aside from meeting with
5   Ms. Tabb, any other communications with Ms. Tabb such
6   as telephone call or e-mail?
7    A   I don't recall any specific communication
8   with Ms. Tabb other than that meeting.
9    Q   Do you recall anyone else, such as Brenda
10   Donald or other people within CFSA, communicating
11   with you or discussing Ms. Tabb with you?
12    A   I do recall -- well, my memory was recently
13   refreshed given the e-mail I just reviewed that had
14   me in the chain, in the e-mail chain, discussing the
15   issue of kids sleeping at CFSA.
16    Q   And what -- beyond the e-mail itself, what
17   do you recall about that issue at the time the e-mail
18   was reflected?
19    A   So I do recall it was an issue that had
20   gotten some media attention.  And, yeah, that's about
21   the only thing I recall about it.
22    Q   Did you participate with anyone from CFSA or

36

1   discuss with anyone from CFSA how to address the
2   issue of children sleeping in the building or the
3   media's attention to that issue?
4    A   I don't recall any specific guidance to
5   CFSA.
6    Q   Do you recall, though, having any
7   communications or discussions on the topic beyond
8   what you've just described to me?
9    A   I don't recall any other conversations.
10    MR. CONDIT:  Let me show you what I'll mark
11   as the next deposition exhibit.
12    (Whereupon, Plaintiff's Exhibit 2 was marked
13   for identification and attached to the transcript.)
14    MR. CONDIT:  Deputy Mayor Albert, you've
15   been handed what has been marked as Deposition
16   Exhibit 2.  It is an August 24, 2005 letter from
17   Shirley Tabb to you.
18    Q   I'd like you to please take a look at it and
19   take whatever time you need, and tell me if you've
20   seen it before.
21    (Witness reviews document.)
22    THE WITNESS:  I do recall the letter.

Case 1:06-cv-00789-PLF-JMF   Document 41-13   Filed 04/22/2008   Page 10 of 23
VIDEOTAPED DEPOSITION OF NEIL ALBERT
CONDUCTED ON MONDAY, JANUARY 14, 2008

10 (Pages 37 to 40)

37

BY MR. CONDIT:
   Q   Do you recall receiving it around the time
frame of August 24, 2005?
       I do recall receiving it.  I don't know
around what time frame.
   Q   And how did you receive it?  Do you know if
it was, for example, in the mail or hand delivered?
   **A   So generally mail comes opened to me.**
   Q   Did you prepare any type of response to this
letter?
   **A   I don't recall preparing a response.**
   Q   Would it be fair to say that this letter
prompted the meeting between yourself and Ms. Tabb
that you were describing earlier in your testimony?
   **A   I don't think it would be fair to say that.**
   Q   You think it would or would not?
   **A   I don't think it would be fair to say that.**
   Q   Okay.  So what action, if any, did you take
in response to this letter?
   **A   So I think a meeting was set up subsequent
to this letter.  I'm not sure if this was the
catalyst for the meeting.**

38

   Q   Okay.  Appreciate that.
       And is the meeting that was set up different
from the meeting you were describing to me earlier in
your testimony?
   **A   I only recall one meeting with Ms. Tabb.**
   Q   So there's nothing about this letter that
would refresh your memory or suggest some other type
of meeting.
   **A   No.**
   Q   Did you have any particular reaction or
thought that was prompted by this letter or the
information in it once you received it?
   **A   Could you -- I'm not sure what you're
asking.**
   Q   Well, did the letter strike you in any way?
Did it cause you to have some question in your mind,
have some concern?  Or did you just, you know,
schedule a meeting and see if -- look further into
it?
       MR. BRUCKHEIM:  Objection as to relevance,
and also sort of calls for his opinion in terms of
what he thought, since what he thought isn't

39

particularly relevant.
       However, he can testify as to what actions
he took or what -- any individuals you spoke to in
response to receiving this letter.
BY MR. CONDIT:
   Q   Okay.  Once you received the letter we've
marked as Exhibit 2, did you speak to anyone about it
other than Ms. Tabb?
   **A   I don't recall who I would speak to about
this, if I spoke to anyone about it.**
   Q   Do you recall whether or not you forwarded a
copy of the letter to anyone after you received it?
   **A   I don't recall.**
       **(Whereupon, Plaintiff's Exhibit 3 was marked
for identification and attached to the transcript.)**
       MR. CONDIT:  Deputy Mayor Albert, let me
show you what has been marked as Deposition
Exhibit 3.  This is a Proposal and Communication Plan
regarding adoption and foster home recruitment
prepared by Shirley Tabb.
   Q   I'd like you to take a look at it and tell
me if you've seen it before.

40

       (Witness reviews document.)
       THE WITNESS:  So I don't recall this
specific document.
BY MR. CONDIT:
   Q   Do you recall whether or not the contents of
this document are similar to the issues -- or any of
the issues that you may have discussed with Ms. Tabb
when you met with her?
   **A   I do.**
   Q   And what about the content of this document
is similar to those discussions?
   **A   As I said earlier, Ms. Tabb and I talked
about the issue of the kids sleeping at CFSA's
office, and then about, how I described it, proposal
that Ms. Tabb had.**
   Q   Did Ms. Tabb ask you for anything when she
met with you in the meeting that you recall?
   **A   I don't recall any specific requests made by
Ms. Tabb.**
       **(Whereupon, Plaintiff's Exhibit 4 was marked
for identification and attached to the transcript.)**
       MS. CONDIT:  Deputy Mayor Albert, let me

Case 1:06-cv-00789-PLF-JMF   Document 41-13   Filed 04/22/2008   Page 11 of 23
VIDEOTAPED DEPOSITION OF REID WEEZER
CONDUCTED ON MONDAY, JANUARY 14, 2008

11 (Pages 41 to 44)

41

1   show you what's been marked as Deposition Exhibit 4.
2   This is a two-page document, an e-mail chain,
3   involving you and Ms. Tabb.
4       Q   If you'd take a look at it, please, and tell
5   me if you recognize it.
6           (Witness reviews document.)
7           THE WITNESS:  So what was your question?
8   BY MR. CONDIT:
9       Q   My question is, do you recall receiving
10  these e-mail communications that are reflected in
11  Exhibit 4?
12      **A   I don't recall receiving the communication,**
13  **but I do recall the contents of the e-mail.**
14      Q   Okay.  Now, I note in the content of the
15  Exhibit 4 there's a reference to photos.
16          Do you recall Ms. Tabb forwarding to you any
17  photos having to do with children sleeping in the
18  CFSA office building?
19      **A   I don't recall the photos.**
20      Q   Let me show you what I'll mark as the next
21  exhibit, please.
22          (Whereupon, Plaintiff's Exhibit 5 was marked

42

1   for identification and attached to the transcript.)
2           MR. CONDIT:  Deputy Mayor Albert, you're
3   being shown what has been marked as Deposition
4   Exhibit 5.  This is a two-page e-mail chain from
5   around the September 6, 2005 time period.
6           If you'd please take a look at it and tell
7   me if you recognize it.
8           (Witness reviews document.)
9           THE WITNESS:  Again, I don't recall the
10  specific e-mail, but I do recall a conversation
11  contained within the e-mail.
12          MR. CONDIT:  Okay.  Let me draw your
13  attention, please, to the second page of Exhibit 5
14  and in particular the last line on page 2 which says,
15  I'll quote:
16          "I am sending the pictures you requested in
17          a separate e-mail, because I have trouble
18          with my computer when sending too many
19          attachments."
20      Q   Do you see that?
21      **A   I do see it.**
22      Q   Would you take a moment, please, and tell me

