UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB,<br><br>      Plaintiff,<br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*;<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE No.  06-00789 (PLF)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the *Plaintiff's Motion for Summary Judgment*, Defendants' Motion, the response and reply briefs submitted, and the supporting documentation filed by the parties, it is hereby **ORDERED** that Plaintiff's Motion be **GRANTED**.

_____
PAUL L. FRIEDMAN
U.S. DISTRICT JUDGE