## *LaShawn A. v. Williams*

# An Assessment of
# The District of Columbia's
# Progress as of June 30, 2005

Center for the Study of Social Policy
1575 Eye Street, NW, Suite 500
Washington, DC 20005

November 3, 2005

## _LaShawn A. v. Williams_

### An Assessment of the District of Columbia's Progress as of June 30, 2005

## TABLE OF CONTENTS

I.    INTRODUCTION ................................................................. 1

II.   OVERVIEW .................................................................... 2

III.  WHAT'S WORKING WELL AND WHAT'S NOT WORKING WELL ................. 3

IV.   PERFORMANCE IN KEY SUBSTANTIVE AREAS
      AS OF JUNE 30, 2005........................................................ 6

      A. Protective Services........................................................6

      B. Services to Families and Children in Their Own Homes ...................18

      C. Placement of Children.....................................................23

      D. Planning .................................................................35

      E. Adoption and Post Adoption................................................41

      F. Supervision of Placement .................................................46

      G. Case Review System.......................................................49

      H. Special Corrective Action ................................................53

      I. Staffing and Caseloads....................................................54

      J. Training .................................................................62

      K. Resource Development......................................................69

      L. Contract.................................................................76

      M. Information Systems ......................................................80

      N. Financial Development.....................................................81

V.    SUMMARY OF PERFORMANCE ON
      IMPLEMENTATION PLAN BENCHMARKS................................. 84

# LIST OF TABLES

Table

1.  Children Involved with CFSA at any Point Between 1999 and 2004
    Who Died in Calendar Year 2004 as of July 7, 2005 ...........................................15

2.  CFSA Referrals to the Healthy Families Thriving Communities
    Collaboratives between October 1, 2004 and February 28, 2005........................20

3.  Selected Demographics for Children in Foster Care
    as of July 31, 2005 ...........................................................................................25

4.  Permanency Goals for Children in Foster Care as of July 31, 2005....................26

5.  Performance in Meeting MFO Placement Standards...........................................31

6.  Finalized Foster Care Adoptions at CFSA.........................................................41
    January – July 2005

7.  Social Work Staffing as of July 31, 2004 and July 31, 2005...............................55

8.  Caseloads for CFSA Social Workers as of December 31, 2004..........................60

9.  Summary of FY06 Mandatory
    Training for Staff and Other Training.................................................................64

10. Resource Parent Recruitment – 2003 and 2004..................................................70

11. CFSA FY 2006 Budget.....................................................................................82

# LIST OF FIGURES

Figure

1.    Calls to the CFSA Child Abuse and Neglect Hotline Reports of
      Child Maltreatment (CPS) and Information and Referral (I&R)........................6

2.    Disposition of Hotline Reports of Abuse or Neglect
      July 2004 – July 2005 ....................................................................................7

3.    Percentage of Investigations Initiated Within 24 and 48
      Hours as of July 31, 2005 ..............................................................................8

4.    Percentage of Al Open Investigations Completed Within
      30 Days as of July 31, 2005 ...........................................................................9

5.    Backlog of Investigations Incomplete After 30 Days .........................................10

6.    Completion of Institutional Investigations as of July 31, 2005 ...........................11

7.    Medical Evaluations for Substantiated Investigations
      as of June 30, 2005........................................................................................13

8.    Social Worker Visits to Children Receiving In-Home Services
      as of July 31, 2005 ........................................................................................19

9.    Sibling Visitation for Children Placed Apart as of July 31, 2005 .......................27

10.   Children Under 6 in Congregate Care and Children
      Under 12 in Children Care (January 2004 – January 2005) ...............................28

11.   Number of Children in Foster Care with Three or More
      Placements in the Previous 12 Months as of July 31, 2005................................30

12.   Current Case Plans for Foster Care Cases and Family Cases
      as of July 31, 2005 ........................................................................................36

13.   Visits Between Children and Parents in July 2005
      When the Goal is Reunification .........................................................................38

14.   Placement of Children with a Goal of Adoption
      as of July 31, 2005 ........................................................................................42

15.   Social Worker Visitation to Children in Foster Care...........................................47

16.  Administrative Reviews for Children in Foster Care ...........................................50

17.  Permanency Hearings in Court for Children in
     Foster Care 14 Months or More...........................................................................51

### *LaShawn A. v. Williams*

## An Assessment of the District of Columbia's
## Progress as of June 30, 2005

---

## I.   INTRODUCTION

This report was prepared by the Center for the Study of Social Policy (the *LaShawn* Court-appointed Monitor) to assess the progress of the District of Columbia in meeting the outcome and implementation benchmarks established in the Court-ordered *LaShawn A. v. Williams* Implementation Plan.[1]

To assess progress on outcomes, the Monitor analyzes administrative data provided by the District's Child and Family Services Agency (CFSA or the "Agency") on a daily or monthly basis and also independently collects data through periodic case record reviews and other quantitative and qualitative review methodologies. To assess progress on implementation strategies, the Monitor reviews Agency policy and procedure, consults with the leadership and staff of CFSA, independently verifies and reviews actions the Agency has committed to undertake, and gathers information through observation and consultation with a wide range of public and private stakeholders. Taken together, all of this information enables the Monitor to make judgments about the Agency's activities and progress.

