UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY TABB, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-789 (PLF) |
| DISTRICT OF COLUMBIA, *et. al.,* | : |
| Defendants. | : |

**DEFENDANTS' CONSENT MOTION TO EXTEND THE DEADLINE TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants District of Columbia, Brenda Donald Walker, and Mindy Good, by and through undersigned counsel, hereby move this Court to extend the deadline for filing their opposition to plaintiff's Motion for Summary Judgment by a period of two (2) weeks. As reasons therefore, the defendants represent as follows:

1. This case concerns the termination of Shirley Tabb's employment as a Public Information Specialist in the District of Columbia's Child and Family Services Administration. Plaintiff alleges that she was terminated in violation of the Whistleblower Protection Act. The District denies these claims. *See* Docket Entries 18 and 22.

2. There were cross motions for summary judgment filed in this matter. Defendants filed their motion on April 22, 2008. Plaintiff filed her summary judgment motion on April 23, 2008. Defendants' opposition to plaintiff's motion for summary judgment is due on May 21, 2008. *See* April 9, 2008, Minute Order.

3. The undersigned spent the previous week preparing for a jury trial that was scheduled to begin on May 19, 2008, and end on May 21, 2008. The matter settled on or about May 15, 2008, before the start of trial. As a result these events, the defendants are unable to

meet the current deadline for filing their opposition, and need additional time to complete the research for and drafting of their opposition.

    4.    Defendants request that the Court extend the motions' deadline for two (2) weeks, until June 3, 2008.

    5.    The relief requested will not unduly prejudice either party.

    6.    Federal Rule of Civil Procedure 6(b)(1) states that "[w]hen by these Rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order . . . ."

    7.    This motion is being filed prior to expiration of the current deadline, and otherwise meets the requirements of Rule 6(b)(1).

    8.    Plaintiffs consent to the relief sought herein.

WHEREFORE, for the reasons stated herein, the defendants request that the Court grant their consent motion to enlarge the time to file an opposition to plaintiff's motion for summary judgment. Defendants also request that all remaining dates be adjusted by two (2) weeks, or until June 4, 2008.

                                  Respectfully submitted,

                                  PETER J. NICKELS
                                Interim Attorney General for the District of Columbia

                                GEORGE C. VALENTINE
                                Deputy Attorney General, Civil Litigation Division

                                /s/ Patricia A. Jones
                                PATRICIA A. JONES [428132]
                                Chief, General Litigation Sec. IV

/s/Zuberi B. Williams_____
ZUBERI BAKARI WILLIAMS[1]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., Suite 6N013
Washington, D.C. 20001
Office: (202) 724-6650; (202) 727-6295
Facsimile: (202) 730-0623
Email:  Zuberi.Williams@dc.gov

**CERTIFICATION OF LOCAL RULE 7(m)**

I hereby certify that on May 21, 2008, I contacted plaintiff's counsel concerning the relief sought in this motion when it was determined that the filing deadline could not be met. Plaintiff's counsel consented the to relief requested herein.

/s/Zuberi B. Williams_____
ZUBERI BAKARI WILLIAMS
Assistant Attorney General, D.C

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.

3

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHIRLEY TABB, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-789 (PLF) |
| : | |
| DISTRICT OF COLUMBIA, *et. al.*, : | |
| : | |
| Defendants. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'
CONSENT MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

In support of Defendants' Consent Motion to Extend the Deadline to File an Opposition to Plaintiff's Motion for Summary Judgment, the defendants rely upon the following list of authorities:

1. Federal Rule of Civil Procedure 6(b)(1).

2. The Court's equitable powers.

3. Plaintiff's consent to the relief sought herein.

4. The record herein.

    Respectfully submitted,

    PETER J. NICKELS
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
    PATRICIA A. JONES [428132]
    Chief, General Litigation Sec. IV

        /s/Zuberi B. Williams_____
        ZUBERI BAKARI WILLIAMS[2]
        Assistant Attorney General
        Office of the Attorney General
        441 Fourth Street, N.W., Suite 6N013
        Washington, D.C. 20001
        Office: (202) 724-6650; (202) 727-6295
        Facsimile: (202) 730-0623

---

[2] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SHIRLEY TABB, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-789 (PLF) |
| | : | |
| DISTRICT OF COLUMBIA, *et. al.,* | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Upon consideration of the Defendants District of Columbia, and Brenda Donald Walker and Mind Good's Consent Motion to Extend the Deadline to File an Opposition to Plaintiff's Motion for Summary Judgment, their supporting Memorandum of Points and Authorities, and the entire record herein, it is, this ____ day _____, 2008,

ORDERED, that the said motion be, and hereby is, GRANTED for the reasons set forth herein, and it is,

FURTHER ORDERED, the Scheduling Order be amended to reflect that Motions' Deadline is extended until June 4, 2008.

SO ORDERED.

_____
The Honorable Judge Friedman
United States District Court for the District of Columbia