43

1   if that refreshes your recollection as to receiving
2   any pictures from Ms. Tabb?
3       **A   So I don't recall receiving pictures.**
4       Q   So this does not refresh your recollection
5   in that regard.
6       **A   It's stated here, but I don't recall the**
7   **pictures.**
8       Q   And if we look back at page 1 of the
9   exhibit, just below the middle of the page, it looks
10  like an e-mail from you to Ms. Tabb dated
11  September 6, 2005.  Do you see that?
12      **A   I do.**
13      Q   And the message says:
14          "Thanks Shirley.  I got your info."
15          Do you see that?
16      **A   I see that.**
17      Q   Would that suggest to you that you received
18  the pictures?
19      **A   That would suggest that I received the**
20  **pictures.**
21      Q   Would there have been someone else in your
22  staff that might have addressed or reviewed the

44

1   pictures that Ms. Tabb provided?
2       **A   I don't recall if anyone else would have**
3   **been asked to do that.**
4       Q   Do you know who Dr. Susan Newman is?
5       **A   I do know Dr. Susan Newman.**
6       Q   Who is that?
7       **A   She was the mayor's religious affairs**
8   **director.**
9       Q   Do you recall whether or not Dr. Newman had
10  been communicating at all with Shirley Tabb about the
11  issue of children sleeping in the CFSA office
12  building?
13      **A   Just from an e-mail I saw earlier.**
14      Q   Earlier --
15      **A   One of the e-mails I was reviewing.**
16      Q   Okay.  And when you reviewed that e-mail,
17  did that refresh your memory in any way about
18  Dr. Newman's involvement in that issue?
19      **A   Sure.**
20      Q   And what do you recall beyond the e-mail on
21  that subject?
22      **A   That Dr. Newman had mentioned that Ms. Tabb**

Case 1:06-cv-00789-PLF-JMF   Document 41-13   Filed 04/22/2008   Page 12 of 23
VIDEOTAPED DEPOSITION OF NEIL ALBERT
CONDUCTED ON MONDAY, JANUARY 14, 2008

12 (Pages 45 to 48)

45

1    had raised that issue with her.
2        Q   And did she mention that to you in some type
3    of meeting, or how did you learn of it from her?
4        A   Not in a formal setting.  I think it was in
5    passing someplace.
6        Q   Did you speak to Dr. Newman beyond what you
7    just described on the subject of children sleeping in
8    the CFSA office building?
9        A   I don't recall specifically speaking to her
10    about it beyond a conversation in passing.
11        Q   Now, when you were alerted to the issue of
12    children sleeping in the office building, did you
13    raise that issue at all with the mayor?
14        A   So the issue was raised with the mayor.
15        Q   And how was it raised with the mayor?
16        A   I can't recall directly how it was raised,
17    but it got raised through the city administrator at
18    that time, who was Robert Bobb, or directly by me.
19        Q   And what information was provided on that
20    topic to either the city administrator or directly to
21    the mayor?
22        A   It was just a reference to the press report.

46

1        Q   Was there any effort on your part or anyone
2    on your staff at that time, the 2005 time period, to
3    inform either the city administrator or the mayor on
4    the issue of children sleeping in the office building
5    before there was a media report on that subject?
6        A   Can you rephrase the question?
7        Q   Sure.
8        A   Or repeat it?
9        Q   Sure.  Prior to the media report on the
10    "children sleeping in the building" issue, did you
11    raise the issue with the city administrator or the
12    mayor?
13        A   I did not.
14        Q   Did you receive any reaction from either the
15    city administrator or the mayor to the issue of
16    children sleeping in the CFSA office building
17    following the media on that topic?
18        A   I don't recall any reaction.
19        Q   And typically, if there was an issue of some
20    importance that the mayor or the city administrator
21    were concerned about, how would you be informed about
22    that?

47

1        A   They would certainly let me know.
2        Q   But, I mean, would they come and meet with
3    you?  Would they send you an e-mail?  How would that
4    communication occur?
5        A   It varies.  It could be an e-mail, could be
6    a phone call, could be walk the hall.
7        Q   Do you recall whether or not the mayor or
8    the city administrator or any city official above
9    your level as deputy mayor at that time expressed any
10    concern to you about the issue of children sleeping
11    in the CFSA office building?
12        A   I don't recall their response.
13        Q   Did you review any of the media reports,
14    either those that were in video form on television
15    news, or those that were in print media, at the time
16    the issue of children sleeping in the office building
17    came up?
18        A   I saw the report on -- the television
19    report.
20        Did you see any print media reports on the
21    topic.
22        A   I don't recall the print media reports.

48

1        Q   Do you recall in the media reports that you
2    did see, whether they were in print or in video form,
3    whether or not there were depicted any children in
4    the reports?
5        A   I don't recall.
6        Q   Do you recall whether or not any of the
7    media that you can recall seeing at the time referred
8    to pictures of children sleeping in the CFSA office
9    building?
10        A   I would be guessing if I tell you that
11    occurred.
12        Q   Okay.  Do you recall discussing with Shirley
13    Tabb at any time her desire or need to transfer to
14    another agency, transfer away from CFSA?
15        A   It's reflected in the exhibit you just
16    handed to me.
17        Q   But I mean beyond the exhibit, do you recall
18    having that discussion with her or interacting with
19    her on that issue in any way?
20        A   I don't specifically recall interacting with
21    her on the issue.
22        Q   Did Brenda Donald brief you or meet with you

Case 1:06-cv-00789-PLF-JMF   Document 41-13   Filed 04/22/2008   Page 13 of 23
VIDEOTAPED DEPOSITION OF NEIL ALBERT
CONDUCTED ON MONDAY, JANUARY 14, 2008

13 (Pages 49 to 52)

49

1 regarding the "children sleeping in the CFSA office
2 building" issue once it became the attention of the
3 media, or came to the attention of the media?
4   **A  I don't recall a specific meeting, but**
5 **I'm -- I don't recall a specific meeting.**
6   Q   So you don't think that you had a meeting on
7 that topic?
8   **A  I'm not saying I didn't have a meeting on**
9 **the topic.  I just don't recall.**
10   Q   And if there -- strike that.
11     What record might there be of such a meeting
12 if one took place?
13   **A  E-mail transcript setting up the meeting.**
14   Q   Would e-mail communication be the typical
15 route of communication for setting up meetings with
16 Ms. Donald?
17   **A  Yeah, generally.**
18   Q   During the October -- excuse me, during the
19 September or October 2005 time period, did you become
20 aware at any point during that period of any action
21 being taken by CFSA against Ms. Tabb?
22   **A  I did not become aware of any actions.**

50

1   Q   Were you consulted in any way about any kind
2 of disciplinary or other action taken against
3 Ms. Tabb?
4   **A  I don't recall being consulted about action**
5 **being taken against Ms. Tabb.**
6   Q   Is it possible that you were consulted?
7     MR. BRUCKHEIM:  Objection.
8     You can answer.
9     THE WITNESS:  It's not impossible, but in
10 the normal course of business, it's not the kind of
11 issue that came to my attention from directors.
12 BY MR. CONDIT:
13   Q   Did it come to your attention at some point
14 after the September 2005 time period that Ms. Tabb
15 had been terminated from CFSA?
16   **A  Which time period?**
17   Q   After September 2005?
18   **A  No, it did not come to my attention then.**
19   Q   And when did you first learn that Ms. Tabb
20 was terminated from her position with CFSA?
21   **A  When my attorney told me I needed to be**
22 **deposed for this.  I was moving on with my merry**

51

1 **life.**
2     MR. CONDIT:  Let me show you the next
3 deposition exhibit.
4     (Whereupon, Plaintiff's Exhibit 6 was marked
5 for identification and attached to the transcript.)
6     MR. BRUCKHEIM:  Do you have one for me?
7     MR. CONDIT:  Oh, I'm sorry.  Yes.
8     MR. BRUCKHEIM:  Hello, Richard.
9     MR. CONDIT:  Mental lapse there.  Beg your
10 pardon.
11     MR. BRUCKHEIM:  Thank you.
12     MR. CONDIT:  Deputy Mayor Albert, you're
13 being shown what has been marked Deposition
14 Exhibit 6.  It is a e-mail -- CFSA all staff
15 memorandum from Brenda Donald.  It appears to be
16 copied to you and Judy Meltzer.
17   Q   If you take a look at it and tell me if you
18 recall it.
19   **A  Yes, I saw this -- I do recall this.**
20   Q   Okay.  When was the last time you saw this
21 e-mail message?
22   **A  Early -- sometime last week.**