The following report looks at Agency progress as of June 30, 2005 against all of the outcome benchmarks in the Implementation Plan.[2]  The report also includes summary information on the key functions of the child welfare system and the children and families it serves as well as the Monitor's overall assessment of the District of Columbia's progress to date (i.e., what is working well, what is improving and those areas that require additional attention and better results).

This information allows the Monitor to determine the direction of progress and provide objective information to the Court, the plaintiffs in the *LaShawn* litigation, key stakeholders, the Mayor, the Council of the District of Columbia, the Child and Family Services Agency and the general public.

Section V provides a summary table of the Agency's performance against the June 30, 2005 benchmarks.

---

[1] The *LaShawn* Implementation Plan was approved on May 15, 2003 by U.S. District Court Judge Thomas F. Hogan. The Implementation Plan sets the outcomes to be met by and the strategies that the District of Columbia will implement to achieve compliance with the child welfare reforms required under the *LaShawn A. v. Williams* Modified Final Order. The Implementation Plan covers outcomes and activities through December 31, 2006 and sets interim performance benchmarks to assess improvements at six month intervals.

[2] In order to best assess progress as of June 30, 2005, the Monitor uses administrative data and case record review information from the period between July 1, 2005 and July 31, 2005.

- **There is a more intense focus on supporting older youth in foster care and helping them transition to independence.** CFSA's *Revamping Youth Services: Preparing Young People in Foster Care for Independence* represents the District's first formal attempt to engage a wide group of stakeholders to establish best practices and services for the more than 800 District youngsters, ages 16 to 21, growing up in foster care. The plan considers how best to prepare foster youth for adulthood and lays out a comprehensive plan, to be completed by March 2006, to coordinate and deliver services to older youth.

- **There is evidence CFSA's administrators, managers and supervisors regularly have access to data reports and are more frequently using data in decision making and strategic planning.** This is partially due to the Agency's enhanced ability to collect, analyze and use data.

- **CFSA's information system, known as FACES, was certified as a SACWIS (State Automated Child Welfare Information System) system by the Federal government in January, 2005.** The District of Columbia is only the 10th jurisdiction to achieve this status and it reflects the improvement in the quality and use of data.

- **The quality and comprehensiveness of CFSA planning and data analysis has improved dramatically.** CFSA submitted higher quality analytic reports during the past year. These include the *Child Fatality Annual Report, Resource Development Plan, Revamping Youth Services,* and the *Training Plan.*

### *What's Not Working Well*

- **The number of child abuse and neglect investigations incomplete after 30 days remains too high.** Since peaking in July 2004, the number of incomplete investigations trended downward until the end of May 2005; however, this trend has not been maintained over the past several months. Management vigilance and additional investigations staff are needed to reduce this persistent problem.

- **CFSA has experienced a crisis in placement services.** Lapsed licenses of Maryland foster homes, decreased placement slots, increased placement disruptions for children in care, and insufficient support to foster parents have each contributed to the pressures on scarce placement resources. CFSA has begun to develop additional strategies, including contracting for more foster home resources and improving supports for existing foster parents. Longer term solutions are still needed.

- **CFSA's efforts to reach an agreement with Maryland on emergency placement of children with relatives, within the constraints of the Interstate Compact on the Placement of Children (ICPC), have stalled due to Maryland's refusal to license kin on an emergency basis.** This standstill is preventing District children from being promptly placed with viable kin in Maryland. The Monitor, Plaintiffs, CFSA and the Mayor's office are pulling together a work team to quickly address these and other urgent issues about placement of children in Maryland.

| REQUIREMENT | DECEMBER 2004 BENCHMARK | JUNE 2005 BENCHMARK | JULY 2005 PERFORMANCE | BEI ACH |
|---|---|---|---|---|
| b.  Children placed in out-of-home placement will be placed in the least restrictive, most family-like setting appropriate to their needs. | 70% | | 77% foster home 20% congregate 3% other | |
| c.  Children under 12 will not be routinely placed in congregate care settings.<br><br>No child under age 6 will be placed in a group setting unless there are exceptional needs. | No more than 20 children | Full compliance | 14 children under age 12 in congregate care more than 30 days<br><br>11 children under age 6 in congregate care | |
| d.  Children placed apart from their siblings will have at least twice monthly visitation with some or all of their siblings. | | 70% | 19% | |
| e.  CFSA will have no children stay overnight in its in-house Intake Center. | CFSA will have no child under age 12 stay overnight in its in-house intake center | CFSA will have no child under age 12 stay overnight in its in-house intake center | 18 children overnight at CFSA between April and October | |
| f.  CFSA will not place children more than 100 miles outside the District of Columbia. | | No more than 35 children | 94 in residential 13 in non-kinship 100+ miles | |

*LaShawn A. v. Williams*
**November 3, 2005**