52

1   Q   Do you recall, prior to seeing this last
2 week, receiving this message at the time, say the
3 October 7 time period in 2005?
4   **A  No, I don't.  I receive hundreds of e-mails**
5 **on a daily basis, so I apologize if I don't recall.**
6   Q   I understand.
7     Now, if you had received this e-mail at the
8 time, October of 2005, how would it have been handled
9 by you or your staff in terms of being saved, stored
10 or otherwise recorded?
11   **A  I'm not sure I understand the question.**
12     MR. BRUCKHEIM:  I think it's been asked and
13 answered.
14     THE WITNESS:  I mean, there's an e-mail
15 storage protocol that the District government has.
16 It would be handled according to those same
17 protocols.  No special treatment.
18 BY MR. CONDIT:
19   Q   So there would be no special treatment for
20 an issue of this nature or of something that's
21 receiving media attention, for example.
22   **A  Correct.**

Case 1:06-cv-00789-PLF-JMF   Document 41-13   Filed 04/22/2008   Page 14 of 23
VIDEOTAPED DEPOSITION OF NEIL ALBERT
CONDUCTED ON MONDAY, JANUARY 14, 2008

14 (Pages 53 to 56)

53

1    MR. CONDIT:  Let's take a break if we could
2 for about five minutes, and then we may be close to
3 wrapping up.
4    THE VIDEOGRAPHER:  We're going off the
5 record.  The time is now 2:12 p.m.
6    (Recess taken.)
7    THE VIDEOGRAPHER:  We are now back on the
8 record.  The time is 2:20 p.m.
9 BY MR. CONDIT:
10   Q   Deputy Mayor Albert, prior to meeting with
11 Shirley Tabb as you described earlier in your
12 testimony, were you aware of the issue of children
13 sleeping in the CFSA office building?
14   **A   I don't recall when I became aware of the**
15 **issue.**
16   Q   So is it possible that you first learned of
17 the issue from Ms. Tabb?
18    MR. BRUCKHEIM:  Objection.
19    You can answer.
20    THE WITNESS:  It's possible I first learned
21 of it through the media.
22 BY MR. CONDIT:

54

1    Q   Well, help me out though.  I think your
2 earlier testimony you indicated that the meeting that
3 you had face to face with Ms. Tabb she discussed with
4 you children sleeping in the building.
5   **A   Um-hm.**
6    Q   Is that correct?
7   **A   Correct.**
8    Q   Now, did that meeting take place before the
9 media?
10   **A   I don't recall the sequence.**
11   Q   I see.
12   **A   Which came first.**
13   Q   Were you involved at all in the transition
14 from you being the deputy mayor to Ms. Donald taking
15 over as deputy mayor?
16   **A   Could you clarify what you're asking?**
17   Q   Sure.  I take it that at some point in your
18 tenure, September or October or maybe earlier, you
19 realized that you were going to leave your position
20 as deputy mayor in 2005, correct?
21   **A   Correct.**
22   Q   Were you involved in the planning for who

55

1 would take over your position?
2   **A   Again, I made a recommendation to the mayor.**
3    Q   And did you recommend Ms. Donald for that
4 position?
5   **A   I did.**
6    Q   Do you know about when you provided that
7 recommendation?
8   **A   I don't recall.**
9    Q   Would it have been -- if you left at the end
10 of October 2005, would it have been shortly before
11 that or would it have been some time before?
12   **A   I don't recall.**
13   Q   Do you maintain any communications currently
14 with Brenda Donald?
15   **A   I have not communicated with Brenda Donald**
16 **in over a year.**
17   Q   Have you had any communications since 2005
18 with Uma Ahluwalia?
19   **A   I have had communications since, yes.**
20   Q   And for what purpose or over what subjects?
21   **A   Transition into the Fenty administration as**
22 **we were trying to place directors of agencies.**

56

1    Q   Do you recall if at any time during your
2 tenure as deputy mayor during 2004 and 2005 becoming
3 involved in any personnel action involving any
4 employee that was in the agencies that you were over?
5    MR. BRUCKHEIM:  Objection as to relevance.
6    You can answer.
7    THE WITNESS:  I don't recall.
8    MR. CONDIT:  Pardon me one second.
9    Deputy Mayor Albert, I don't have any more
10 questions for you.  I appreciate your time today.  I
11 know you've got a very busy schedule.  Counsel for
12 the District may have some questions, though, for
13 you.
14    MR. BRUCKHEIM:  I do not have any questions.
15    THE VIDEOGRAPHER:  Here marks the end of
16 Videotape No. 1 in the deposition of Neil Albert.
17 The time is now 2:24 p.m.
18    MR. BRUCKHEIM:  We'll waive.
19    (Signature having been waived, the
20 deposition of NEIL ALBERT was concluded at 2:24 p.m.)
21
22

57

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2       I, Denice Zelma Lombard, Certified Shorthand

3    Reporter, the officer before whom the foregoing

4    proceedings were taken, do hereby certify that the

5    foregoing transcript is a true and correct record of

6    the proceedings; that said proceedings were taken by

7    me stenographically and thereafter reduced to

8    typewriting under my supervision; and that I am

9    neither counsel for, related to, nor employed by any

10   of the parties to this case and have no interest,

11   financial or otherwise, in its outcome.

12       IN WITNESS WHEREOF, I have hereunto set my

13   hand and affixed my notarial seal this 21st day of

14   January 2008.

15   My commission expires April 30, 2008.

16

17

18   _____

19   NOTARY PUBLIC IN AND FOR

20   THE DISTRICT OF COLUMBIA

21

22

58

**A**
acceptable 8:21
  9:4
access 19:8
action 34:12,14
  37:18 49:20
  50:2,4 56:3
actions 28:16 39:2
  49:22
address 7:10,11
  7:13 26:10 36:1
addressed 43:22
administration
  55:21
administrative
  18:8
administrator
  45:17,20 46:3
  46:11,15,20
  47:8
adoption 39:19
advance 26:17
advised 11:10
affairs 44:7
affixed 57:13
afternoon 6:16,18
  7:7,8 34:10
agencies 21:22
  22:11,17 23:6
  23:11 24:18
  26:10 27:21
  55:22 56:4
agency 22:4 23:16
  23:16,19 24:10
  26:9 27:18
  48:14
agenda 26:17,21
  27:1
agreement 2:11
Ah 18:12
ahead 12:3
Ahluwalia 24:1
  55:18
al 6:5
Albert 1:13 2:1
  4:2,7,9 5:3 6:3
  7:3,7,11,20 9:10
  10:15 16:5

30:14 31:16
  36:14 39:16
  40:22 42:2
  51:12 53:10
  56:9,16,20
alerted 45:11
allegation 32:15
  33:4
amount 24:8
answer 10:11,13
  10:14,17 11:22
  12:3 14:4,14
  15:7 17:16 19:7
  20:10 22:3 28:8
  29:8 30:3 50:8
  53:19 56:6
answered 52:13
anybody 30:2
apologize 52:5
appears 51:15
appendix 16:8
appreciate 10:13
  10:14 24:1
  30:12 38:1
  56:10
appropriate
  33:15
April 8:10 57:15
aside 18:17 35:4
asked 16:21 17:1
  44:3 52:12
asking 14:21
  29:17 38:14
  54:16
aspects 14:11
assessments 25:8
assistant 18:8,10
  19:9 22:5
assistants 22:5
assuming 21:15
attached 4:6 5:2
  16:4,8 36:13
  39:15 40:21
  42:1 51:5
attachments
  42:19
attend 32:17
attendance 31:9

attended 12:10
  30:22
attention 33:12
  35:20 36:3
  42:13 49:2,3
  50:11,13,18
  52:21
attorney 3:14
  17:10 50:21
audible 8:20
August 36:16
  37:3
Avenue 2:5 6:13
  7:17
aware 11:11
  16:15 30:14,18
  31:14,15 49:20
  49:22 53:12,14

**B**
B 4:5 5:1
back 43:8 53:7
background
  11:19 12:9
basis 52:5
becoming 56:2
Beg 51:9
begins 6:2
behalf 3:3,12 6:19
benefit 33:22
benefits 15:20
best 22:19
beyond 14:7
  33:18 35:16
  36:7 44:20 45:6
  45:10 48:17
bit 26:6 30:7
Bobb 45:18
bonuses 26:1
boxes 25:16
break 9:6 53:1
Brenda 1:7 5:5
  10:1 20:20
  23:18 25:2 27:5
  35:9 48:22
  51:15 55:14,15
Bridgett 18:13,16
brief 48:22
bringing 33:11

broad 14:7
Bruckheim 3:13
  6:18,19 7:12,16
  10:7,17 11:2,18
  12:4 14:3,13,20
  15:6 17:15 19:6
  20:8 28:7,10
  29:7,22 30:6,10
  33:10 38:20
  50:7 51:6,8,11
  52:12 53:18
  56:5,14,18
building 32:16
  36:2 41:18
  44:12 45:8,12
  46:4,10,16
  47:11,16 48:9
  49:2 53:13 54:4
business 26:2
  27:18 50:10
busy 56:11
B-r-i-d-g-e-t-t
  18:16

**C**
C 3:1 4:1 6:1
call 35:6 47:6
calls 38:21
can't 10:5 21:15
  24:7 32:4 33:13
  34:8 45:16
care 34:1
case 1:6 6:6 11:8
  11:12 16:22
  28:20 31:18
  57:10
catalyst 37:22
cause 38:16
CEO 21:8
certain 13:15
certainly 47:1
certainty 21:16
CERTIFICATE
  57:1
certifications
  13:16
Certified 2:12
  57:2
certify 57:4

CFSA 5:4 9:15,20
  23:17 27:10,21
  28:5 32:15 33:5
  35:10,15,22
  36:1,5 41:18
  44:11 45:8
  46:16 47:11
  48:8,14 49:1,21
  50:15,20 51:14
  53:13
CFSA's 33:14
  40:13
chain 35:14,14
  41:2 42:4
checked 25:16
chief 22:4
Child 22:20 27:18
children 8:11,14
  13:22 36:2
  41:17 44:11
  45:7,12 46:4,10
  46:16 47:10,16
  48:3,8 49:1
  53:12 54:4
chose 10:15
city 45:17,20 46:3
  46:11,15,20
  47:8,8
clarifications 9:2
clarify 13:11
  27:12 54:16
clear 8:20
close 53:2
cluster 22:13 24:9
  24:10 26:4,9
college 11:15 12:9
Columbia 1:2,7
  2:4,13 3:15 6:4
  6:6 8:4 14:11,19
  20:12 57:20
Columbia's 6:12
  15:11
come 47:2 50:13
  50:18
comes 37:8
coming 13:21
commission 57:15
communicate

21:3 34:16
**communicated**
55:15
**communicating**
35:10 44:10
**communication**
4:12 35:7 39:18
41:12 47:4
49:14,15
**communications**
20:21 34:18
35:5 36:7 41:10
55:13,17,19
**company** 21:9,10
**computer** 17:3
19:14,18,21
42:18
**concern** 27:11,17
27:22 38:17
47:10
**concerned** 46:21
**concluded** 56:20
**Condit** 3:4,5 4:3
6:16,16 7:6,14
7:19 10:13,20
12:1,7 14:9,16
15:4,9 16:1,5,14
17:19 19:12
20:13 28:13
29:10 30:4,9,12
33:17 36:10,14
37:1 39:5,16
40:4,22 41:8
42:2,12 50:12
51:2,7,9,12
52:18 53:1,9,22
56:8
**confusing** 9:3
22:2
**connected** 16:22
**considered** 24:16
**consulted** 50:1,4
50:6
**contained** 42:11
**content** 40:10
41:14
**contents** 40:5
41:13

**continued** 5:1
**conversation**
42:10 45:10
**conversations**
36:9
**copied** 9:17 51:16
**copies** 10:10
14:18 15:10
17:3 20:16
**copy** 17:7 39:12
**correct** 10:2 18:1
18:5,19,20
21:20 23:18
24:3 52:22 54:6
54:7,20,21 57:5
**correspondence**
18:1,3,17 19:16
20:6
**cots** 33:14
**counsel** 6:14 7:5
56:11 57:9
**counseling** 13:2
**couple** 9:13
**course** 9:6 27:20
50:10
**court** 1:1 6:5,20
6:22
**created** 20:6
**critiqued** 25:19
**crossed** 26:10
**CSR** 1:21
**current** 7:20 8:4
**currently** 55:13

**D**

**D** 6:1
**daily** 52:5
**date** 6:7 32:4
**dated** 4:11,15,19
5:5 43:10
**dates** 10:5
**day** 16:17 34:9
57:13
**day-to-day** 28:12
**December** 25:12
**defendants** 1:9
3:12 6:19
**degree** 12:14,20
13:1,4,6,9,18

**degrees** 11:17
12:10
**delivered** 37:7
**Denice** 1:21 2:11
6:21 57:2
**Department**
22:20,21 23:2
**depended** 23:15
**depicted** 48:3
**deposed** 50:22
**deposition** 1:13
2:1 4:7,8 5:3 6:3
6:11 8:18 9:11
10:12,19,19,22
11:3,4 16:6,7,16
16:20 36:11,15
39:17 41:1 42:3
51:3,13 56:16
56:20
**deputy** 7:21 8:11
8:14 10:14
13:22 15:14
16:5 17:4,11,14
19:14 20:4,22
21:7,12,17
22:10 23:21,22
27:6,9,13 28:3
28:11,14 30:1
30:14 31:16
36:14 39:16
40:22 42:2 47:9
51:12 53:10
54:14,15,20
56:2,9
**describe** 11:14
28:15
**described** 17:8
26:3 31:13
34:21 35:2,3
36:8 40:14 45:7
53:11
**describing** 30:17
37:14 38:3
**description** 21:14
25:17
**designations**
13:15,17
**desire** 48:13

**desktop** 19:13,15
19:18
**details** 34:2
**development** 7:22
**DHS** 23:3
**didn't** 20:14,16
30:20 49:8
**different** 27:20
31:7 38:2
**directly** 21:18
22:7 23:7,8
45:16,18,20
**director** 5:7 8:9
9:15,21 23:16
23:19 24:2,5
44:8
**directors** 23:8,10
24:13,17,21
25:9,18 26:9
50:11 55:22
**director's** 28:18
**disciplinary** 50:2
**discuss** 32:15 36:1
**discussed** 33:2
34:5 40:7 54:3
**discussing** 35:11
35:14 48:12
**discussion** 33:7
33:18 48:18
**discussions** 36:7
40:11
**District** 1:1,2,7
2:4,13 3:15 6:4
6:5,5,12 7:15
8:4 14:11,18
15:11,17 20:11
52:15 56:12
57:20
**document** 16:10
16:11,12 36:21
40:1,3,6,10 41:2
41:6 42:8
**documents** 11:7
16:21 17:1,2
19:17,21
**doing** 11:15
**Donald** 1:8 5:5
10:1 20:20,22

**21:4 23:19 24:4**
25:2 27:5 35:10
48:22 49:16
51:15 54:14
55:3,14,15
**don't** 10:7 12:19
12:22 13:3,5,8
14:5 15:13
16:17 17:6 27:7
29:3 31:22
32:19 33:1 34:2
34:14,18 35:7
36:4,9 37:4,11
37:15,17 39:9
39:13 40:2,18
41:12,19 42:9
43:3,6 44:2 45:9
46:18 47:12,22
48:5,20 49:4,5,6
49:9 50:4 52:4,5
53:14 54:10
55:8,12 56:7,9
**Dr** 44:4,5,9,18,22
45:6
**draw** 42:12
**drive** 20:1
**drives** 20:3
**duly** 7:4
**D.C** 1:14 2:6 3:7
3:18 6:13 7:18

**E**

**E** 3:1,1 4:1,5 5:1
6:1,1
**earlier** 17:8 26:3
37:14 38:3
40:12 44:13,14
53:11 54:2,18
**Early** 51:22
**economic** 7:21
**education** 11:15
12:9
**educational** 21:8
21:11
**effort** 46:1
**either** 33:22 45:20
46:3,14 47:14
**elaborate** 26:6
**else's** 30:16

employee 56:4
Ensuring 28:17
entities 12:11
environment
   33:16
ESQUIRE 3:4,13
estimate 23:14
et 6:4
evaluated 25:1,5
evaluation 27:4
   28:19
evaluations 24:20
   25:8,13,14
Evening 34:10
exact 16:17
EXAMINATION
   4:2 7:5
example 13:12,16
   14:10,12 17:22
   18:7,18 19:2
   37:7 52:21
exchange 4:14,18
excuse 49:18
executive 2:4 6:12
   18:8,10 19:9
exhibit 4:7,8,10
   4:12,14,18 5:3,4
   16:2,3,7 36:11
   36:12,16 39:7
   39:14,18 40:20
   41:1,11,15,21
   41:22 42:4,13
   43:9 48:15,17
   51:3,4,14
expired 25:11
expires 57:15
expressed 47:9
extent 15:22
e-mail 4:14,18 5:4
   10:5 17:2 18:18
   18:21 19:3,17
   20:6 27:2,3 35:6
   35:13,14,16,17
   41:2,10,13 42:4
   42:10,11,17
   43:10 44:13,16
   44:20 47:3,5
   49:13,14 51:14

51:21 52:7,14
e-mails 9:13,14,15
   9:18 10:4,6,8,9
   10:10,16 17:8
   19:4,9,10 44:15
   52:4
_____
F
face 54:3,3
fair 37:12,15,17
families 8:12,15
   14:1
Family 22:20
   27:18
Fenty 55:21
field 13:15
filed 19:21 31:13
files 17:3 18:3,7
filled 20:18
financial 57:11
find 24:14
fine 7:15 12:1
   15:5
firm 21:11
first 8:18 16:2,15
   17:12 19:3
   31:20,22 50:19
   53:16,20 54:12
fiscal 25:11
five 29:12 53:2
Floor 3:17
focus 23:17
folks 13:12 31:8
following 34:13
   34:15,16 46:17
follows 7:4
follow-up 31:10
foregoing 57:3,5
form 19:6 25:14
   25:15 47:14
   48:2
formal 45:4
former 9:15,20
forwarded 39:11
forwarding 41:16
foster 34:1 39:19
foundation 20:8
four 22:6
frame 37:3,5

frequency 21:5
   24:7
further 38:18
_____
G
G 6:1
GENERAL 3:14
generally 25:10
   27:3 31:1 37:8
   49:17
given 14:1 15:16
   35:13
giving 16:16
go 11:20 12:2
going 11:18,20
   14:21 16:5 53:4
   54:19
good 1:8 6:16,18
   7:7,8 18:12
good-running
   26:2
gotten 35:20
government 3:15
   8:5 15:17 20:12
   52:15
graduate 12:9
ground 8:17
guess 13:21
guessing 29:2
   48:10
guidance 36:4
_____
H
H 4:5 5:1
half 26:13
hall 47:6
hand 37:7 57:13
handed 36:15
   48:16
handled 52:8,16
hard 17:3
haven't 16:12
heads 24:10
Health 22:21,21
held 2:2 8:3,9
Hello 51:8
help 54:1
hereunto 57:12
he'll 10:11

he's 10:12
hold 8:8 14:8
home 7:11 39:19
hotel 33:15
Hour 26:13
human 13:9,14
   14:11 22:20
hundreds 52:4
_____
I
ideas 26:10
identification
   16:4 36:13
   39:15 40:21
   42:1 51:5
identified 16:7
identify 6:14 19:3
imagine 17:22
   18:18
immediate 24:17
importance 46:20
impossible 50:9
indicated 54:2
indications 29:15
individuals 39:3
info 43:14
inform 46:3
information
   11:19 38:12
   45:19
informed 46:21
initial 25:18
inquire 11:22
institute 12:12,16
   12:17
institutions 11:16
instruct 11:21
interacting 48:18
   48:20
interest 57:10
interested 12:8
interim 24:2
involved 54:13,22
   56:3
involvement
   28:12 44:18
involving 28:4
   41:3 56:3
isn't 38:22

issue 24:12 26:20
   35:15,17,19
   36:2,3 40:13
   44:11,18 45:1
   45:11,13,14
   46:4,10,11,15
   46:19 47:10,16
   48:19,21 49:2
   50:11 52:20
   53:12,15,17
issued 26:17
issues 26:10 27:10
   27:16,19 40:6,7
it's 9:8 10:8 20:11
   30:6 32:13 43:6
   48:15 50:9,10
   52:12 53:20
I'd 36:18 39:21
I'll 11:21 15:1
   16:2 22:19
   29:22 30:12
   36:10 41:20
   42:15
I'm 11:18 12:8
   15:15 16:5
   17:17 18:14,22
   20:2 21:15
   22:12,14,22,22
   30:18 31:15
   37:21 38:13
   49:5,8 51:7
   52:11
_____
J
January 1:15 6:7
   8:2 57:14
job 1:19 21:14
Judiciary 3:16
Judy 51:16
June 8:10,12 17:5
_____
K
K 3:6
keeping 17:13
kept 29:20 31:13
kids 32:15 33:4
   33:12 34:1,1
   35:15 40:13
kind 15:15,16

17:3 21:10
24:21 25:15
29:19 30:21
50:1,10
**kinds** 14:7
**King** 1:22 6:9
**know** 10:12 15:20
16:17 20:10
24:9,12 25:4
27:19 31:9,10
37:4,6 38:17
44:4,5 47:1 55:6
56:11
**knowledge** 30:11

___

**L**

**lapse** 51:9
**laptop** 19:13
**law** 3:5 14:12,19
15:12
**learn** 45:3 50:19
**learned** 53:16,20
**leave** 15:20,21
54:19
**leaves** 7:15
**led** 31:1
**left** 8:13 17:11
20:4,12,19,22
21:6 27:6 55:9
**legislative** 22:6
**LeShawn** 28:4,12
28:16,17 29:1,5
29:15 30:16
**letter** 4:10 36:16
36:22 37:10,12
37:19,21 38:6
38:11,15 39:4,6
39:12
**let's** 22:17 23:17
53:1
**level** 27:20 47:9
**Libraries** 22:22
**licenses** 12:18
**life** 51:1
**light** 34:11
**line** 42:14
**litigation** 13:13
28:4 29:6
**little** 9:8 17:8 22:2

26:3,6
**Lombard** 1:21
2:12 6:21 57:2
**long** 8:1 26:11
34:7
**look** 16:9 19:4
36:18 38:18
39:21 41:4 42:6
43:8 51:17
**looks** 43:9
**L.A.D** 6:10,21

___

**M**

**mail** 37:7,8
**maintain** 17:2
18:6 55:13
**maintained** 18:4
18:21 19:1,5
**management**
13:10 14:7
**mark** 16:2 36:10
41:20
**marked** 16:3,6
36:12,15 39:7
39:14,17 40:20
41:1,22 42:3
51:4,13
**marks** 56:15
**matter** 6:3
**may** 9:2 11:17
12:10,10 14:22
23:4 30:15 32:9
40:7 53:2 56:12
**mayor** 7:21 8:11
8:14 13:22
15:14 16:5 17:4
17:11 20:4 21:1
21:7,12,17,18
22:10 25:20,22
27:6,9,14 28:3
28:12,15 30:2
30:14 31:16
36:14 39:16
40:22 42:2
45:13,14,15,21
46:3,12,15,20
47:7,9 51:12
53:10 54:14,15
54:20 55:2 56:2

56:9
**mayor's** 10:14
17:14 19:14
44:7
**MBA** 12:12
**mean** 12:2 18:22
29:18,22 32:4
47:2 48:17
52:14
**means** 27:2 28:15
**meant** 8:22
**media** 35:20 46:5
46:9,17 47:13
47:15,20,22
48:1,7 49:3,3
52:21 53:21
54:9
**mediation** 13:19
**media's** 36:3
**meet** 28:22 32:6
34:20 47:2
48:22
**meeting** 28:19
29:21 31:17,19
31:21 32:1,8,11
32:12,13,14,17
32:19,20,22
33:2,20 34:5,7
34:13,15,17,19
34:21,22 35:1,4
35:8 37:13,20
37:22 38:2,3,5,8
38:18 40:17
45:3 49:4,5,6,8
49:11,13 53:10
54:2,8
**meetings** 23:9
24:9,10 26:4,11
26:15,18 29:15
30:17,22 31:1,6
31:8 49:15
**Meltzer** 51:16
**members** 9:16
31:2
**memorandum**
51:15
**memory** 35:12
38:7 44:17

**Mental** 22:21
51:9
**mention** 45:2
**mentioned** 11:7
44:22
**merry** 50:22
**message** 5:6 43:13
51:21 52:2
**met** 24:5 28:18
29:5,11 32:3
40:8,17
**Michael** 1:22 3:13
6:9,18
**middle** 43:9
**mind** 33:15 38:16
**MINDY** 1:8
**mine** 30:5
**minutes** 26:14
29:14 53:2
**missing** 22:22
**moment** 42:22
**Monday** 1:15
**monitor** 6:8
**month** 23:13
**months** 24:11
32:9
**morning** 34:10
**moving** 50:22

___

**N**

**N** 3:1 4:1,1 6:1
**name** 7:9 11:16
12:15 18:14
**names** 13:16
**narrative** 25:17
**nature** 8:18 9:12
31:12 32:11,13
32:14 52:20
**necessarily** 23:15
**need** 8:18 9:1,2,6
36:19 48:13
**needed** 23:12 24:8
31:11 50:21
**needs** 23:16
**Neil** 1:13 2:1 4:2,9
6:3 7:3,11 56:16
56:20
**neither** 57:9
**New** 12:12,17

**Newman** 44:4,5,9
44:22 45:6
**Newman's** 44:18
**news** 47:15
**normal** 50:10
**Northwest** 2:5
6:13 7:18
**notarial** 57:13
**Notary** 2:12 57:1
57:19
**note** 41:14
**noted** 15:5
**notes** 26:14 29:14
29:17,18,19,20
29:20 30:2,3,8
30:15,19,20,21
31:3,6,10,12
32:22 33:1
**notice** 4:8 9:7
16:7
**notified** 16:19
**number** 31:2
**N.W** 3:6,17

___

**O**

**O** 4:1 6:1
**object** 11:18 30:1
**objection** 10:7
11:21 14:3,13
15:2,4 17:15
19:6 20:8 28:7
29:7 38:20 50:7
53:18 56:5
**obtain** 15:10
**occasion** 11:6,10
29:6 34:20
**occur** 25:13 47:4
**occurred** 48:11
**October** 8:12,13
8:16 17:5,12
20:5 21:1,7
25:12 27:6
49:18,19 52:3,8
54:18 55:10
**office** 2:4 3:14
6:12 17:13,14
19:14 26:20
32:7,16 33:14
40:14 41:18

44:11 45:8,12
46:4,16 47:11
47:16 48:8 49:1
53:13
**officer** 57:3
**offices** 2:2 3:5
20:2 33:5
**official** 47:8
**officially** 29:20
**officials** 23:5
**Oh** 22:13 51:7
**okay** 7:14 14:10
15:6 16:1 28:10
30:9,12 33:8
34:12 37:18
38:1 39:6 41:14
42:12 44:16
48:12 51:20
**once** 23:13,13
24:11 38:12
39:6 49:2
**opened** 37:8
**operator** 6:9
**opinion** 38:21
**opportunity** 26:8
**organized** 33:22
**organizing** 33:22
**orientation** 15:16
15:18,22
**outcome** 57:11
**outside** 34:11

**P**
**P** 3:1,1,13 6:1
**package** 15:20
**page** 4:2,7 5:3
42:13,14 43:8,9
**Pages** 1:20
**paraphrase** 28:1
**pardon** 51:10
56:8
**parks** 8:9 22:21
**part** 13:13 23:3
28:18 33:18
46:1
**participate** 35:22
**participation**
28:2
**particular** 21:5

27:10,17,22
31:4,7,13,14
38:10 42:14
**particularly** 34:1
39:1
**parties** 28:20 29:1
29:5,16 57:10
**passing** 45:5,10
**Pennsylvania** 2:5
6:13 7:17
**people** 21:21 22:6
35:10
**performance** 25:5
28:19,19
**period** 10:3 17:4
22:15,18 25:12
27:9,14 28:3,20
29:12 31:5 42:5
46:2 49:19,20
50:14,16 52:3
**periodic** 28:21
**periods** 8:8
**permission** 15:1
**person** 22:6
**personal** 29:17,19
**personnel** 24:16
56:3
**pertained** 27:17
**pertinent** 10:8
**phone** 47:6
**photos** 41:15,17
41:19
**pictures** 42:16
43:2,3,7,18,20
44:1 48:8
**place** 6:11 25:9,14
31:13 32:5,9
49:12 54:8
55:22
**plaintiff** 1:5 3:3
6:17 7:5 31:18
**plaintiffs** 28:20
**Plaintiff's** 16:3
36:12 39:14
40:20 41:22
51:4
**plan** 4:12 28:19
39:18

**planning** 7:21
54:22
**please** 6:14,22 7:2
9:6 11:14 16:9
17:21 36:18
41:4,21 42:6,13
42:22
**PLF** 6:6
**point** 49:20 50:13
54:17
**position** 7:20 8:1
8:4,9,14 14:2,2
17:11 20:4,18
20:22 21:6,7,8
21:12,13 27:6
50:20 54:19
55:1,4
**positions** 8:3,7
**possible** 50:6
53:16,20
**preparation**
10:18 11:4 14:1
**prepare** 9:10
19:16 37:9
**prepared** 39:20
**preparing** 10:12
37:11
**PRESENT** 3:21
**press** 45:22
**pretty** 20:2 22:22
**primarily** 19:9
**print** 47:15,20,22
48:2
**prior** 8:3 11:11
13:21 16:19
31:16 46:9 52:1
53:10
**proceedings** 57:4
57:6,6
**Produce** 4:9
**professional**
12:18
**professionals**
13:14
**program** 33:21
34:3
**Project** 4:16,20
**prompted** 37:13

38:11
**property** 20:11
**proposal** 4:12,17
4:21 39:18
40:14
**protection** 15:12
**protocol** 52:15
**protocols** 52:17
**provide** 7:10,13
8:19 11:16
14:17 16:20
23:10 24:20
**provided** 7:14
14:18 27:5 44:1
45:19 55:6
**providing** 31:10
**psychology** 13:7
**Public** 2:13 57:1
57:19
**purported** 32:14
**purpose** 55:20
**Pursuant** 2:11
**put** 15:1 24:7
**p.m** 1:16 6:8 53:5
53:8 56:17,20

**Q**
**question** 9:2 12:6
15:8 17:18
18:12 27:12
30:5,5 38:16
41:7,9 46:6
52:11
**questions** 10:10
10:11 14:21
56:10,12,14
**question's** 22:2
30:7
**quite** 14:5
**quote** 42:15

**R**
**R** 3:1 6:1
**raise** 45:13 46:11
**raised** 45:1,14,15
45:16,17
**reach** 7:15 24:13
**reaction** 38:10
46:14,18

**realized** 54:19
**really** 24:14 29:21
34:6
**recall** 8:13 10:5
10:15 15:13,19
15:22 22:19
27:4,7,8 31:17
31:19,20,22
32:1,2,4,5,8,12
32:19 33:1,3,6,9
33:11,13,19
34:2,4,14,18,22
35:4,7,9,12,17
35:19,21 36:4,6
36:9,22 37:2,4
37:11 38:5 39:9
39:11,13 40:2,5
40:17,18 41:9
41:12,13,16,19
42:9,10 43:3,6
44:2,9,20 45:9
45:16 46:18
47:7,12,22 48:1
48:5,6,7,12,17
48:20 49:4,5,9
50:4 51:18,19
52:1,5 53:14
54:10 55:8,12
56:1,7
**receive** 15:10 37:6
46:14 52:4
**received** 11:17
12:11,13 17:10
17:22 18:18
38:12 39:6,12
43:17,19 52:7
**receiving** 37:2,4
39:4 41:9,12
43:1,3 52:2,21
**Recess** 53:6
**recognize** 41:5
42:7
**recollection** 43:1
43:4
**recommend** 55:3
**recommendation**
55:2,7
**recommendatio...**

63

25:19,21
**record** 7:9 8:20
    49:11 53:5,8
    57:5
**recorded** 52:10
**records** 4:9 17:13
    20:5
**Recreation** 22:22
**recruitment**
    39:19
**reduced** 57:7
**reference** 41:15
    45:22
**referred** 26:4
    48:7
**reflected** 35:18
    41:10 48:15
**refresh** 38:7 43:4
    44:17
**refreshed** 35:13
**refreshes** 43:1
**regard** 43:5
**regarding** 29:5
    39:19 49:1
**regular** 25:7
**regularly** 29:2
**Rehabilitation**
    23:2
**related** 57:9
**relevance** 11:19
    14:3,6,14 15:2
    28:7 29:7 38:20
    56:5
**relevant** 39:1
**religious** 44:7
**remember** 33:13
    34:9
**repeat** 12:5 15:8
    46:8
**rephrase** 30:1,13
    46:6
**report** 23:6 45:22
    46:5,9 47:18,19
**reported** 1:21
    21:18,22 22:7,8
    22:18 23:8
**reporter** 2:12
    6:20,22 57:1,3

**Reporting** 6:10
    6:21
**reports** 47:13,20
    47:22 48:1,4
**represent** 6:15
**request** 4:8 19:10
    19:11
**requested** 42:16
**requests** 40:18
**require** 25:16
**requirements**
    28:17
**resources** 13:10
    13:14
**respect** 27:10
    28:15 30:16
**response** 8:20
    37:9,11,19 39:4
    47:12
**responsibilities**
    14:8
**responsible** 31:6
    31:9
**rest** 22:8
**Resume** 4:16,20
**retention** 26:1
**review** 9:11,14,18
    10:6,16 11:6
    19:3,10 47:13
**reviewed** 9:13
    10:8,9,21 35:13
    43:22 44:16
**reviewing** 44:15
**reviews** 16:11
    36:21 40:1 41:6
    42:8
**Richard** 3:4,5
    6:16 14:20 51:8
**right** 9:1,5,10
    21:19 22:9,16
    22:19 23:4,22
**rights** 14:11
**Robert** 45:18
**role** 28:11,14
**room** 31:2
**rose** 27:19
**route** 49:15
**routinely** 17:13

**rules** 8:18
—————
**S**
**S** 3:1 4:1,5 5:1 6:1
**saved** 19:21 20:2
    52:9
**saw** 30:2 44:13
    47:18 51:19,20
**saying** 33:14 49:8
**says** 42:14 43:13
**schedule** 24:14
    38:18 56:11
**seal** 57:13
**search** 16:21 17:1
**second** 42:13 56:8
**see** 14:5 38:18
    42:20,21 43:11
    43:15,16 47:20
    48:2 54:11
**seeing** 48:7 52:1
**seen** 16:10,12
    36:20 39:22
**self-evaluation**
    25:18
**send** 47:3
**sending** 42:16,18
**senior-level** 22:4
**sense** 24:17
**sent** 10:4
**separate** 42:17
**September** 4:15
    4:19 25:11 42:5
    43:11 49:19
    50:14,17 54:18
**sequence** 54:10
**series** 14:21
**served** 17:4
**Services** 22:20,20
    23:2 27:18
**set** 37:20 38:2
    57:12
**setting** 45:4 49:13
    49:15
**share** 26:9
**shared** 20:1
**Shirley** 1:4 3:21
    6:4,17 31:17,19
    36:17 39:20
    43:14 44:10

48:12 53:11
**Shorthand** 2:12
    57:1,2
**shortly** 55:10
**show** 10:10 16:1,6
    36:10 39:17
    41:1,20 51:2
**shown** 42:3 51:13
**sick** 15:21
**Signature** 56:19
**significant** 19:4
**similar** 40:6,11
**six** 23:4
**sleeping** 32:15
    33:4,12,16
    35:15 36:2
    40:13 41:17
    44:11 45:7,12
    46:4,10,16
    47:10,16 48:8
    49:1 53:13 54:4
**slot** 22:10
**social** 12:20
**sociology** 13:4
**someplace** 45:5
**sorry** 18:14 28:9
    51:7
**sort** 14:21 22:3
    38:21
**sounds** 30:4
**South** 3:17
**speak** 11:3 39:7,9
    45:6
**speaking** 11:2
    45:9
**special** 22:5,5
    52:17,19
**specific** 14:2,6
    17:20 24:7 32:2
    34:14 35:7 36:4
    40:3,18 42:10
    49:4,5
**specifically** 45:9
    48:20
**specifics** 33:6
**speculate** 34:8
**speculating** 29:13
**speculation** 20:9

**speculative** 30:7
**spoke** 39:3,10
**Square** 3:16
**staff** 5:4 9:16 18:9
    19:2 22:4,5 31:2
    31:4 32:19
    43:22 46:2
    51:14 52:9
**standard** 15:17
**standing** 11:21
    15:2,4
**start** 22:17
**state** 6:15 7:9
**stated** 43:6
**STATES** 1:1
**stenographically**
    57:7
**storage** 52:15
**stored** 52:9
**Street** 3:6,17
**strike** 32:21 38:15
    49:10
**stuck** 27:22
**subject** 4:16,20
    5:6 44:21 45:7
    46:5
**subjects** 55:20
**subsequent** 37:20
**substance** 32:12
**suggest** 38:7
    43:17,19
**Suite** 3:6
**supervised** 21:22
**supervision** 23:6
    23:10 24:15
    57:8
**supervisor** 24:17
**sure** 12:8 13:12
    15:9 17:17
    18:22 20:2 22:9
    22:22 27:13
    28:9 37:21
    38:13 44:19
    46:7,9 52:11
    54:17
**Susan** 44:4,5
**suspect** 19:19
**swear** 6:22

64

**system** 19:22 34:2

**T**

**T** 4:1,1,5 5:1
**Tabb** 1:4 3:21
  4:10,13,15,19
  6:4,17 31:17,19
  31:21 32:1,3,6
  33:11,21 34:5
  34:17,19,20,22
  35:5,5,8,11
  36:17 37:13
  38:5 39:8,20
  40:7,12,15,16
  40:19 41:3,16
  43:2,10 44:1,10
  44:22 48:13
  49:21 50:3,5,14
  50:19 53:11,17
  54:3
**take** 16:9 20:14
  20:16 21:6,17
  25:1,9,14 26:12
  26:20 30:19,20
  30:21 32:22
  34:12 35:1
  36:18,19 37:18
  39:21 41:4 42:6
  42:22 51:17
  53:1 54:8,17
  55:1
**taken** 26:14,15
  30:15 32:9
  49:21 50:2,5
  53:6 57:4,6
**talk** 9:12
**talked** 33:21
  40:12
**talking** 15:15
  22:12,13,14
**Tara** 18:16
**team** 22:8
**Technology** 12:13
  12:17
**telephone** 35:6
**television** 47:14
  47:18
**tell** 8:17 16:10
  36:19 39:21

41:4 42:6,22
  48:10 51:17
**tenure** 25:5 27:8
  27:13,21 29:4
  54:18 56:2
**terminated** 50:15
  50:20
**terms** 30:7 32:9
  38:21 52:9
**Terra** 18:13
**Terry** 1:22 6:9
**testified** 7:4 10:9
**testify** 30:10 39:2
**testimony** 11:11
  17:9 26:4 37:14
  38:4 53:12 54:2
**Thank** 12:1,15
  18:17 51:11
**Thanks** 43:14
**that's** 7:15 12:1
  12:13 15:5,21
  18:12 23:1
  28:10 35:20
  52:20
**there's** 20:1 31:1
  38:6 41:15
  52:14
**thing** 35:21
**things** 20:7
**think** 9:16 10:7
  18:12 23:1 29:4
  29:11 32:10,18
  33:13 37:15,16
  37:17,20 45:4
  49:6 52:12 54:1
**thought** 32:18
  38:11,22,22
**three** 22:6
**time** 6:8 8:8 10:3
  15:21 16:17,21
  17:4,12 19:14
  19:22 21:17
  22:14,18 23:3
  23:18 24:14
  25:6,7 27:9,14
  28:3 31:5,20,22
  32:2,4 34:9
  35:17 36:19

37:2,5 42:5
  45:18 46:2,2
  47:9,15 48:7,13
  49:19 50:14,16
  51:20 52:2,3,8
  53:5,8 55:11
  56:1,10,17
**times** 24:8 25:4
  26:19 29:12
**today** 6:9,20 9:11
  16:16,20 31:16
  56:10
**today's** 6:7 10:19
  10:22
**told** 11:10 34:17
  50:21
**topic** 36:7 45:20
  46:17 47:21
  49:7,9
**totally** 29:13
**tracking** 28:18
**trained** 14:10,22
**training** 12:20
  13:1,4,6,9,18
  14:1,6,7,17
  15:11
**transcript** 4:6 5:2
  16:4 36:13
  39:15 40:21
  42:1 49:13 51:5
  57:5
**transfer** 48:13,14
**transition** 54:13
  55:21
**transmitted** 27:1
  27:3
**treatment** 52:17
  52:19
**trouble** 42:17
**true** 57:5
**try** 22:3
**trying** 55:22
**two** 9:19 16:18
  17:8 23:1,5
  24:11
**two-page** 41:2
  42:4
**type** 25:16 27:4

37:9 38:7 45:2
**types** 11:16 17:12
  18:1
**typewriting** 57:8
**typical** 49:14
**typically** 19:3
  26:12,14,16
  30:21 31:5
  46:19
**T-a-r-a** 18:16

**U**

**Uh-huh** 18:2
**Uma** 24:1 55:18
**Um-hm** 8:22 26:5
  27:15 54:5
**undergraduate**
  11:15
**underneath** 24:18
**understand** 7:16
  17:17 18:22
  22:10 52:6,11
**understandable**
  9:3
**understanding**
  12:8
**uninterrupted**
  15:3
**UNITED** 1:1
**universities** 12:11
**updates** 28:21
  29:1
**urgency** 27:20
**usually** 27:1
**U.S** 6:5

**V**

**v** 1:6
**vacation** 15:21
**varied** 19:8
**varies** 47:5
**various** 18:1
**versus** 6:4
**video** 6:8,8,11
  8:19 47:14 48:2
**VIDEOGRAP...**
  6:2,20 7:2 53:4
  53:7 56:15
**Videotape** 6:2

56:16
**Videotaped** 1:13
  1:22 2:1
**virtue** 13:13
**voice** 6:14

**W**

**waive** 56:18
**waived** 56:19
**walk** 47:6
**Walker** 1:8 20:20
**want** 10:10 29:3
**warm** 9:8
**Washington** 1:14
  2:6 3:7,18 6:13
  7:18
**wasn't** 17:1 24:14
**way** 9:3,4,11
  15:19 22:17
  31:14 38:15
  44:17 48:19
  50:1
**week** 23:13 51:22
  52:2
**weeks** 16:18
**we'd** 24:9
**we'll** 9:7 24:14
  56:18
**We're** 53:4
**we've** 39:6
**what's** 41:1
**when's** 31:22
**WHEREOF**
  57:12
**whistleblower**
  14:19 15:11
**Williams** 21:18
**witness** 4:10,14
  4:18 6:22 7:1,17
  10:18 11:22
  12:2,5 14:5,15
  15:8 16:11,12
  16:20 17:17
  19:8 20:11 28:9
  28:11 29:9 33:8
  33:11 36:21,22
  40:1,2 41:6,7
  42:8,9 50:9
  52:14 53:20

56:7 57:12
**witnesses** 13:14
**words** 25:15
**work** 7:13 12:21
  13:21 19:13
**working** 19:22
**wrapping** 53:3

---

**X**

**X** 4:5 5:1

---

**Y**

**yeah** 10:18 29:9
  35:3,20 49:17
**year** 11:17 25:7
  25:10,11 32:9
  55:16
**years** 12:10
**York** 12:12,17
**youth** 8:11,14
  13:22 23:2
**you'd** 41:4 42:6
**you're** 8:19 11:20
  22:10,13 31:14
  38:13 42:2
  51:12 54:16
**you've** 16:10 36:8
  36:14,19 39:22
  56:11

---

**Z**

**Z** 1:21 2:11
**Zelma** 57:2

---

**1**

**1** 1:20 4:8 6:3
  16:3,7 43:8
  56:16
**1-119440** 1:19
**1:06CV00789** 1:7
  6:6
**1:16** 1:16 6:8
**10-7-05** 5:5
**1100** 3:6
**1350** 2:5 6:13
  7:17
**14** 1:15
**14th** 6:7
**16** 4:9

**1612** 3:6
**1991** 12:13

---

**2**

**2** 4:10,15 36:12,16
  39:7 42:14
**2nd** 8:2
**2:12** 53:5
**2:20** 53:8
**2:24** 56:17,20
**20001** 3:18
**20004** 2:6
**20006** 3:7
**2001** 8:10
**2004** 8:10,12
  13:22 15:15
  17:5 21:13
  22:12,14 23:18
  27:9,14 28:3
  29:4 31:5 56:2
**2005** 8:12,13 17:5
  17:12 18:11
  19:18 20:5 21:1
  21:7,13 22:14
  23:18 27:6,9,14
  28:3 29:5 31:5
  32:10 36:16
  37:3 42:5 43:11
  46:2 49:19
  50:14,17 52:3,8
  54:20 55:10,17
  56:2
**2007** 8:2
**2008** 1:15 6:7
  57:14,15
**202** 2:7 3:8,19
**21st** 57:13
**24** 36:16 37:3

---

**3**

**3** 4:12,16,19 39:14
  39:18
**30** 57:15
**31st** 8:16
**36** 4:11
**39** 4:13

---

**4**

**4** 4:14 40:20 41:1

41:11,15
**4th** 3:17
**40** 4:17
**408-0034** 3:8
**41** 4:21
**441** 3:17

---

**5**

**5** 4:18 41:22 42:4
  42:13
**51** 5:7
**57** 1:20

---

**6**

**6** 4:20 5:4 42:5
  43:11 51:4,14
**6th** 3:17

---

**7**

**7** 4:3 52:3
**727-1700** 2:7
**727-6295** 3:19

---

**8**

**8-24-05** 4:11